# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | Chapter 11 |
| WHITE STALLION ENERGY, LLC *et al.*,[1] | Case No.: 20-13037 (LSS) |
| Debtors. | (Jointly Administered) |
|  | **Regarding Docket No. 154** |

## NOTICE OF SERVICE OF DISCOVERY

PLEASE TAKE NOTICE that, on December 31, 2020, counsel for Steven E. Chancellor caused *Steven E. Chancellor's Requests For The Production Of Documents To The Agent And Lenders* to be served on the parties listed on the attached service list by electronic mail.

Dated: January 4, 2021
Wilmington, Delaware

/s/  Richard W. Riley
**WHITEFORD, TAYLOR & PRESTON LLC**[2]
Richard W. Riley (DE No. 4052)
The Renaissance Centre
405 North King Street, Suite 500
Wilmington, Delaware 19801
Telephone:   (302) 353-4144
Facsimile:    (302) 661-7950
Email:          rriley@wtplaw.com

-and-

---

[1].   The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

[2].   Whiteford, Taylor & Preston LLC operates as Whiteford Taylor & Preston L.L.P. in jurisdictions outside of Delaware.

        Michael J. Roeschenthaler, Esq.
        Kenneth J. Lund, Esq.
        Daniel R. Schimizzi, Esq.
        **WHITEFORD TAYLOR & PRESTON L.L.P.**
        200 First Avenue, Third Floor
        Pittsburgh, PA 15222
        Telephone:  (412) 618 - 5800
        Facsimile:   (412) 275 - 2406
        Email:       mroeschenthaler@wtplaw.com
                      klund@wtplaw.com
                      dschimizzi@wtplaw.com

-and-

        Christopher A. Jones, Esq.
        David W. Gaffey, Esq.
        WHITEFORD TAYLOR & PRESTON L.L.P.
        3190 Fairview Park Drive, Suite 800
        Falls Church, Virginia 22042-4510
        Telephone:  (703) 280 9260
        Facsimile:   (703) 280-9139
        Email:       cajones@wtplaw.com
                      dgaffey@wtplaw.com

*Counsel to Steven E. Chancellor*

## SERVICE LIST

David A. Felice, Esq.  
Bailey & Glasser LLP  
2916 Centerville Road, Suite 302  
Wilmington, DE 19808  
E-mail: dfelice@baileyglasser.com

Brian A. Glasser, Esq.  
Bailey & Glasser LLP  
1055 Thomas Jefferson St. NW  
Suite 540  
Washington, D.C. 20007  
E-mail: bglasser@baileyglasser.com

Kevin Barrett, Esq.  
Maggie B. Burrus, Esq.  
Bailey & Glasser LLP  
209 Capitol Street  
Charleston, WV 25301  
E-mail: kbarrett@baileyglasser.com  
 mburrus@baileyglasser.com

Kathrine A. McLendon, Esq.  
Dov Gottlieb, Esq.  
Simpson Thacher & Bartlett LLP  
425 Lexington Avenue  
New York, NY 10017  
E-mail: kmclendon@stblaw.com  
 dov.gottlieb@stblaw.com