**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|   |   |   |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## WHITE STALLION ENERGY, LLC (CASE NO. 20-13037)

---

[1]  The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); White Stallion Energy, LLC (2360); and White Stallion Holdings, LLC (3645).  The location of the Debtors' headquarters is:  250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF DELAWARE

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## GLOBAL NOTES AND STATEMENT OF
## LIMITATIONS, METHODOLOGY, AND DISCLAIMERS
## REGARDING THE DEBTORS' SCHEDULES OF ASSETS
## AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS

The above-captioned debtors and debtors in possession (collectively, the "Debtors"), other than Debtor Eagle River Coal, LLC, have filed their respective Schedules of Assets and Liabilities (the "Schedules") and Statements of Financial Affairs (the "Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Bankruptcy Local Rules for the District of Delaware.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate, including, without limitation, the right to amend the Schedules and Statements with respect to claim (as defined in section 101(5) of the Bankruptcy Code, "Claim") description, designation, or the Debtor against which the Claim is asserted; dispute or otherwise assert offsets or defenses to any Claim reflected in the Schedules and Statements as to amount, liability, priority, status, or classification; subsequently designate any Claim as "disputed," "contingent," or "unliquidated;" or object to the extent, validity, enforceability, priority, or avoidability of any

---

[1]     The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

Claim. Any failure to designate a Claim in the Schedules and Statements as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtors that such Claim or amount is not "disputed," "contingent," or "unliquidated." Listing a Claim does not constitute an admission of liability by the Debtor against which the Claim is listed or against any of the Debtors. Nothing contained in the Schedules and Statements shall constitute a waiver of any right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non- bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Alan Boyko, Chief Financial Officer of White Stallion Energy, LLC, has signed each set of the Schedules and Statements. Mr. Boyko is an authorized signatory for each of the Debtors. In reviewing and signing the Schedules and Statements, Mr. Boyko has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Boyko has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the

Schedules and Statements. The Global Notes should be referred to and considered in connection with any review of the Schedules and Statements.[2] In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

**Global Notes and Overview of Methodology**

1. **Description of Cases.** On December 2, 2020 (the "Petition Date"), each of the Debtors other than Eagle River Coal, LLC ("ERC") filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. On January 26, 2021, Debtor ERC filed a voluntary petition for relief under chapter 11 of the Bankruptcy Code. The Debtors are operating their business and managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 4, 2020 and January 28, 2021, the Bankruptcy Court entered orders directing procedural consolidation and joint administration of these chapter 11 cases [Docket Nos. 57, 292]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business the day before the Petition Date.

2. **Basis of Presentation.** For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by the Debtors' parent entity, White Stallion Energy, LLC. Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, these Schedules and Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, these Schedules and Statements reflect the assets and liabilities of each separate Debtor, except where otherwise indicated. Information contained in the Schedules and Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that a Debtor shows more assets than liabilities, this is not an admission that the Debtor was solvent as of the Petition Date or at any time prior to the Petition Date. Likewise, to the extent a Debtor shows more liabilities than assets, this is not an admission that the Debtor was insolvent at the Petition Date or any time prior to the Petition Date.

3. **Reservations and Limitations.** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive

---

[2]  These Global Notes supplement and are in addition to any specific notes contained in each Debtor's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

## General Disclosures Applicable to Schedules and Statements

1. **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the Schedules and Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the Schedules and Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the Petition Date and remain executory and unexpired postpetition.

3. **Claim Designations.** Any failure to designate a claim in the Schedules and Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on their Schedules or Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve

all of their rights to amend their Schedules and Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

6. **Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about the Petition Date (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees and taxing authorities, among others. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement their Schedules and Statements.

7. **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the Schedules and Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the Schedules and Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the Schedules and Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

8. **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets and, in certain circumstances, estate assets are being currently marketed to effectuate the Debtors' proposed bidding procedures. For these reasons, the Debtors have indicated in the Schedules and Statements that the values of certain assets and liabilities are undetermined or unknown.

Accordingly, unless otherwise indicated, net book values as of December 1, 2020 are reflected on the Schedules and Statements. Exceptions to this include operating cash and certain other assets. Operating cash is presented as bank balance as of the Petition Date. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the Schedules and Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these Schedules and Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the Schedules and Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver

of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the Schedules and Statements shall be, or shall be deemed to be, an admission that any Debtor was solvent or insolvent as of the Petition Date.

9. **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the Schedules and Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the Schedules and Statements as they deem appropriate in this regard.

10. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the Schedules and Statements, including without limitation, accrued salaries, and accrued accounts payable. The Debtors may also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

11. **Confidential or Sensitive Information.** There may be instances in which certain information in the Schedules and Statements intentionally has been redacted due to the nature of an agreement between a Debtor and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect the Debtor or third party.

12. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the Statements and Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

13. **Leases.** The Debtors have not included in the Schedules and Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the Petition Date, the creditor has been included on Schedule D for capital leases and Schedule F for operating leases of the Schedules.

14. **Contingent Assets.** The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets in their Schedules and Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the Schedules and Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims. Additionally, prior

to the Petition Date, each Debtor, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.

15. **Intercompany Accounts.** The Debtors have historically kept books and records by three Debtor entities in a single accounting system. The Debtors regularly engage in business relationships and transactions with each other, including the payment or funding of certain operating expenses out of White Stallion Energy, LLC. These relationships, payments, and/or funding of expenses are usually, but not always, reflected as intercompany receivables or payables, as more fully described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Thereto, (C) Maintain Existing Business Forms, And (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, And (III) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion").

16. **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in each of their executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in the relevant Schedule H for the Debtor or Debtors affected by such Guarantees. However, certain Guarantees embedded in the Debtors'' executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the Schedules to the extent that additional Guarantees are identified.

17. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

18. **Executory Contracts.** Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

19. **Liens.** The inventories, property, and equipment listed in the Statements and Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20. **Estimates.** To prepare and file the Schedules as close to the Petition Date as possible, management was required to make certain estimates and assumptions that affected the

reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

21. **Fiscal Year.** Each Debtor's fiscal year ends on or about December 31st.

22. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

23. **Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the Schedules and Statements on Schedule G. However, capitalized repairs on certain leased equipment are presented on the furniture, fixtures, and equipment lists. Nothing in the Schedules and Statements is or shall be construed as an admission to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

24. **Coal Inventory.** Coal inventory is reported at the point in time at which coal is extracted from the mine. Coal inventory is stated at the lower of average cost (first-in, first-out method) and net realizable value. The valuation of coal inventory is subject to several additional estimates, including those related to ground and aerial surveys used to measure quantities and processing recovery rates. Such estimates are subject to change depending on changes in economic conditions and other factors that may affect the ending inventory valuation. Coal inventory does not include stockpile amounts already purchased by key coal customers that are sitting on Debtor property.

25. **Parts Inventory.** Parts inventory consists primarily of replacement parts, tires, and blasting supplies. Parts inventory is stated at the lower of cost (first-in, first-out method) and net realizable value.

26. **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the Schedules and Statements shall similarly be considered as disputed, whether or not they are designated as such.

27. **Umbrella or Master Agreements.** Contracts listed in the Schedules and Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

28. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

29. **Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the Schedules, offsets are not independently accounted for, and as such, are excluded from the Schedules.

30. **Insiders.** In the circumstance where the Schedules and Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code, or otherwise considered an "insider" under bankruptcy law, during the relevant time periods. The listing of a party as an insider for purposes of the Schedules and Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the Schedules and Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

31. **Payments.** The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

32. **Totals.** All totals that are included in the Schedules and Statements represent totals of all the known amounts included in the Schedules and Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent a Debtor is a guarantor of debt held by another Debtor, the amounts reflected in these Schedules are inclusive of each Debtor's guarantor obligations.

34. **Eagle River Coal, LLC.** Details concerning Debtor Eagle River Coal, LLC ("ERC") have generally been excluded from the Schedules and Statements. The Debtors allocate and record their balances based on one of three cost centers – White Stallion Energy, LLC ("WSE"), Solar Sources Mining, LLC ("SSM"), or ERC. Prior to the Debtors' chapter 11 cases, the Debtors made all payments out of the WSE entity regardless of which cost center a debt may have been incurred or which entity was legally liable. Furthermore, some debts

may be listed at ERC where a Debtor entity may be legally liable (*e.g.*, equipment leased by WSE that was moved to ERC). At this time, the Debtors do not have a full reconciliation of all the debts that may fall into such a category, but it is possible that A/P amounts due from the Debtors are understated.

## Specific Schedules Disclosures

1. **Specific Notes Regarding Schedule A/B**

   a. **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Details with respect to the Debtors' cash management system and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion [Docket Nos. 63, 176]. Schedule A/B, Question 3 lists actual cash balances as of December 1, 2020.

   Additionally, the Bankruptcy Court, pursuant to that certain *Final Order (I) Determining Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (III) Establishing Procedures For Determining Adequate Assurance Of Payment, And (IV) Granting Related Relief* [Docket No. 177], authorized the Debtors to provide adequate assurance of payment for future utility services, including an initial deposit in the amount of approximately $60,000. Some of the deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the Petition Date.

   The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not required, to amend the Schedules and Statements if deposits are incorrectly identified. The Debtors also list paid legal fees as deposits. The Debtors expect these amounts to be reimbursed.

   b. **Schedule A/B- Part 3 – Accounts Receivable.** Schedule A/B, Part 3 reflects customer A/R balances as of December 1, 2020. Included in the balance is A/R of approximately $1.5 million due from related party ARI Properties, LLC d/b/a American Resources, Inc. and approximately $50,000 of reimbursable legal expenses. For the avoidance of doubt, no customer A/R balances related to Eagle River Coal, LLC are presented.

   c. **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture; Government and Corporate Bonds, and Other Negotiable and Non-Negotiable Instruments.** Ownership interests in subsidiaries and affiliates have been listed in Schedule A/B, Part 4 as undetermined. The Debtors make no representation as to the value of their ownership of each

subsidiary as the fair market value of such ownership is dependent on numerous variables and factors and may differ significantly from their net book value.

The Debtors list all of their reclamation bonds under either Solar Sources, LLC or White Stallion Energy, LLC. Some bonds may be related to specific other Debtor entities but sit on the books and records of these two Debtors.

**d. Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.** The Debtors have reported all inventory holdings on the Schedules of White Stallion Energy, LLC, and Solar Sources Mining, LLC, respectively, because they are unable to allocate such holdings to applicable Debtor purchasing entities based on the Debtors' books and records.

**e. Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments. For purposes of this filing, the Debtors assumed no depreciation for the month of December.

**f. Schedule A/B, Part 8 – Machinery, Equipment and Vehicles.** Dollar amounts are presented net of accumulated depreciation and other adjustments. For purposes of this filing, the Debtors assumed no depreciation for the month of December. Additionally, capitalized repairs on certain leased equipment is presented in this schedule.

**g. Schedule A/B, Part 9 – Real Property.** The Debtors list all owned real property at net book value (with the exception of land which is presented at original cost), regardless of fair market value. Real Property includes land, buildings, and other improvements.

**h. Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Debtors review goodwill and other intangible assets with indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Results from an impairment test given the Chapter 11 filing were unavailable at the time that the Statements and Schedules were prepared and therefore several of the company's intangible asset values may be listed as undetermined. The Debtors report intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For that reason, values are listed as unknown or undetermined where appropriate. The Solar Sources Mining, LLC assets listed here have values attributed based on the purchase price allocation from the April 2017 transaction in which White Stallion Energy, LLC acquired Solar Sources Mining, LLC. No such accounting has been done for the White Stallion Energy, LLC intangible assets.

**i. Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

*Interests in Insurance Policies or Annuities.* The Debtors maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. A list of the Debtors insurance policies

and related information is available in the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing The Debtors' To (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition And (B) Renew, Supplement, Modify, Or Purchase Insurance Coverage And (II) Granting Related Relief* [Docket No. 5]. The Debtors' interest in these types of policies is limited to the amount of the unearned premiums, if any, as of December 2, 2020. All policies are expected to remain active.

*Other Contingent and Unliquidated Claims or Causes of Action.* In the ordinary course of business, the Debtors may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, certain of the Debtors may be party to pending litigation in which the Debtors have asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to the Debtors and not quantifiable as of the Petition Date, they may not be listed on Schedule A/B, Part 11.

Finally, the Debtors may be in possession of other assets that they do not own and that they are not holding in trust for other parties.

## 2. Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D of any Debtor. Moreover, although the Debtors may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. Moreover, the Debtors have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and secured loans, only the administrative agents have been listed for purposes of Schedule D. The amounts reflected under the Debtors' prepetition loan facilities reflect approximate outstanding amounts as of the Petition Date.

In certain instances, a Debtor may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D of any Debtor is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of*

*David J. Beckman, Chief Operating Officer of White Stallion Energy, LLC, In Support Of Debtors' Chapter 11 Petitions And First Day Motions* [Docket No. 9].

**3.** **Specific Notes Regarding Schedule E/F**

**a.** **Creditors Holding Priority Unsecured Claims.** The listing of any claim on Schedule E/F does not constitute an admission by the Debtors that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

While the Debtors' believe they have, or will resolve all of the known, prepetition amounts owed to the various tax and licensing agencies under the authority granted under the tax motion interim order. In an effort to identify, and resolve, any unknown tax or regulatory claims, the Debtors have listed many of their historical tax and regulatory agencies on schedule E/F as contingent, unliquidated, and disputed.

Pursuant to the *Final Order (I) Authorizing, the Debtors to (A) Pay Prepetition Employee Obligations, and (B) Continue Employee Programs, and (II) Granting Related Relief* [Docket No. 150] (the "Employee Wage Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, bonuses and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

**b.** **Creditors Holding Nonpriority Unsecured Claims.** The Debtors have used their reasonable best efforts to list all general unsecured claims against the Debtors on Schedule E/F based upon the Debtors' existing books and records.

Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the Petition Date; however, such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books as of the Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the

date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, the Debtors do not list a date for each claim listed on Schedule E/F.

Schedule E/F contains information regarding potential and pending litigation involving the Debtors. In certain instances, the Debtor that is the subject of the litigation is unclear or undetermined. To the extent that litigation involving a particular Debtor has been identified, however, such information is contained in the Schedule for that Debtor.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include estimated rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been rejected as of the filing of these Schedules, to the extent such damage claims exist.

Except in certain limited circumstances, the Debtors have not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless the Debtors were required to pay ancillary costs, such as freight, miscellaneous fees and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of the Debtor.

c. **Schedule E/F - Trade Payables.** Trade Payables listed on Schedule E/F contain the prepetition liability information available to the Debtors as of the date of filing.

4. **Specific Notes Regarding Schedule G**

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts for each of the Debtors, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make, and specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserve all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been

modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between the applicable Debtor and such supplier or provider.

In the ordinary course of business, the Debtors may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the Petition Date, vendors' claims with respect to such delivered goods are included on Schedule E/F.

As a general matter, certain of the Debtors' executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, the Debtors may have entered into various other types of agreements in the ordinary course of their business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

In the ordinary course of business, the Debtors have entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

In the ordinary course of business, the Debtors may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to certain of the Debtors in connection with, among other things, acquisitions by the Debtors.

The Debtors generally have not included on Schedule G any insurance policies, the premiums for which some may have been prepaid. The Debtors assume that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required by the Debtors. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, the Debtors may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

In addition, Schedule G may not include all rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

Certain of the agreements listed on Schedule G may have been entered into by or on behalf of more than one of the Debtors. Additionally, the specific Debtor obligor(s) to certain of the agreements could not be specifically ascertained in every circumstance. In such cases, the Debtors have made reasonable efforts to identify the correct Debtors' Schedule G on

which to list the agreement and, where a contract party remained uncertain, such agreements may have been listed on a different Debtor's Schedule G.

5. **Specific Notes Regarding Schedule H**

   a. **Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserve their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

   In the ordinary course of their business, the Debtors may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H. However, such claims may be listed elsewhere in the Schedules and Statements.

**Specific Statements Disclosures**.

## Part 1, Question 1 - Gross Revenue from Business

Certain revenue items were reclassified during the audit, which are not reflected in the Debtors' accounting system. As a result, the figures presented may differ immaterially from the Debtors' audited financial statements.

Income generated by Eagle River Coal, LLC has been excluded, for the reasons stated above. As a result, the figures presented may differ from the Debtors' audited consolidated revenue.

Revenue is assigned to two Debtor entities only (White Stallion Energy, LLC and Solar Sources Mining, LLC) due to the accounting system's limitations of classifying income.

Freeze Conditioning income was classified as business income in the Debtors' 2018 audited financials, however, was classified as non-business income in the Debtors' 2019 audited financials and onwards. For purposes of the Statements of Financial Affairs, all freeze conditioning income has been presented as non-business revenue.

**Part 1, Question 2 - Non-Business Revenue**

Non-business revenue resulting in negative income (*e.g.*, goodwill impairment, loss on sale of assets, etc.) have been excluded.

Expense reimbursements from customers that were included in the Debtors' audited financial statements as revenue have been excluded.

Income generated by Eagle River Coal, LLC has been excluded, for the reasons stated above. As a result, the figures presented may differ from the Debtors' audited consolidated revenue.

Certain revenue items were reclassified during the audit, which are not reflected in the Debtors' accounting system. As a result, the figures presented may differ immaterially from the Debtors' audited financial statements.

Revenue is assigned to two Debtor entities only (White Stallion Energy, LLC and Solar Sources Mining, LLC) due to the accounting system's limitations of classifying income.

Freeze Conditioning income was classified as business income in the Debtors' 2018 audited financials, however, was classified as non-business income in the Debtors' 2019 audited financials and onwards. For purposes of the Statements of Financial Affairs, all freeze conditioning income has been presented as non-business revenue.

**Part 2, Question 3 - Payments or Transfers Made to Creditors Within 90 Days Preceding Commencement of this Case**

All payments or transfers made to Creditors within 90 days preceding commencement of this case with an aggregate value of less than $6,825 have been excluded.

All uncleared checks as of the petition date that were voided postpetition have been removed.

All principal payments made against the revolving credit line to KeyBank National Association ("KeyBank") were auto-debits via a cash sweep from the Debtors' bank account. Cash sweeps for principal repayment occurred when funds were received, however, the Debtors' books and records show principal repayments in three aggregate lump-sums during the 90-day period prior to filing.

This statement includes five payments made to FTI Consultants, Inc., Paul Hastings LLP, and Simpson Thacher & Bartlett LLP totaling $900,000 that were funded directly from Riverstone Credit Partners LLP on account of the Debtors' obligations thereto.

**Part 2, Question 4 - Payments or Transfers Made Within 1 Year Preceding Commencement of This Case to Creditors Who are or Were Insiders**

Payments to Bowman Family Holdings have been included as the entity is controlled by several of the Debtors former officers.

Payments to FTI Consulting, Inc. for services provided by David Beckman and Alan Boyko (insiders) were not included as they were captured in question 3 and 11.

Payments to American Resources, Inc. ("ARI") have been included as the entity is controlled by the Debtors' principle membership interest holder.

Payments to ARI, related party to a Debtor insider, for employee wages and benefits were made directly to ARI employees but are presented as lump-sum monthly payments to ARI.

**Part 2, Question 5 – Repossessions, foreclosures, and returns (1 year)**

Rented or leased property is not included.

**Part 6, Question 13 – Other Transfers - Property Transferred Outside Ordinary Course of Business within 2 Years Preceding Commencement of this Case**

The transfer pertaining to Alcoa reflects a transaction whereby the Debtors sold the Liberty Prep Plant to Alcoa in return for accelerated payments for future tolling services. The Debtors received no cash in the transaction, hence its zero-dollar value.

**Part 9, Question 17 - Employee participation in pension or profit-sharing plan (6 years)**

Solar Sources Mining, LLC's 401(k) plan and Vigo Coal Operating Co., LLC's 401 (k) plan were historically merged into White Stallion Energy, LLC's 401 (k) plan. The White Stallion Energy, LLC 401(k) plan with Unified Trust was terminated as of 1/15/2021.

The medical/prescription benefits plan and HSA with Unified Group Services was held with Old National Bank. The plan was terminated as of 12/2/2020.

Vigo Coal Operating Co., LLC's ESOP was terminated in 2016.

**Part 11, Question 21 – Property held for another**

Explosives owned by Warex, LLC have historically been held on White Stallion Energy LLC property. On December 18, 2020, Warex, LLC removed blast caps from the explosives located on White Stallion Energy LLC property, which eliminated the possibility of explosive hazard.

HQ office holds various paintings and office furnishings that are owned by American Patriot Group, LLC.

**Part 12, Question 24 - Sites for which the Debtor has Provided Notice to a Governmental Unit Under any Environmental Law**

All radioactive material located on the Debtors' property is scheduled for removal by the end of the first week of February 2021.

**Part 13, Question 27 – Inventories**

The Debtors' revolving credit facility provider (KeyBank) utilized the Debtors' inventory records and performed random spot checks of the Debtors' inventories, however, no inventory reports were issued.

The Debtor's count coal inventory on a monthly basis, however, spare parts inventory is counted on a quarterly basis.

**Part 13, Question 30 - Payments, Distributions, or Withdrawals Credited to an Insider within 1 Year Preceding Commencement of this Case**

Payments to Bowman Family Holdings have been included as the entity is owned and controlled by several of the Debtors' former officers.

Payments to American Resources, Inc. ("ARI") have been included as the entity is controlled by the Debtors' principle membership interest holder.

Payments to ARI, related party to a Debtor insider, for employee wages and benefits were made directly to ARI employees but are presented as lump-sum monthly payments to ARI.

**Fill in this information to identify the case:**

Debtor name   **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-13037**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                     12/15

| Part 1: | Summary of Assets |
|---|---|

1.   *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................   $          **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*..............................................................................   $     **49,292,207.08**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................................   $     **49,292,207.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................   $   **105,880,335.38**

3.   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................   $     **210,391.91**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.................................................   +$    **10,332,490.08**

4.   Total liabilities ...............................................................................................
    Lines 2 + 3a + 3b              $    **116,423,217.37**

**Fill in this information to identify the case:**

Debtor name **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-13037**

☐ Check if this is an amended filing

Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | Current value of debtor's interest |
|---|---|---|---|---|
| 3.1. | **Key Bank, N.A.** | **Check Disbursement** | **695** | $0.00 |
| 3.2. | **Key Bank, N.A.** | **Customer Deposit** | **5572** | $0.00 |
| 3.3. | **Key Bank, N.A.** | **Health Insurance Disbursement** | **9376** | $0.00 |
| 3.4. | **Old National Bank** | **DACA Account** | **6564** | $0.00 |
| 3.5. | **Key Bank, N.A.** | **Operating** | **5531** | $4,562.00 |
| 3.6. | **Key Bank, N.A.** | **Corporate Payroll** | **8063** | $341.00 |
| 3.7. | **Key Bank, N.A.** | **Miner's Payroll** | **8071** | $7,234.00 |

Debtor **WHITE STALLION ENERGY, LLC**      Case number *(If known)* **20-13037**
Name

| | | | | |
|---|---|---|---|---|
| 3.8. | **Old National Bank** | **Cash Deposit** | 8820 | $683,469.00 |
| 3.9. | **Fifth Third Bank** | **CD Account** | 8975 | $2,172.00 |
| 3.10. | **Old National Bank** | **CD Account** | 610 | $10,865.00 |

**4.**      **Other cash equivalents** *(Identify all)*

**5.**      **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $708,643.00 |
|---|

**Part 2:**    **Deposits and Prepayments**

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

**7.**      **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Indemnity National Insurance Company - Surety Bonding Premiums** | $450,000.00 |

**8.**      **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---|
| 8.1. | **FREEDOM ENERGY - RFL CHINOOK PROPERTIES, LLC NORTH - Advance Royalty** | $410,332.00 |
| 8.2. | **FREEDOM ENERGY - - Advance Royalty** | $520,908.00 |
| 8.3. | **JANET BUTTS - Advance Royalty** | $12,770.75 |
| 8.4. | **GLENN SELSAM - Advance Royalty** | $28,509.00 |
| 8.5. | **CHARLES K. BUTTS - Advance Royalty** | $12,460.00 |
| 8.6. | **GLG LEASING CORPORATION - Advance Royalty** | $323,128.00 |

Official Form 206A/B      Schedule A/B Assets - Real and Personal Property      page 2

Debtor    **WHITE STALLION ENERGY, LLC**                     Case number *(If known)* **20-13037**
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

| | | |
|---|---|---|
| 8.7. | **CHARLES K. BUTTS AND KIMBERLY L. BUTTS - Advance Royalty** | $153,519.60 |
| 8.8. | **KENNETH M. AND JANET JO BUTTS - Advance Royalty** | $240,560.00 |
| 8.9. | **Kathrine B. Keneipp - Advance Royalty** | $300,000.00 |
| 8.10. | **Patsy J. Randolph - Randolph Family Farm - Advance Royalty** | $300,000.00 |
| 8.11. | **Angela Diane Evans - Advance Royalty** | $100,000.00 |
| 8.12. | **George Franklin Treece - Advance Royalty** | $100,000.00 |
| 8.13. | **Ronald Eugene Treece - Advance Royalty** | $100,000.00 |
| 8.14. | **Alice Marriott - Phase IV - Advance Royalty** | $15,000.00 |
| 8.15. | **Frederick N & Karen Steckler - Advance Royalty** | $16,300.00 |
| 8.16. | **Michael R. & Janice F. Steckler - Advance Royalty** | $16,300.00 |
| 8.17. | **Joseph Tennes - Phase IV (2020 lease) - Advance Royalty** | $12,000.00 |
| 8.18. | **Sara J. Barker Revocable Trust - Advance Royalty** | $11,000.00 |
| 8.19. | **Keith Kolb - Phase III - Advance Royalty** | $3,900.00 |
| 8.20. | **Curtis A. and Janet O. Hornaday - Advance Royalty** | $32,400.00 |

Debtor    **WHITE STALLION ENERGY, LLC**_____    Case number *(If known)* **20-13037**
          Name

| 8.21. | **Deborah M. Mowery - Advance Royalty** | **$9,000.00** |
|---|---|---|
| 8.22. | **Daviess Co. Treasurer and Hawthorne Family Farms, Inc. - Advance Royalty** | **$8,266.34** |
| 8.23. | **Edwards Acres, LLC - Advance Royalty** | **$33,020.00** |
| 8.24. | **Farrel and Geralyn Weisheit - Advance Royalty** | **$3,839.94** |
| 8.25. | **Galen and Marilyn Graber - Advance Royalty** | **$12,600.00** |
| 8.26. | **George and Marilyn Litherland - Advance Royalty** | **$7,679.98** |
| 8.27. | **Graber Farms, Inc. - Advance Royalty** | **$233,870.00** |
| 8.28. | **Hawthorne Family Farms, Inc. (Bom Harris Bank) - Advance Royalty** | **$327,150.00** |
| 8.29. | **Internal Revenue Service (Hawthorne) - Advance Royalty** | **$27,218.22** |
| 8.30. | **James and Sierra Sue Crane - Advance Royalty** | **$6,300.00** |
| 8.31. | **Janis Schnarr - Advance Royalty** | **$3,685.00** |
| 8.32. | **Kendall & Sons, Inc. - Advance Royalty** | **$5,350.00** |
| 8.33. | **Karen Kreilein - Advance Royalty** | **$3,350.00** |
| 8.34. | **Kathleen Sutton - Advance Royalty** | **$3,685.00** |

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(If known)* **20-13037** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.35. | **Larry D. and Terri L. Abel - Advance Royalty** | $18,825.00 |
| 8.36. | **Lowell and Mary Beth Graber - Advance Royalty** | $23,680.00 |
| 8.37. | **Michael A. and Michelle L. Kavanaugh - Advance Royalty** | $740.00 |
| 8.38. | **Paul E. Potts Revocable Trust - Advance Royalty** | $1,030.00 |
| 8.39. | **Phyllis A. Jackman - Advance Royalty** | $35,560.00 |
| 8.40. | **Revocable Trust of Richard R. Potts and Mary Lou Potts - Advance Royalty** | $59,160.00 |
| 8.41. | **Sierra Sue Crane - Advance Royalty** | $7,200.00 |
| 8.42. | **Carolyn S. Weitkamp - Advance Royalty** | $15,450.00 |
| 8.43. | **Charlotte Ragan - Advance Royalty** | $19,470.00 |
| 8.44. | **Freedom Energy - Advance Royalty** | $27,270.00 |
| 8.45. | **Gary and Amy Gonnerman - Advance Royalty** | $85,250.00 |
| 8.46. | **Gray Farms, Inc. - Advance Royalty** | $207,000.00 |
| 8.47. | **Joy Lynn Hermann - Advance Royalty** | $17,600.00 |
| 8.48. | **Karen Dupont, Trustee for Mabel Dupont - Advance Royalty** | $48,000.00 |

Debtor    **WHITE STALLION ENERGY, LLC**                     Case number *(If known)*  **20-13037**
Name

| | | |
|---|---|---|
| 8.49. | **Mick and Connie Houchin - Advance Royalty** | **$9,255.00** |
| 8.50. | **Rick E. and Connie R. Houchin - Advance Royalty** | **$7,305.00** |
| 8.51. | **Rick E. Houchin, Etal - Advance Royalty** | **$18,090.00** |
| 8.52. | **Revocable Living Trust of Mabel June Dupont - Advance Royalty** | **$4,800.00** |
| 8.53. | **Rick and Connie Houchin - Advance Royalty** | **$630.00** |
| 8.54. | **Rick, Mick, Connie R., and Connie L. Houchin - Advance Royalty** | **$2,010.00** |
| 8.55. | **Robert N. Weitkamp II - Advance Royalty** | **$15,450.00** |
| 8.56. | **Sun Energy Group, LLC - Advance Royalty** | **$731,758.80** |
| 8.57. | **Triple J, Double P, & N, LLC - Advance Royalty** | **$211,075.00** |
| 8.58. | **Walter Wyatt Rauch & Betty J. Rauch - Advance Royalty** | **$164,000.00** |
| 8.59. | **MJ Insurance - D&O Insurance Downpayment** | **$47,519.27** |
| 8.60. | **Westfield Bank - D&O Insurance Premiums** | **$160,395.84** |
| 8.61. | **Wabash Co. Road District - County Rd 600 Reclamation Bond** | **$7,745.45** |
| 8.62. | **Wabash Co. Road District - County Rd 1400 Reclamation Bond** | **$8,041.67** |

Debtor   **WHITE STALLION ENERGY, LLC**                    Case number *(If known)* **20-13037**
         Name

| | |
|---|---|
| 8.63. | **Smith-Manus - Permit 461 - N700** | $32,745.50 |
| 8.64. | **Smith-Manus - Permit 458 - N700E Closure** | $750.00 |
| 8.65. | **Wabash Co. Road District - County Road 700 Closure** | $15,163.64 |
| 8.66. | **Smith-Manus - Permit #330** | $171,723.33 |
| 8.67. | **Smith-Manus - Permit #458** | $95,127.33 |
| 8.68. | **Smith-Manus - Permit #395** | $565.33 |
| 8.69. | **Smith-Manus - Blank Bond Permit #3899** | $468.75 |
| 8.70. | **Smith-Manus - Road 1600N Reclamation Bond** | $843.75 |
| 8.71. | **Smith-Manus - Road 850E Reclamation Bond** | $562.50 |
| 8.72. | **Smith-Manus - Road 1400N Reclamation Bond** | $703.50 |
| 8.73. | **Smith-Manus - Blanket Bond #3899** | $468.75 |
| 8.74. | **Smith-Manus - Permit S-373** | $166.67 |
| 8.75. | **Smith-Manus - Permit #443** | $166.67 |
| 8.76. | **Smith-Manus - Permit S-369** | $3,200.00 |

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)*  **20-13037** |
|---|---|---|
| | Name | |

| | | |
|---|---|---|
| 8.77. | **Smith-Manus - Permit 271** | **$166.67** |
| 8.78. | **Smith-Manus - Driveway/Entrance Reclamation Bond** | **$187.50** |
| 8.79. | **Smith-Manus - Permit #443** | **$1,770.18** |
| 8.80. | **Smith-Manus - Trust Resources Bond Increase** | **$4,293.60** |
| 8.81. | **MacAllister Machinery Co., Inc - 1992-2010 992K CAT WHEEL LOADER** | **$43,700.00** |
| 8.82. | **MacAllister Machinery Co., Inc - 1015-2002 D11R CAT DOZER** | **$49,750.00** |
| 8.83. | **MacAllister Machinery Co., Inc - 1015 -D11R CAT DOZER** | **$11,434.83** |
| 8.84. | **Dentons Bingham Greenbaum LLP - Joint Defense Legal Deposit** | **$19,852.00** |

| 9. | **Total of Part 2.** | **$6,252,223.36** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.

■ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | **853,140.67** | - | **0.00** | = .... | **$853,140.67** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | **868,798.49** | - | **0.00** | =.... | **$868,798.49** |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | **$1,721,939.16** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | Investments |
|---|---|

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)* **20-13037**
          Name

13. **Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

14. **Mutual funds or publicly traded stocks not included in Part 1**
    Name of fund or stock:

15. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
    Name of entity:                                    % of ownership

| | Name of entity | % of ownership | | Current value of debtor's interest |
|---|---|---|---|---|
| 15.1. | Solar Sources Mining, LLC | 100.00% | | Unknown |
| 15.2. | White Stallion - Solar, LLC | 100.00% | | Unknown |
| 15.3. | White Stallion - Eagle River, LLC | 100.00% | | Unknown |
| 15.4. | White Stallion Acquisition, LLC | 100.00% | | Unknown |
| 15.5. | Vigo Coal Operating Co., LLC | 100.00% | | Unknown |
| 15.6. | Alchemy Fuels, LLC | 100.00% | | Unknown |
| 15.7. | Vigo Equipment, LLC | 100.00% | | Unknown |
| 15.8. | Vigo Coal Sales, LLC | 100.00% | | Unknown |
| 15.9. | Vigo Coal Land, LLC | 100.00% | | Unknown |
| 15.10. | Trust Resources, LLC | 100.00% | | Unknown |
| 15.11. | Carbo*Prill, LLC | 100.00% | | Unknown |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)*  **20-13037**
            Name

| 15.12. | **Vigo Cypress Mine, LLC** | **100.00%** % | | **Unknown** |
| 15.13. | **Friendsville Mine, LLC** | **100.00%** % | | **Unknown** |
| 15.14. | **Chili Pepper Mine, LLC** | **100.00%** % | | **Unknown** |
| 15.15. | **Liberty Mine, LLC** | **100.00%** % | | **Unknown** |
| 15.16. | **Vigo Sunna, LLC** | **100.00%** % | | **Unknown** |
| 15.17. | **Red Brush West, LLC** | **100.00%** % | | **Unknown** |
| 15.18. | **Eagle River Coal, LLC** | **51.00%** % | | **Unknown** |

16.    **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

| 16.1. | **N-7002394 - Friendsville Reclamation Bond** | **Bonded Amount** | **$10,303,400.00** |
| 16.2. | **N-7002395 - Friendsville Reclamation Bond** | **Bonded Amount** | **$33,900.00** |
| 16.3. | **N-7002396 - Friendsville Reclamation Bond** | **Bonded Amount** | **$107,340.00** |
| 16.4. | **N-7003491 - Friendsville Reclamation Bond** | **Bonded Amount** | **$2,619,640.00** |
| 16.5. | **N-7002397 - Friendsville Reclamation Bond** | **Bonded Amount** | **$5,707,620.00** |
| 16.6. | **N-7002432 - Capt Daviess Reclamation Bond** | **Bonded Amount** | **$232,000.00** |

Debtor    **WHITE STALLION ENERGY, LLC**    Case number *(If known)*  **20-13037**
          Name

| | | | |
|---|---|---|---|
| 16.7. | **N-7002433 - Vigo Sunna Reclamation Bond** | **Bonded Amount** | **$192,000.00** |
| 16.8. | **N-7002432 - Mustang Reclamation Bond** | **Bonded Amount** | **$10,000.00** |

17.   **Total of Part 4.**

   Add lines 14 through 16.  Copy the total to line 83.                              **$19,205,900.00**

**Part 5:**   **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.

■ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** | | | | |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** **Coal Inventory** | **11/30/2020** | **$107,381.66** | **Cost Basis** | **$107,381.66** |
| 22. | **Other inventory or supplies** **D11 Ripper Hoist Cylinder** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |
| | **D11 Roller Frame** | **7/31/2020** | **$90,000.00** | **Market Value** | **$90,000.00** |
| | **D11T Hyd Pump** | **7/31/2020** | **$7,160.00** | **Market Value** | **$7,160.00** |
| | **D11R Hyd Fan Motor** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |
| | **D11R Hyd Fan Pump** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |
| | **D11 Ripper Tilt Cylinder** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |
| | **D9N Front Major Bogie** | **7/31/2020** | **$5,000.00** | **Market Value** | **$5,000.00** |
| | **D9N Hyd Pump** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |
| | **D9N Hyd Pump** | **7/31/2020** | **$1,025.00** | **Market Value** | **$1,025.00** |
| | **730E Hyd Pump** | **7/31/2020** | **$0.00** | **Market Value** | **$0.00** |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)*  **20-13037**
          Name

| | | | | |
|---|---|---|---|---|
| **730E Steer Pump** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **730E Brake Caliper** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **730E Steer Cylinder** | 7/31/2020 | $2,000.00 | Market Value | $2,000.00 |
| **EX3600 Fan Pump** | 7/31/2020 | $24,300.00 | Market Value | $24,300.00 |
| **EX3600 Bucket Pins** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **EX3600 Hyd Control Valve** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **EX3600 Hyd Pump** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K Coupler Damper** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K Feed Valve** | 7/31/2020 | $4,500.00 | Market Value | $4,500.00 |
| **D45K Hyd Valve** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K Feed Pump** | 7/31/2020 | $5,500.00 | Market Value | $5,500.00 |
| **D45K Rotation Pump** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K Tram Pump** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K 2 Way Pump Drive** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K 4 Way Pump Drive** | 7/31/2020 | $5,500.00 | Market Value | $5,500.00 |
| **D45K Rotary Head** | 7/31/2020 | $22,500.00 | Market Value | $22,500.00 |
| **D45K Air End** | 7/31/2020 | $0.00 | Market Value | $0.00 |
| **D45K Roller Frame** | 7/31/2020 | $36,000.00 | Market Value | $36,000.00 |
| **6" Gorman Rupp Pump** | 7/31/2020 | $5,000.00 | Market Value | $5,000.00 |
| **ZX800 Hyd Pump** | 7/31/2020 | $15,000.00 | Market Value | $15,000.00 |
| **773B Wheel Group** | 7/31/2020 | $40,560.00 | Market Value | $40,560.00 |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)* **20-13037**
          Name

| | | | | |
|---|---|---|---|---|
| **16G Hyd Pump** | 7/31/2020 | $0.00 | **Market Value** | $0.00 |
| **D10T Track Adjuster** | 7/31/2020 | $0.00 | **Market Value** | $0.00 |
| **970F Hoist Cylinder** | 7/31/2020 | $5,000.00 | **Market Value** | $5,000.00 |
| **Misc. Tires** | 7/31/2020 | $93,850.00 | **Market Value** | $93,850.00 |
| **730E Wheel Motor Cover** | 7/31/2020 | $1,970.25 | **Cost Basis** | $1,970.25 |
| **D45K Fan Motor** | 7/31/2020 | $1,782.27 | **Cost Basis** | $1,782.27 |

23.    **Total of Part 5.**                                                            | $474,029.18 |

Add lines 19 through 22.  Copy the total to line 84.

24.    **Is any of the property listed in Part 5 perishable?**
       ■ No
       ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
       ■ No
       ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.    **Office furniture** | | | |
| 40.    **Office fixtures** | | | |
| 41.    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| **Plotter** | $0.00 | **Net Book Value** | $0.00 |
| **SOFTWARE - FIXED ASSETS CS** | $0.00 | **Net Book Value** | $0.00 |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)* **20-13037**
          Name

| | | | |
|---|---|---|---|
| **SOFTWARE UPGRADE - SPECTRUM** | $0.00 | Net Book Value | $0.00 |
| **5045 - FVL TRUCK SCALE SYSTEM UPGRADE** | $1,230.99 | Net Book Value | $1,230.99 |
| **KANAWHA SCALES & SYSTEM UPGRADE** | $2,307.75 | Net Book Value | $2,307.75 |
| **FYISOFT ACCT SOFTWARE** | $13,912.50 | Net Book Value | $13,912.50 |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                         **$17,451.24**
       Add lines 39 through 42. Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| **General description**<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | **Net book value of debtor's interest**<br>(Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 47.    **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.    **MACK TRUCK W/HENSLEY BED** | $0.00 | Net Book Value | $0.00 |
| 47.2.    **CHILI PEPPER OFFICE TRAILER** | $0.00 | Net Book Value | $0.00 |
| 47.3.    **4022 - CAT 773B WATER TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.4.    **SKIRTING FOR CP OFFICE TRAILER** | $0.00 | Net Book Value | $0.00 |
| 47.5.    **5065 - CAP REPAIR 1996 INTERNATIONAL TRUCK** | $0.00 | Net Book Value | $6,188.00 |
| 47.6.    **1060 - 1998 FL70 FREIGHTLINER** | $0.00 | Net Book Value | $11,250.00 |
| 47.7.    **5062 - CAP REPAIR WATER TRUCK - ENGINE** | $0.00 | Net Book Value | $17,422.97 |

Debtor **WHITE STALLION ENERGY, LLC**          Case number *(If known)* **20-13037**
Name

| | | | | |
|---|---|---|---|---|
| 47.8. | **5062 - CAP REPAIR-WATER TRUCK - TORQUE CONVER** | $0.00 | Net Book Value | $5,082.04 |
| 47.9. | **2001 FREIGHTLINER FL 70 WITH WELDER** | $0.00 | Net Book Value | $26,666.67 |
| 47.10. | **FUEL TRUCK (1998 INTERNATIONAL)** | $0.00 | Net Book Value | $2,200.00 |
| 47.11. | **1065 - FUEL TRUCK 1998 INT 5000 DAY STAR** | $0.00 | Net Book Value | $4,791.66 |
| 47.12. | **MACK TRUCK CHASSIS** | $0.00 | Net Book Value | $0.00 |
| 47.13. | **1059 - 1999 FREIGHTLINER MECHANIC TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.14. | **1063 - 1993 MACK - SERVICE/LUBE TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.15. | **1120 - SURE-TRAC TILT 20FT TRAILER** | $0.00 | Net Book Value | $0.00 |
| 47.16. | **CAP LEASE-2006 CHEVROLETSILVERADO 3500** | $0.00 | Net Book Value | $0.00 |
| 47.17. | **2011 DODGE RAM 2500** | $0.00 | Net Book Value | $1,043.25 |
| 47.18. | **2011 FORD XL F150** | $0.00 | Net Book Value | $0.00 |
| 47.19. | **2012 1500 CHEVY SILVERADO** | $0.00 | Net Book Value | $0.00 |
| 47.20. | **2012 CHEVY 2500 P/U TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.21. | **2012 FORD F150 PICKUP TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.22. | **2013 CHEVROLET SILVERADO** | $0.00 | Net Book Value | $0.00 |
| 47.23. | **2013 1500 CHEVY SILVERADO** | $0.00 | Net Book Value | $0.00 |
| 47.24. | **2013 GMC SIERRA** | $0.00 | Net Book Value | $0.00 |

Debtor   **WHITE STALLION ENERGY, LLC**                    Case number *(If known)* **20-13037**
         Name

| 47.25 | **2013 FORD F-150** | $0.00 | Net Book Value | $3,410.13 |
| 47.26 | **2015 FORD F250 PUMP TRUCK** | $0.00 | Net Book Value | $3,607.69 |
| 47.27 | **2016 Ford 150 4WD Crew Cab - Mark** | $0.00 | Net Book Value | $11,811.62 |
| 47.28 | **2017 Ford  250 4x4 Crew Cab - Steve** | $0.00 | Net Book Value | $12,258.29 |
| 47.29 | **2017 Ford  250 4x4 Crew Cab - PHIL** | $0.00 | Net Book Value | $11,929.33 |
| 47.30 | **2017 Ford  250 4x4 Crew Cab - KORRE** | $0.00 | Net Book Value | $12,320.51 |
| 47.31 | **2017 Ford - F150 SUPERCREW- JD SMITH** | $0.00 | Net Book Value | $13,963.33 |
| 47.32 | **2017 FORD 350 - PARTS TRUCK - DUANE** | $0.00 | Net Book Value | $21,066.65 |
| 47.33 | **1502S-2002 STERLING M6500 SERVICE TRUCK** | $0.00 | Net Book Value | $5,000.00 |
| 47.34 | **1510-2002 STERLING TRUCK M7500 FVL** | $0.00 | Net Book Value | $16,000.00 |
| 47.35 | **ST8-1998 INTL SERIES 4700 SERVICE TRUCK** | $0.00 | Net Book Value | $4,644.45 |
| 47.36 | **1062 - 2001 FREIGHTLINER TWIN-SCREW TRUCK** | $0.00 | Net Book Value | $0.00 |
| 47.37 | **CAPITALIZE REPAIRS ON #1062** | $0.00 | Net Book Value | $0.00 |

48.   **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
      floating homes, personal watercraft, and fishing vessels

49.   **Aircraft and accessories**

50.   **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| **60 TON ANFO BIN** | $0.00 | Net Book Value | $0.00 |
| **AUGER/ELEC TUBE CONVEYOR** | $0.00 | Net Book Value | $0.00 |

Debtor    **WHITE STALLION ENERGY, LLC**                     Case number *(If known)* **20-13037**
Name

| | | | |
|---|---|---|---|
| **POWERSCREEN SCREEN** | $0.00 | Net Book Value | $0.00 |
| **40 TON BIN - HENSLEY** | $0.00 | Net Book Value | $0.00 |
| **POWERSCREEN SCALPING SCREEN** | $0.00 | Net Book Value | $0.00 |
| **PORTABLE CRUSHING PLANT TEREX** | $0.00 | Net Book Value | $0.00 |
| **FAULKNER STORAGE BIN** | $0.00 | Net Book Value | $0.00 |
| **FAULKNER STORAGE BIN** | $0.00 | Net Book Value | $0.00 |
| **CONEX STORAGE CONTAINER** | $0.00 | Net Book Value | $0.00 |
| **4045 - THURMAN SCALES** | $0.00 | Net Book Value | $0.00 |
| **1071 - DEUTZ/GORMAN RUPP PUMP** | $0.00 | Net Book Value | $0.00 |
| **1072 - DEUTZ/GORMAN RUPP PUMP** | $0.00 | Net Book Value | $0.00 |
| **1090 - LITE PLANT** | $0.00 | Net Book Value | $0.00 |
| **5010 CAP REP** | $0.00 | Net Book Value | $0.00 |
| **1730 - 2012 Komatsu 730E-7 Rock Truck** | $0.00 | Net Book Value | $212,176.30 |
| **1730 - IMPROVEMENT 2012 730E-7 KOMATSU** | $0.00 | Net Book Value | $16,111.32 |
| **1730 - IMPROVEMENT 2012 730E-7 KOMATSU** | $0.00 | Net Book Value | $8,824.27 |
| **1730 - IMPROVEMENT 2012 730E-7 ROCK TRUCK** | $0.00 | Net Book Value | $14,430.47 |
| **1730 - IMPROVEMENT - 2012 730E - KOMATSU** | $0.00 | Net Book Value | $5,629.54 |
| **1008 - D8N CATERPILAR** | $0.00 | Net Book Value | $6,875.61 |
| **1068 - 2017 6" PIT PUMP DEUTZ** | $0.00 | Net Book Value | $11,389.39 |
| **1068 - 2017 6" PIT PUMP - NEW ENGINE** | $0.00 | Net Book Value | $5,557.74 |
| **FUEL TANK - HUGHES - FREE STANDING** | $0.00 | Net Book Value | $6,964.50 |

Debtor   **WHITE STALLION ENERGY, LLC**              Case number *(If known)* **20-13037**
Name

| | | | |
|---|---|---|---|
| **1012 - D11R CATERPILLAR FROM ER** | $0.00 | Net Book Value | $603,306.85 |
| **1012 - CAP REPAIR - D11R CAPERPILLAR** | $0.00 | Net Book Value | $2,938.19 |
| **1200 - 2006 TRACKHOE EX1200 APE HITACHI** | $0.00 | Net Book Value | $61,011.92 |
| **1200 - CAP REPAIR - 2006 HITACHI TRACKHOE** | $0.00 | Net Book Value | $33,473.46 |
| **1200 - CAP RAPAIR 2006 HITACHI TRACKHOE** | $0.00 | Net Book Value | $5,476.98 |
| **1200 - CAP REPAIRS - 2006 HITACHI TRACKHOE** | $0.00 | Net Book Value | $6,627.11 |
| **1200 - CAP REPAIRS HITACHI TRACKHOE** | $0.00 | Net Book Value | $5,338.23 |
| **1200 - CAP REP - 06 TRACKHOE HYDRALIC SYSTEM** | $0.00 | Net Book Value | $5,292.90 |
| **1200 - CAP REPAIR - 06 TRACKHOE - HYD PUMP #1** | $0.00 | Net Book Value | $1,388.07 |
| **1200 - CA REP 06 TRACKHOE FINAL DRIVE** | $0.00 | Net Book Value | $10,937.50 |
| **1730 - CAP REP - 2012 730E HYDRAULIC CYLINDER** | $0.00 | Net Book Value | $1,250.00 |
| **1616 - USED 16G GRADER (FROM ER)** | $0.00 | Net Book Value | $16,452.37 |
| **5044-D45K-4L DRILLTECH DRILL ENGINE** | $0.00 | Net Book Value | $4,558.39 |
| **1616 - CAP REPAIR - 16G GRADER INITIAL SET UP** | $0.00 | Net Book Value | $20,299.14 |
| **1200 - CAP REPAIR - 06 TRACKHOE - HYD PUMP#2** | $0.00 | Net Book Value | $3,302.69 |
| **1616 - 16G GRADER (ER) NEW SETUP** | $0.00 | Net Book Value | $33,010.53 |
| **1159 - 06 END DUMP (SS) NEW SETUP** | $0.00 | Net Book Value | $24,899.25 |
| **1616-16G GRADER - NEW SET UP** | $0.00 | Net Book Value | $14,890.92 |
| **1730-CAP REP-2012 730E KOMATSU-WHEEL MOTOR** | $0.00 | Net Book Value | $28,745.27 |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)*  **20-13037**
Name

| | | | |
|---|---|---|---|
| **1730-CAP REP-2012 730E KOMATSU-DUMP BED FLOOR** | $0.00 | Net Book Value | $24,766.13 |
| **1730 - CAP REPAIR - 2012 730E - KOMATSU MOTOR** | $0.00 | Net Book Value | $45,730.57 |
| **1030 D11R TRACTOR** | $0.00 | Net Book Value | $190,000.00 |
| **1159 - 06 END DUMP - LR WHEEL MOTOR** | $0.00 | Net Book Value | $28,035.36 |
| **1159 - 06 END DUMP REPAIR RR WHEEL MOTOR** | $0.00 | Net Book Value | $46,888.20 |
| **1008 - D8N CAT - NEW TRANSMISSION** | $0.00 | Net Book Value | $10,186.28 |
| **5010 - DOZER GPS** | $0.00 | Net Book Value | $6,666.67 |
| **1500-HD1500-7 KOMATSU HAUL TRUCK** | $0.00 | Net Book Value | $44,000.00 |
| **1011 - 2002 D11R CAT** | $0.00 | Net Book Value | $33,266.88 |
| **1200 -  CAP REPAIR - 06 HITACHI TRACKHOE** | $0.00 | Net Book Value | $84,147.60 |
| **FRIENDSVILLE MINING EQUIPMENT** | $0.00 | Net Book Value | $0.00 |
| **CAP REP #1011** | $0.00 | Net Book Value | $8,099.19 |
| **CAP REPAIRS ON #4019** | $0.00 | Net Book Value | $0.00 |
| **CAP REPAIRS ON #4019** | $0.00 | Net Book Value | $0.00 |
| **CAP REPAIRS ON #5010** | $0.00 | Net Book Value | $0.00 |
| **CAP REPAIRS #1012** | $0.00 | Net Book Value | $34,644.35 |
| **BALE BUSTER MODEL #256** | $0.00 | Net Book Value | $0.00 |
| **BALE BUSTER MODEL #256** | $0.00 | Net Book Value | $0.00 |
| **1065 - CAP REPAIR - ENGINE 1998 FUEL TRUCK** | $0.00 | Net Book Value | $5,140.28 |
| **SURVEY EQUIPMENT (SEILER)** | $0.00 | Net Book Value | $0.00 |

Debtor    **WHITE STALLION ENERGY, LLC**              Case number *(If known)*  **20-13037**
          Name

| | | | |
|---|---|---|---|
| **MURRAY SUBSOILER RIPPER** | $0.00 | Net Book Value | $0.00 |
| **MURRAY SUBSOILER RIPPER** | $0.00 | Net Book Value | $0.00 |
| **DRAG SCRAPER** | $0.00 | Net Book Value | $0.00 |
| **2011 KUBOTA RTV** | $0.00 | Net Book Value | $0.00 |
| **POLARIS 900XP** | $0.00 | Net Book Value | $0.00 |
| **FIELD CULTIVATOR** | $0.00 | Net Book Value | $0.00 |
| **JOHN DEERE 740 LOADER** | $0.00 | Net Book Value | $0.00 |
| **BUSH HOG MOWER** | $0.00 | Net Book Value | $0.00 |
| **HARROW DISKS** | $0.00 | Net Book Value | $0.00 |
| **0143 - 1999 JOHN DEERE 7200 TRACTOR W/#124** | $0.00 | Net Book Value | $0.00 |
| **CAT 259B3 SKID STEER** | $0.00 | Net Book Value | $0.00 |
| **1070- CAT970F WHEEL LOADER** | $0.00 | Net Book Value | $0.00 |
| **HITACHI EX1800 SHOVEL (CCM)** | $0.00 | Net Book Value | $0.00 |
| **CAP REPAIRS ON #1070** | $0.00 | Net Book Value | $0.00 |
| **FRIENDSVILLE SHOP** | $0.00 | Net Book Value | $565,483.34 |
| **FVL PP - SABIA ANALYZER** | $0.00 | Net Book Value | $150,000.00 |
| **FLV PP - SABIA ANALYER (2ND PYMT)** | $0.00 | Net Book Value | $66,000.00 |
| **FVL PP - SABIA ANALYZER** | $0.00 | Net Book Value | $25,000.00 |
| **FVL PP - SABIA ANALYZER** | $0.00 | Net Book Value | $9,000.00 |
| **FVL PP CLEAN COAL SCREEN** | $0.00 | Net Book Value | $123,804.44 |
| **FVL PP - NEW BELT CONVEYOR** | $0.00 | Net Book Value | $18,806.92 |

Debtor **WHITE STALLION ENERGY, LLC**
Name

Case number *(If known)* **20-13037**

| | | | |
|---|---|---|---|
| **BLEND HOPPER - PP FVL** | $0.00 | Net Book Value | $17,804.95 |
| **SCALES FVL PP** | $0.00 | Net Book Value | $22,390.42 |
| **2019/2020 GOB BIN PROJECT** | $0.00 | Net Book Value | $432,943.94 |
| **RAIL ROAD CROSSING** | $0.00 | Net Book Value | $26,852.95 |
| **FRIENDSVILLE PREP PLANT** | $0.00 | Net Book Value | $10,518,572.23 |
| **CAP LEASE - LIB PP - SABIA NUCLEAR ANALYZER** | $0.00 | Net Book Value | $169,416.67 |
| **FVL PP BLDG IMPROVEMENTS** | $0.00 | Net Book Value | $47,293.65 |
| **2016 VARMEER BPX9000 STRAW BLOWER** | $0.00 | Net Book Value | $7,366.66 |
| **4087 - 988H CAT WHEEL LOADER - FRONT WHEEL GR** | $0.00 | Net Book Value | $0.00 |
| **5034 - ZX800 2005 EXCAVATOR - HITACHI** | $0.00 | Net Book Value | $0.00 |
| **5036 - EX3600 MINING SHOVEL - HITACHI** | $0.00 | Net Book Value | $1,029.17 |
| **4002 - EH1700 RIGIG HAULER - HITACHI** | $0.00 | Net Book Value | $0.00 |
| **4016 - D11TCD - CARRYDOZER - CAT** | $0.00 | Net Book Value | $0.00 |
| **5005 - EH1700 EDN DUMP - DIFFERENTIAL** | $0.00 | Net Book Value | $0.00 |
| **5034 - ZX800 - 2005 EXCAVATOR - HITACHI** | $0.00 | Net Book Value | $0.00 |
| **4026 - 16G ROAD GRADER CAT** | $0.00 | Net Book Value | $0.00 |
| **4003 - EH1700 RIGIT HAULER** | $0.00 | Net Book Value | $0.00 |
| **1500 - 150 TON EDN DUMP  KOMATSU** | $0.00 | Net Book Value | $0.00 |
| **1500 - CAP REPAIRS - 150 TON END DUMP** | $0.00 | Net Book Value | $0.00 |
| **5036 - EX3600 MINING SHOVEL** | $0.00 | Net Book Value | $4,966.54 |

Official Form 206A/B

Schedule A/B Assets - Real and Personal Property

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number (If known)  **20-13037**
Name

| | | | |
|---|---|---|---|
| **4087 - REPAIR - 988H CAT WHEEL LOADER - GEAR** | $0.00 | Net Book Value | $0.00 |
| **4003 - CAP REPAIR EH1700 RIGID HAULER** | $0.00 | Net Book Value | $0.00 |
| **1789 - CAP REPAIRS 200TON END DUMP 789D CAT** | $0.00 | Net Book Value | $0.00 |
| **5034 - CAP REPAIR - ZX - 2005 EXCAVATOR** | $0.00 | Net Book Value | $0.00 |
| **5036 - CAP REPAIR EX3600 MINING SHOVEL** | $0.00 | Net Book Value | $7,837.81 |
| **1500 - CAP REPAIR KOMATSU** | $0.00 | Net Book Value | $0.00 |
| **5036 - CAP REPAIR EX3600 MINING SHOVEL** | $0.00 | Net Book Value | $34,087.48 |
| **4001 - CAP REPAIRS - EH1700 RIGID HAULER** | $0.00 | Net Book Value | $0.00 |
| **5034 - CAP REPAIRS ZX800 - 2005 EXCAVATOR** | $0.00 | Net Book Value | $0.00 |
| **4086 - CAP REPAIR 988H CAT LOADER** | $0.00 | Net Book Value | $0.00 |
| **1500 - CAP REPAIR 150 TON END DUMP KOMATSU** | $0.00 | Net Book Value | $0.00 |
| **5036 - CAP REPAIR EX3600 MINING SHOVEL** | $0.00 | Net Book Value | $6,547.18 |
| **5005 - CAP REPAIR EH1700 RIGIT HAULER** | $0.00 | Net Book Value | $0.00 |
| **1500 - CAP REP - 150 TON KOMATSU STRUT** | $0.00 | Net Book Value | $1,520.99 |
| **1789 - CAP REP 789D CAT DUMP TRUCK STRUT** | $0.00 | Net Book Value | $2,374.26 |
| **1500 - CAP REP - 150 TON KOMATSU COUPLER** | $0.00 | Net Book Value | $2,332.84 |
| **5036 - CAP REP - EX3600 MINING SHOVEL - IDLER** | $0.00 | Net Book Value | $10,791.66 |
| **4086 - CAP REP - 988H CAT LOADER POWERTRAIN** | $0.00 | Net Book Value | $5,837.93 |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(If known)*  **20-13037**
          Name

| | | | |
|---|---|---|---|
| **5036 - CAP REPAIR EX3600 SHOVEL - HYD PUMP** | $0.00 | Net Book Value | $4,831.51 |
| **5036 - CAP REPAIR EX3600 SHOVEL SWING MOTO** | $0.00 | Net Book Value | $5,792.79 |
| **1789-CAP REPAIR 200TON END-DUMP 789D TORQUECO** | $0.00 | Net Book Value | $8,904.02 |
| **1992 - 2010 992K CAT WHEEL LOADER - NEW SETUP** | $0.00 | Net Book Value | $6,027.86 |
| **1500-CAP REP 150 TON END DUMP - TRANSMISSION** | $0.00 | Net Book Value | $0.00 |
| **1789-CAP REP 200TON END-DUMP REAR WHEEL** | $0.00 | Net Book Value | $19,796.00 |
| **1789-CAP REP-200TON END DUMP 789D - REAR DIFF** | $0.00 | Net Book Value | $15,631.53 |
| **1789-CAP REP-200TON END-DUMP 789D-TRANSMISSIO** | $0.00 | Net Book Value | $24,132.74 |
| **1500-CAP REP-150 END DUMP - BRAKES** | $0.00 | Net Book Value | $0.00 |
| **1500-CAP REP 150 TON END DUMP - FINAL DRIVE** | $0.00 | Net Book Value | $0.00 |
| **1500-CAP REP 150 TON END DUMP-DIFFERENTIAL** | $0.00 | Net Book Value | $0.00 |
| **1616-CAP REP 16G GRADER - NEW SETUP** | $0.00 | Net Book Value | $8,616.07 |
| **1789-CAP REP 200TON END DUMP-TORQUE CONVERTOR** | $0.00 | Net Book Value | $13,408.12 |
| **1789-CAP REP-200TON END DUMP 789D - ENGINE** | $0.00 | Net Book Value | $110,537.08 |
| **5036-CAP REP EX3600 SHOWEL - BUCKET** | $0.00 | Net Book Value | $25,645.83 |
| **1789-CAP REP 200TON END DUMP 789D-WHEEL** | $0.00 | Net Book Value | $18,798.51 |
| **5036 - CAP REPAIR EX3600 SHOVEL - CYLINDER** | $0.00 | Net Book Value | $8,558.12 |

Debtor    **WHITE STALLION ENERGY, LLC**                     Case number *(If known)*  **20-13037**
Name

| | | | |
|---|---|---|---|
| **1992 - CAP REPAIR - 2010 992K LOADER - PUMP** | $0.00 | **Net Book Value** | **$19,390.73** |
| **1785 - 785 KOMATSU REPAIR WHEEL GOUP** | $0.00 | **Net Book Value** | **$0.00** |
| **4002 EX1700 HAULER REPAIR NEW ENGINE** | $0.00 | **Net Book Value** | **$116,495.75** |
| **4001-EH1700 HITACHI TRUCK HAULER - NEW ENGINE** | $0.00 | **Net Book Value** | **$128,572.34** |
| **5005 - EH1700 END DUMP NEW TRANSMISSION** | $0.00 | **Net Book Value** | **$10,072.43** |
| **1785 - 785 KOMATSU - NEW FINAL DRIVE** | $0.00 | **Net Book Value** | **$0.00** |
| **4086 - 988H CAT LOADER - NEW REAR ROLLOUT DIF** | $0.00 | **Net Book Value** | **$16,231.31** |
| **4086 - 988H CAT LOADER - NEW FRONT ROLLOUT DF** | $0.00 | **Net Book Value** | **$9,390.32** |
| **1015 - D11R CAR DOZER - NEW ENGINE KIT** | $0.00 | **Net Book Value** | **$43,476.56** |
| **4019 - EX1900 SHOVEL MOB** | $0.00 | **Net Book Value** | **$131.40** |
| **5036-EX3600 REPAIR - FINAL DRIVE** | $0.00 | **Net Book Value** | **$34,926.28** |
| **4087-REPAIR-988H CAT WHEEL LOADER - ENGINE** | $0.00 | **Net Book Value** | **$41,146.81** |
| **5036-EX3600 REPAIR - ACTUATED CRTL VALVE** | $0.00 | **Net Book Value** | **$22,576.26** |
| **4086 - 988H LOADER ENGINE** | $0.00 | **Net Book Value** | **$37,374.68** |
| **5036-EX3600 FINAL DRIVE - RIGHT SIDE** | $0.00 | **Net Book Value** | **$74,054.37** |
| **4013-D8 NEW ENGINE** | $0.00 | **Net Book Value** | **$38,990.02** |
| **5010-2 D-10T CAT dozer - new engine** | $0.00 | **Net Book Value** | **$88,984.70** |
| **4002-EH1700 HITACHI HAULER-TRANSMISSION** | $0.00 | **Net Book Value** | **$44,333.33** |

Debtor    **WHITE STALLION ENERGY, LLC**                         Case number *(If known)*  **20-13037**
_____                            _____
Name

| | | | |
|---|---|---|---|
| **1013-D11R NEW ENGINE** | $0.00 | Net Book Value | $133,333.33 |
| **5036-CAP REPAIRS ON #5036** | $0.00 | Net Book Value | $16,084.80 |
| **4001 - CAP REPAIRS - EH1700 RIGID HAULER** | $0.00 | Net Book Value | $0.00 |
| **5034 - CAP REPAIR - ZX800 - 2005 TRACKHOE** | $0.00 | Net Book Value | $0.00 |
| **1500 - CAP REPAIRS - 150 TON END DUMP** | $0.00 | Net Book Value | $0.00 |
| **FRIENDSVILLE TRAIN LOADOUT** | $0.00 | Net Book Value | $5,229,083.34 |
| **5085 - FRI LOADOUT CAP REPAIRS** | $0.00 | Net Book Value | $26,243.16 |
| **1907 - 2010 CASE 580SM EXTEND HOE** | $0.00 | Net Book Value | $0.00 |
| **1007-CAT D7RLGP** | $0.00 | Net Book Value | $0.00 |
| **1083 - ROTARY BREAKER (CCM,LLC)** | $0.00 | Net Book Value | $0.00 |

51.    **Total of Part 8.**                                                   | **$20,603,021.14** |
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property                    page 25

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(if known)* **20-13037**
Name

| | | Current value of debtor's interest |
|---|---|---|

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.    **Trusts, equitable or future interests in property**
**Friendsville Phase IV Development (Drilling and advance royalties)**                                        **$309,000.00**

77.    **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.    **Total of Part 11.**                                                                                  **$309,000.00**

Add lines 71 through 77. Copy the total to line 90.

79.    **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor    **WHITE STALLION ENERGY, LLC**
Name

Case number *(If known)*  **20-13037**

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $708,643.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,252,223.36 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,721,939.16 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $19,205,900.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $474,029.18 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $17,451.24 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $20,603,021.14 | |
| 88. **Real property.** *Copy line 56, Part 9.*................................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $309,000.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $49,292,207.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $49,292,207.08 |

**Fill in this information to identify the case:**

Debtor name    **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-13037**

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1    Ally Financial**
Creditor's Name

**PO Box 9001948**
**Louisville, KY 40290**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**4/23/17**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

Describe debtor's property that is subject to a lien
**2016 Ford Truck**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| $14,338.39 | $11,811.62 |

**2.2    Caterpillar Financial Ser Corp.**
Creditor's Name

**PO Box 730681**
**Dallas, TX 75373**
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred
**3/6/17**
Last 4 digits of account number

Do multiple creditors have an interest in the same property?

Describe debtor's property that is subject to a lien
**Equipment lease on a 2002 D11R**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| $43,793.63 | $33,266.88 |

Debtor    **WHITE STALLION ENERGY, LLC**
    Name
       Case number (if known)    **20-13037**

■ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Riverstone Holdings LLC, ABL Agent** | **Describe debtor's property that is subject to a lien** | $6,968,883.29 | Unknown |

Creditor's Name

**successor in interest to
Key Bank, NA
712 Fifth Avenue, 19th
Floor
New York, NY 10019**
Creditor's mailing address

**dflannery@riverstonecredit
.com**
Creditor's email address, if known

**Date debt was incurred**
**10/22/18**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ Yes. Specify each creditor, including
this creditor and its relative priority.
*See description of Debtor's
property subject to a lien.*
☐ No.

**Describe debtor's property that is subject to a lien**
**Inventory, Accounts Receivable and Cash**

**Describe the lien**
**First Priority**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Riverstone Holdings LLC, as agent** | **Describe debtor's property that is subject to a lien** | $98,638,309.73 | Unknown |

Creditor's Name

**712 Fifth Avenue, 19th
Floor
New York, NY 10019**
Creditor's mailing address

**dflannery@riverstonecredit
.com**
Creditor's email address, if known

**Date debt was incurred**
**4/17/17**
Last 4 digits of account number

**Do multiple creditors have an
interest in the same property?**
■ Yes. Specify each creditor, including
this creditor and its relative priority.
*See description of Debtor's
property subject to a lien.*
☐ No.

**Describe debtor's property that is subject to a lien**
**Substantially all the Debtor's assets**

**Describe the lien**
**Second Priority on Inventory, A/R and Cash;
First Priority on all other assets**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **United Leasing Inc.** | **Describe debtor's property that is subject to a lien** | $215,010.34 | $212,176.30 |

Creditor's Name

**Payment Processing
Center
Evansville, IN 47716**

**Describe debtor's property that is subject to a lien**
**Equipment lease on VIN# A30646**

---

Debtor    **WHITE STALLION ENERGY, LLC**
_____
Name

Case number (if known)    **20-13037**
_____

_____
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**

_____
Creditor's email address, if known

■ No

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

**1/27/17**

**Last 4 digits of account number**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    $105,880,335.38

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

**Fill in this information to identify the case:**

Debtor name **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the: DISTRICT OF DELAWARE

Case number (if known) **20-13037**

☐ Check if this is an amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims
**12/15**

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1: List All Creditors with PRIORITY Unsecured Claims

1. **Do any priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>**Aaron Wiscaver**<br>**3278 N CR 325W**<br>**Petersburgh, IN 47567** | $80.00 | $80.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.2** | Priority creditor's name and mailing address<br>**BRIAN WILSON**<br>**6233 W OLD PRINCETON RD**<br>**Owensville, IN 47665** | $1,074.00 | $1,074.00 |

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,615.56 | $4,615.56 |
|---|---|---|---|---|
| | **BRIAN WILSON**<br>**6233 W OLD PRINCETON ROAD**<br>**OWENSVILLE, IN 47665** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,667.96 | $1,667.96 |
|---|---|---|---|---|
| | **Candice Bruns**<br>**4503 Marigold Court**<br>**Greenwood, IN 46143** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $11,964.47 | $11,964.47 |
|---|---|---|---|---|
| | **CARLEEN TISSERAND**<br>**8021 WYNGATE CIRCLE**<br>**NEWBURGH, IN 47630** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|
| | **CAVAN BREITWEISER**<br>**2142 W Division Rd**<br>**Petersburg, IN 47567** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Expense Reimbursement** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

**2.7**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|
| **CHANCE HURLEY**<br>**10288 STANLEY RD**<br>**ELBERFELD, IN, IN 47613** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Expense Reimbursement** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|
| **CHRIS LEIGH**<br>**1213 RIDGEWAY AVE**<br>**Vincennes, IN 47591** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Expense Reimbursement** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,175.34 | $4,175.34 |
|---|---|---|---|
| **CHRISTOPHER LEIGH**<br>**1213 RIDGEWAY AVENUE**<br>**VINCENNES, IN 47591** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|
| **CHRISTOPHER LEIGH**<br>**1213 RIDGEWAY AVENUE**<br>**VINCENNES, IN 47591** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** |
|---|---|

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**CHRISTOPHER LEIGH**
**1213 RIDGEWAY AVENUE**
**VINCENNES, IN 47591**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Christopher Wolf**
**1126 S. CR 250 West**
**Petersburg, IN 47567**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.13 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**COLE CHANCELLER**
**7018 Steeplechase Dr**
**Evansville, IN 47720**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.14 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.00** | **$40.00** |
|---|---|---|---|---|

**DARON JACOB**
**3572 S PINE RIDGE RD**
**BIRDSEYE, IN, IN 47513**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Daviess County Treasurer
200 E. Walnut St.
Room 103
Washington, IN 47501**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Delaware Secretary of State
Division of Corporations
John G. Townsend Bldg
401 Federal St., Ste 4
Dover, DE 19901**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dubois County Treasurer
1 Courthouse Sq
Room 105
Jasper, IN 47546**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$880.00** | **$880.00** |
|---|---|---|---|---|

**DUSTIN FRENCH
8901 E 900 S
Elberfeld, IN 47613**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$6,000.50** | **$6,000.50** |
|---|---|---|---|---|

**DUSTIN FRENCH**
**8901 E 900S**
**ELBERFELD, IN 47613**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,769.23** | **$5,769.23** |
|---|---|---|---|---|

**Felson Bowman**
**PO Box 47068**
**Indianapolis, IN 46247**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,807.69** | **$4,807.69** |
|---|---|---|---|---|

**Fred Bowman**
**5669 Banta Road**
**Martinsville, IN 46151**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Secretary of State**
**213 State Capitol**
**Springfield, IL 62756**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|

Name

---

**2.23** | Priority creditor's name and mailing address

**Indiana Department of Natural Resources**
**14619 W. State Road 48**
**Jasonville, IN 47438**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.24** | Priority creditor's name and mailing address

**Indiana Secretary of State**
**200 W Washington St**
**Room 201**
**Indianapolis, IN 46204**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.25** | Priority creditor's name and mailing address

**Internal Revenue Service**
**Dept of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0035**

As of the petition filing date, the claim is:
*Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.26** | Priority creditor's name and mailing address

**JACOB BUTLER**
**4258 E CR 900S**
**STENDAL, IN, IN 47585**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**$40.00**    **$40.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**2.27** | Priority creditor's name and mailing address
**Jacqueline Ponder Bowman**
**3265 S. SR 135**
**Greenwood, IN 46143**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,557.69**    **$3,557.69**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**JAMES SMITH**
**1213 TREE TOP LANE**
**EVANSVILLE, IN, IN 47712**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,074.00**    **$1,074.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**JODI DUNNING**
**4210 Ty Court**
**Evansville, IN 47725**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,358.08**    **$1,358.08**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Joel Garcia**
**333 Northside Drive**
**Batesville, IN 47006**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,153.85**    **$1,153.85**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $13,650.00 | $13,650.00 |
|---|---|---|---|---|

**JOHN HARMAN**
**329 VALLEY DRIVE**
**MORGANFIELD, KY 42437**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,846.15 | $3,846.15 |
|---|---|---|---|---|

**John Maryan**
**5667 Banta Road**
**Martinsville, IN 46151**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,780.77 | $1,780.77 |
|---|---|---|---|---|

**Joseph Stratman**
**8425 Schmuck Road**
**Evansville, IN 47712**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**JOSH SCHOPPENHORST**
**230 SOUTH STREET**
**OAKLAND CITY, IN, IN 47660**

*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.35 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,113.00 | $3,113.00 |
|---|---|---|---|---|

**JOSHUA SCHOPPENHORST**
**230 SOUTH STREET**
**OAKLAND CITY, IN 47660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.36 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**JOSHUA SCHOPPENHORST**
**230 SOUTH STREET**
**OAKLAND CITY, IN 47660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.37 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**JOSHUA SCHOPPENHORST**
**230 SOUTH STREET**
**OAKLAND CITY, IN 47660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.38 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,784.61 | $7,784.61 |
|---|---|---|---|---|

**KLARA STONE**
**1711 Old State Road 66**
**NEWBURGH, IN 47630**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Knox County Treasurer**
**111 N. 7th St**
**Ste 1**
**Vincennes, IN 47591**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$80.00** | **$80.00** |
|---|---|---|---|---|

**LARRY LOGESTAN**
**3825 S 900E**
**Oakland City, IN 47660**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**Larry Logestan**
**3825 S 900E**
**Oakland City, IN 47660**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$4,088.50** | **$4,088.50** |
|---|---|---|---|---|

**LAYNE GREUBEL**
**9776 S. WATER TOWER DRIVE**
**HAUBSTADT, IN 47639**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
- ■ No
- ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**LAYNE GREUBEL**
**9776 S. WATER TOWER DRIVE**
**HAUBSTADT, IN 47639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**LAYNE GREUBEL**
**9776 S. WATER TOWER DRIVE**
**HAUBSTADT, IN 47639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,898.46 | $10,898.46 |
|---|---|---|---|---|

**LINDA DROEGE**
**7914 BOBERG ROAD**
**WADESVILLE, IN 47638**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $700.00 | $700.00 |
|---|---|---|---|---|

**Lisa Parsons**
**10826 S 350 E**
**HAUBSTADT, IN 47639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$8,136.91** | **$8,136.91** |
|---|---|---|---|---|

**LISA PARSONS**
**10826 S 350 E**
**HAUBSTADT, IN 47639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$90.78** | **$90.78** |
|---|---|---|---|---|

**Lisa Schmitt**
**2300 East Powell Ave**
**Evansville, IN 47714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$3,182.43** | **$3,182.43** |
|---|---|---|---|---|

**LISA SCHMITT**
**2300 E POWELL AVE**
**EVANSVILLE, IN 47714**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,476.00** | **$1,476.00** |
|---|---|---|---|---|

**Madeline DeWeese**
**3029 Igleheart Avenue**
**Evansville, IN 47712**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Marion County Treasurer**
**PO Box 6145**
**Indianapolis, IN 46206**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,095.04** | **$2,095.04** |
|---|---|---|---|---|

**MARY CARNEY**
**316 N ELM ST    #1014**
**Henderson, KY 42420**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$13,650.00** | **$13,650.00** |
|---|---|---|---|---|

**MATTHEW UBELHOR**
**2245 W 150 S**
**BLOOMFIELD, IN 47424**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$40.00** | **$40.00** |
|---|---|---|---|---|

**MICHAEL HACKMANN**
**11968 E ANDERSON VALLEY RD**
**BIRDSEYE, IN, IN 47513**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.55 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**MICHAEL HACKMANN**
**11968 E ANDERSON VALLEY RD**
**BIRDSEYE, IN, IN 47513**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.56 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,381.99 | $3,381.99 |
|---|---|---|---|---|

**MICHAEL JOHNSON**
**11203 W 850 S**
**OWENSVILLE, IN 47665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.57 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**MICHAEL JOHNSON**
**11203 W 850 S**
**OWENSVILLE, IN 47665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.58 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**MICHAEL JOHNSON**
**11203 W 850 S**
**OWENSVILLE, IN 47665**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,522.06 | $6,522.06 |
|---|---|---|---|---|

**Office of Surface Management**
**PO Box 979068**
**St. Louis, MO 63197**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.60 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $180.00 | $180.00 |
|---|---|---|---|---|

**PATRICK RIGSBY**
**9949 S WATER TOWER DRIVE**
**HAUBSTADT, IN 47639**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.61 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Pike County Treasurer**
**801 Main St**
**Petersburg, IN 47567**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.62 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $12,199.07 | $12,199.07 |
|---|---|---|---|---|

**R  KAREN SKIPPER**
**3102 Renee Drive**
**EVANSVILLE, IN 47711**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|

Name

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,200.00 | $3,200.00 |
|---|---|---|---|---|

**RANDALL KUHN**
**219 SOUTHRIDGE RD**
**TERRE HAUTE, IN 47802**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.64 | Priority creditor's name and mailing address | | $1,455.46 | $1,455.46 |
|---|---|---|---|---|

**ROBERT KIMBERLAIN II**
**4655 MIRANDA DRIVE**
**NEWBURGH, IN 47630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.65 | Priority creditor's name and mailing address | | $930.00 | $930.00 |
|---|---|---|---|---|

**ROGER MCGINNIS**
**3449 W 575 S**
**Washington, IN 47501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.66 | Priority creditor's name and mailing address | | $180.00 | $180.00 |
|---|---|---|---|---|

**Roger McGinnis**
**3449 W 575 S**
**Washington, IN 47501**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

**2.67**

Priority creditor's name and mailing address
**RONALD MOORE JR**
**5330 Indermuhle Lane**
**Plainfield, IN 46168**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,200.00**   **$3,200.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.68**

Priority creditor's name and mailing address
**SALINE COUNTY COLLECTOR**
**10 EAST POPLAR ST.**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**   **Unknown**

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.69**

Priority creditor's name and mailing address
**SCOTT FRANKE**
**4633 Estate Drive**
**NEWBURGH, IN 47630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$4,000.00**   **$4,000.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.70**

Priority creditor's name and mailing address
**Shane Chancellor**
**7018 STEEPLECHASE DR**
**EVANSVILLE, IN 47720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$774.00**   **$774.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

| 2.71 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $10,221.12 | $10,221.12 |
|---|---|---|---|---|

| 2.71 | Priority creditor's name and mailing address<br>**SHANE CHANCELLOR**<br>**7018 STEEPLECHASE DRIVE**<br>**EVANSVILLE, IN 47720** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,221.12 | $10,221.12 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.72 | Priority creditor's name and mailing address<br>**Shawnetta Compton**<br>**2920 Thornhill Drive**<br>**Evansville, IN 47725** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,692.30 | $3,692.30 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.73 | Priority creditor's name and mailing address<br>**STACEY DEIBLER**<br>**10848 S 350 E**<br>**HAUBSTADT, IN 47639** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $6,647.40 | $6,647.40 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.74 | Priority creditor's name and mailing address<br>**STEVEN CHANCELLOR**<br>**250 N Cross Point Blvd**<br>**EVANSVILLE, IN 47715** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,650.00 | $13,650.00 |
|---|---|---|---|---|
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $8,925.05 | $8,925.05 |
|---|---|---|---|---|

**Steven Tempel**
**13426 N CR 125 W**
**Tennyson, IN 47637**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,769.24 | $5,769.24 |
|---|---|---|---|---|

**Thomas Franks**
**IN-POS1 Box 444**
**Harrisburg, IL 62946**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**US DEPT OF TREASURY**
**PO BOX 790390**
**St. Louis, MO 63179-0390**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | Unknown |
|---|---|---|---|---|

**Vanderburgh County Treasurer**
**PO Box 77**
**Evansville, IN 47701**

Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number *(if known)* | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

---

| **2.79** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wabash Co Treasurer**
**401 Market St**
**Mt. Carmel, IL 62863**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.80** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Warrick County Treasurer**
**PO Box 3445**
**Evansville, IN 47733**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.81** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$133.20** | **$133.20** |
|---|---|---|---|---|

**WILLIAM MAYER**
**949 S DOGWOOD LANE**
**Princeton, IN 47670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| **2.82** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$180.00** | **$180.00** |
|---|---|---|---|---|

**WILLIAM MAYER**
**949 S DOGWOOD LANE**
**Princeton, IN 47670**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **WHITE STALLION ENERGY, LLC**
_____
Name

Case number (if known)  **20-13037**

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $40.00 | $40.00 |
|---|---|---|---|---|

**ZACHARY PARKS**
**1022 E TRAFZER ST**
**PETERSBURG, IN, IN 47567**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,430.00** |
|---|---|---|---|

**A&B DIRT MOVING, LLC**
**P.O. BOX 96**
**Princeton, IN 47670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$12,359.14** |
|---|---|---|---|

**ACCESS**
**PO BOX 310511**
**Des Moines, IA 50331-0511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,141.30** |
|---|---|---|---|

**ACTION EQUIPMENT SALES CO**
**5801 S. HARDING STREET**
**Indianapolis, IN 46217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Alcoa Fuels, Inc.**
**c/o Jason L. Richey**
**K&L Gates**
**210 Sixth Ave**
**Pittsburgh, PA 15222**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred  **Various, Indemnity Claim**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,460.00** |
|---|---|---|---|

**ALL AMERICAN STORAGE**
**5100 VOGEL ROAD**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.6**

Nonpriority creditor's name and mailing address
**ALL TYPE HYDRAULIC**
**12836 HWY 57**
**Evansville, IN 47725**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,030.00**

---

**3.7**

Nonpriority creditor's name and mailing address
**ALLIANCE CONSULTING INC**
**124 PHILPOT LANE**
**Beaver, WV 25813-9502**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,415.63**

---

**3.8**

Nonpriority creditor's name and mailing address
**ALLY**
**PO Box 9001948**
**Louisville, KY 40290**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$261.40**

---

**3.9**

Nonpriority creditor's name and mailing address
**ALPHA ORGANICS INC**
**9120 MARX ROAD**
**Evansville, IN 47720**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$341.33**

---

**3.10**

Nonpriority creditor's name and mailing address
**ALTSTADT'S**
**P O BOX 6422**
**Evansville, IN 47719-0422**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,988.99**

---

**3.11**

Nonpriority creditor's name and mailing address
**American Patriot Group LLC**
**250 Cross Pointe**
**Evansville, IN 47715**

Date(s) debt was
incurred  **Various, Related Party Claim**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$30,682.75**

---

**3.12**

Nonpriority creditor's name and mailing address
**American Patriot Group LLC**
**250 Cross Pointe**
**Evansville, IN 47715**

Date(s) debt was
incurred  **Various, Related Party Claim**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$42,574.20**

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,990.00** |
|---|---|---|---|

**ANA'S CLEANING SERVICE**
**728 FICKLIN STREET**
**Mt. Carmel, IL 62863**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$22,233.00** |
|---|---|---|---|

**ANGELA DIANE EVANS**
**9550 COLLIE RD**
**Terre Haute, IN 47802**

Date(s) debt was
incurred **Various, Advance Royalty**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,806.25** |
|---|---|---|---|

**AQUATIC RESOURCES MANAGEMENT**
**2554 PALUMBO DRIVE**
**Lexington, KY 40509**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$130.00** |
|---|---|---|---|

**ARAB**
**1066 E. Diamond Ave**
**Evansville, IN 47711**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,502.61** |
|---|---|---|---|

**ARAMARK UNIFORMS**
**25259 NETWORK PLACE**
**Chicago, IL 60673-1252**

Date(s) debt was incurred **Various, Payment Plan**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$385,080.00** |
|---|---|---|---|

**ARI Properties, LLC d/b/a American**
**Resources, Inc.**
**250 Cross Pointe**
**Evansville, IN 47715**

Date(s) debt was
incurred **Various, Related Party Claim**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$9,200.00** |
|---|---|---|---|

**ASSOCIATED ENGINEERS INC**
**2740 NORTH MAIN STREET**
**Madisonville, KY 42431**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (if known) | **20-13037** |
|---|---|---|---|---|

Name

---

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $96.58 |
|---|---|---|

**AT&T Mobility**
**PO BOX 6463**
**CAROL STREAM, IL 60197-6463**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $655.40 |
|---|---|---|

**AUTO WHEEL & RIM SERVICE**
**P.O. BOX 4220**
**Evansville, IN 47724**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,384.46 |
|---|---|---|

**BAILEY ENTERPRISES INC**
**RAILROAD STREET**
**BOX 165**
**Browns, IL 62818**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $39,933.18 |
|---|---|---|

**BASIN LAW GROUP LLP**
**508 MAIN STREET**
**Evansville, IN 47708**

Date(s) debt was incurred **Various, Professional Services**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,450.00 |
|---|---|---|

**BAUMGART BIT SUPPLY**
**PO BOX 784**
**Mount Carmel, IL 62863**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,501.32 |
|---|---|---|

**BC HEAVY TRUCK & ELECTRICAL**
**948 EAST MARGARET AVE**
**Terre Haute, IN 47802**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,637.00 |
|---|---|---|

**BELT TECH INDUSTRIAL**
**PO BOX 620**
**Washington, IN 47501**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.27** | Nonpriority creditor's name and mailing address
**BIG RIVER RUBBER & GASKET CO**
**214 WEST 10TH ST**
**Owensboro, KY 42303**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$9,707.81**

---

**3.28** | Nonpriority creditor's name and mailing address
**BIGGS AUTO ELECTRIC**
**805 S Commercial**
**Harrisburg, IL 62946**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$279.00**

---

**3.29** | Nonpriority creditor's name and mailing address
**BLUE RIBBON INC**
**15605 McCUTCHAN RD**
**Evansville, IN 47725**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$433.43**

---

**3.30** | Nonpriority creditor's name and mailing address
**BLUE RIBBON JON CO**
**2930 ST. PHILLIPS RD.**
**Evansville, IN 47712**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,600.00**

---

**3.31** | Nonpriority creditor's name and mailing address
**BOWMAN FAMILY HOLDINGS**
**6755 GRAY RD**
**Indianapolis, IN 46237**

Date(s) debt was
incurred **Various, Equipment Lease**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$76,087.20**

---

**3.32** | Nonpriority creditor's name and mailing address
**BOWMAN FAMILY HOLDINGS**
**6755 GRAY RD**
**Indianapolis, IN 46237**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$20,300.12**

---

**3.33** | Nonpriority creditor's name and mailing address
**Bowman Family Holdings, Inc.**
**6755 GRAY RD**
**Indianapolis, IN 46237**

Date(s) debt was
incurred **Various, Contract Rejection**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor **WHITE STALLION ENERGY, LLC**

Case number (if known) **20-13037**

Name

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,760.85 |
|---|---|---|---|

**BOYD & SONS MACHINERY LLC**
**16 SOUTH 350 EAST**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,574.19 |
|---|---|---|---|

**BOYD AND COMPANY CONSTRUCTION**
**1987 TROY ROAD**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,350.00 |
|---|---|---|---|

**BOYD REALTY & DEVELOPMENT CO**
**602 EAST MAIN ST**
**Petersburg, IN 47567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,262.12 |
|---|---|---|---|

**BRAKE SUPPLY COMPANY**
**4280 Payshpere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Payment Plan**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,961.93 |
|---|---|---|---|

**BRANDEIS MACHINERY AND SUPPLY**
**7310 Venture Ln**
**Fort Wayne, IN 46818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $223.17 |
|---|---|---|---|

**BRYAN MORRIS**
**1147 WIMBLEDON COURT**
**EVANSVILLE, IN, IN 47710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,999.88 |
|---|---|---|---|

**BSDR ELECTRICAL SERV LLC**
**217 STATE STREET**
**Newburgh, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.22 |
|---|---|---|---|

**Buckridge Environmental**
**8344 SUSAN COURT**
**NEWBURGH, IN 47630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.15 |
|---|---|---|---|

**C&I ELECTRONICS**
**1700 N LAFAYETTE AVE**
**EVANSVILLE, IN 47711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $246,876.84 |
|---|---|---|---|

**C&M GIANT TIRE, LLC**
**980 W NEW CIRCLE RD**
**Lexington, KY 40511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $25,320.71 |
|---|---|---|---|

**CARQUEST AUTO PARTS**
**9TH STREET PARTS**
**Mt. Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820,202.35 |
|---|---|---|---|

**Caterpillar Financial Ser Corp**
**P.O. BOX 730681**
**Dallas, TX 75373-0681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Equipment Lease**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,020.00 |
|---|---|---|---|

**CENERG GLOBAL TOOLS**
**P. O. BOX 3**
**Dunbar, WV 25064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,040.10 |
|---|---|---|---|

**CENTRIFUGAL SERVICES**
**24708 NETWORK PLACE**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **WHITE STALLION ENERGY, LLC**                     Case number (*if known*)  **20-13037**
     Name

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,096.00** |
|---|---|---|---|

**CHANDLER STARTER & ALTERNATOR**
**639 EAST LINCOLN**
**Chandler, IN 47610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$81.91** |
|---|---|---|---|

**CHANDLER UTILITIES**
**401 E LINCOLN AVE**
**Chandler, IN 47610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$400.03** |
|---|---|---|---|

**CHRIS MORAVEC**
**11335 TALNUK CIRCLE**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Professional Services**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|

**Cito, Al**
**2566 Curriers Pl**
**Manasquan, NJ 08736**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred  **Various, Contract Rejection**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,870.00** |
|---|---|---|---|

**CLINCH RIVER CORPORATION**
**24706 NETWORK PLACE**
**Chicago, IL 60673-1247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$54,961.22** |
|---|---|---|---|

**COLDWELL & CO INC**
**PO BOX 10098**
**Terre Haute, IN 47801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$21,253.16** |
|---|---|---|---|

**CONN-WELD INDUSTRIES INC**
**P.O. BOX 5329**
**Princeton, WV 24740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **WHITE STALLION ENERGY, LLC**                          Case number (if known)   **20-13037**

Name

| | |
|---|---|
| 3.55 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$615,750.00** |

**3.55**  Nonpriority creditor's name and mailing address
**CONNELL EQUIP LEASING**
**300 CONNELL DRIVE**
**Berkeley Heights, NJ 07922**
Date(s) debt was
incurred  **Various, Equipment Lease**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$615,750.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.56**  Nonpriority creditor's name and mailing address
**CROSS POINTE A AND B**
**PO BOX 5101**
**Evansville, IN 47716**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$1,436.40**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.57**  Nonpriority creditor's name and mailing address
**CSV, INC.**
**488 MAGNOLIA VALE DR**
**Chattanooga, TN 37419**
Date(s) debt was incurred  **Various, Professional Services**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$92,100.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.58**  Nonpriority creditor's name and mailing address
**CUMMINS SALES AND SERVICE**
**75 REMITTANCE DRIVE**
**Chicago, IL 60675-1701**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$304,456.89**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.59**  Nonpriority creditor's name and mailing address
**CUSTOM STAFFING SERVICES**
**1820 N. GREEN RIVER ROAD**
**Evansville, IN 47715**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$163,089.16**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.60**  Nonpriority creditor's name and mailing address
**DAVIESS-MARTIN COUNTY REMC**
**12628 E 75N**
**Loogootee, IN 47553**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$49,965.30**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61**  Nonpriority creditor's name and mailing address
**De Lage Landen Financial Ser**
**PO BOX 41602**
**Phila, PA 19101-1602**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.     **$736.09**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.62**

**Nonpriority creditor's name and mailing address**

**DEACONESS CONCERN**
**7200 EAST INDIANA STREET**
**EVANSVILLE, IN 47715**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,373.68**

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Deborah M. Mowery**
**9152 S 800 E**
**MONTGOMERY, IN 47558**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,000.00**

---

**3.64**

**Nonpriority creditor's name and mailing address**

**DENTONS BINGHAM GREENBAUM LLP**
**3913 SOLUTIONS CENTER**
**Chicago, IL 60677-3009**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,860.24**

---

**3.65**

**Nonpriority creditor's name and mailing address**

**DIAMOND EQUIPMENT CO**
**1060 DIAMOND AVENUE**
**Evansville, IN 47711**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,625.17**

---

**3.66**

**Nonpriority creditor's name and mailing address**

**DONNA ORR**
**800 STATE STREET**
**SULLIVAN, IN, IN 47882**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$977.47**

---

**3.67**

**Nonpriority creditor's name and mailing address**

**DOUGGLASS SERVICE INC**
**1074 E. HOOSIER LANE**
**Petersburg, IN 47567**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,447.25**

---

**3.68**

**Nonpriority creditor's name and mailing address**

**ECOVADIS**
**43 Avenue de la Grande Armee**
**Paris   75116**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$695.00**

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.69**

Nonpriority creditor's name and mailing address
**ELITE ENVIRONMENTAL SERVICES**
**PO BOX 6405**
**Evansville, IN 47719**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,210.00**

---

**3.70**

Nonpriority creditor's name and mailing address
**ELPERS TRUCK EQUIPMENT**
**8136 BAUMGART ROAD**
**Evansville, IN 47725**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$770.59**

---

**3.71**

Nonpriority creditor's name and mailing address
**Employee Medical Claims**

Date(s) debt was incurred **Various, Incurred but Not Reported Amounts**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.72**

Nonpriority creditor's name and mailing address
**EVANSVILLE BOLT & NUT**
**1701 E. COLUMBIA STREET**
**Evansville, IN 47711**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,778.75**

---

**3.73**

Nonpriority creditor's name and mailing address
**EVANSVILLE COURIER & PRESS**
**PO BOX  742699**
**CINCINNATI, OH 45274-2699**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$224.02**

---

**3.74**

Nonpriority creditor's name and mailing address
**EVANSVILLE WATER AND SEWER**
**PO BOX 19**
**Evansville, IN 47740-0001**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$311.06**

---

**3.75**

Nonpriority creditor's name and mailing address
**EVANSVILLE WELDING SUPPLY LLC**
**PO BOX 5305**
**Evansville, IN 47716-5305**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$12,142.07**

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.76** | **Nonpriority creditor's name and mailing address**
EXTREME WELDING & MACHINE
1506 US HWY 45 N
Eldorado, IL 62930

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$20,732.00**

---

**3.77** | **Nonpriority creditor's name and mailing address**
FABICK TRACTOR COMPANY
PO BOX 952121
St. Louis, MO 63195-2121

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$238,290.12**

---

**3.78** | **Nonpriority creditor's name and mailing address**
FEDEX
PO BOX 94515
Palatine, IL 60094-4515

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$103.46**

---

**3.79** | **Nonpriority creditor's name and mailing address**
Felson Bowman
6755 Gray Rd
Indianapolis, IN 46237

Date(s) debt was
incurred **Various, Contract Rejection**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.80** | **Nonpriority creditor's name and mailing address**
FIRST NATIONAL BANK-ALLENDALE
PO BOX 9
Allendale, IL 62410

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$345.00**

---

**3.81** | **Nonpriority creditor's name and mailing address**
FIRST-LINE FIRE EXTINGUISHER
1338 N. 8TH STREET
Paducah, KY 42001

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$16,093.68**

---

**3.82** | **Nonpriority creditor's name and mailing address**
Fluid Power Services Inc
PO BOX 513
Madisonville, KY 42431

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,414.24**

---

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number (if known)    **20-13037**
_____
Name

| | |
|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** |

**3.83** **Nonpriority creditor's name and mailing address**
**Fred Bowman**
**5669 Banta Road**
**Martinsville, IN 46151**
Date(s) debt was
incurred  **Various, Contract Rejection**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.84** **Nonpriority creditor's name and mailing address**
**Fredrick N & Karen Steckler**
**7323 Wabash 12 Ave**
**Mt. Carmel, IL 62863**
Date(s) debt was
incurred  **Various, Advance Royalty**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,075.00**

---

**3.85** **Nonpriority creditor's name and mailing address**
**FRIENDS OF SUZANNE CROUCH**
**PO BOX 2960**
**INDIANAPOLIS, IN 46206**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$10,000.00**

---

**3.86** **Nonpriority creditor's name and mailing address**
**FUCHS LUBRICANTS CO**
**PO BOX 71735**
**Chicago, IL 60694-1735**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$35,522.45**

---

**3.87** **Nonpriority creditor's name and mailing address**
**Galen And Marilyn J. Graber**
**8342 E OLD 50 HWY**
**MONTGOMERY, IN 47558**
Date(s) debt was
incurred  **Various, Advance Royalty**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,260.00**

---

**3.88** **Nonpriority creditor's name and mailing address**
**GENERAL RUBBER & PLASTICS**
**P O BOX 4510 STATION A**
**Evansville, IN 47711**
Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,295.22**

---

**3.89** **Nonpriority creditor's name and mailing address**
**GEORGE FRANKLIN TREECE**
**804 WEST 6TH ST**
**Mt. Carmel, IL 62863**
Date(s) debt was
incurred  **Various, Advance Royalty**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$22,233.00**

Debtor    **WHITE STALLION ENERGY, LLC**          Case number (if known)    **20-13037**

_____
Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,111.46 |

**GIBCO MOTOR EXPRESS LLC**
**PO BOX 8158**
**Evansville, IN 47716-8358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,500.00 |

**GIULIANI CONSULTING COMPANY**
**303 ROCKY RIDGE ROAD**
**Bethel Park, PA 15102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Professional Services**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,208.94 |

**GRABER CRANE SERVICE**
**151 N. 350 E**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.59 |

**GRAINGER**
**DEPT 830636031**
**Palatine, IL 60038-0001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $460.00 |

**H&H TRUCKING**
**20330 FRIENDSVILLE AVENUE**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,860.00 |

**HART CLEANING LLC**
**PO BOX 5353**
**Evansville, IN 47716-5353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $231,421.05 |

**HAWKINS BAILEY WHSE INC**
**1101 12TH STREET STE A**
**Bedford, IN 47421**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.97** | Nonpriority creditor's name and mailing address
**HENNESSY SURVEYING, INC.**
6085 S. 50 W.
Fort Branch, IN 47648

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$13,744.62**

---

**3.98** | Nonpriority creditor's name and mailing address
**HERITAGE-CRYSTAL CLEAN LLC**
13621 COLLECTIONS
Chicago, IL 60693-0136

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,510.42**

---

**3.99** | Nonpriority creditor's name and mailing address
**Highland Farms, Inc**
9203 N. 1400 BLVD.
Mt. Carmel, IL 62863

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$125,382.73**

---

**3.100** | Nonpriority creditor's name and mailing address
**HMG ENGINEERS INC**
9360 HOLY CROSS LANE
Breese, IL 62230

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,611.85**

---

**3.101** | Nonpriority creditor's name and mailing address
**HOBART HALLAWAY & QUAYLE**
3817 CENTRAL AVE
Nashville, TN 37205

Date(s) debt was incurred **Various, Professional Services**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$76,613.00**

---

**3.102** | Nonpriority creditor's name and mailing address
**Hobart Hallaway & Quayle Ventures, LLC**
3817 CENTRAL AVE
Nashville, TN 37205

Date(s) debt was incurred **Various, Contract Rejection**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.103** | Nonpriority creditor's name and mailing address
**HOME CITY ICE COMPANY**
PO BOX 111116
Cincinnati, OH 45211

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

**$1,629.55**

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.104**

**Nonpriority creditor's name and mailing address**

**HOWELL PAVING**
**P. O. BOX 1115**
**Salem, IL 62881**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$17,100.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.105**

**Nonpriority creditor's name and mailing address**

**IL EASTERN COMMUNITY COLLEGES**
**700 LOGAN COLLEGE ROAD**
**Carterville, IL 62918**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$198.95**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.106**

**Nonpriority creditor's name and mailing address**

**IMPERIAL FASTENER & INDUSTRIAL**
**PO BOX 712987**
**Cincinnati, OH 45271-2987**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$598.90**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.107**

**Nonpriority creditor's name and mailing address**

**Indemnity National Insurance Company**
**238 Bedford Way**
**Franklin, TN 37064**

**Date(s) debt was**
**incurred** **Various, Surety Insurance**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **Unknown**

■ Contingent
■ Unliquidated
■ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.108**

**Nonpriority creditor's name and mailing address**

**INTRALINKS, INC.**
**PO BOX 392134**
**Pittsburgh, PA 15251-9134**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$110,700.49**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109**

**Nonpriority creditor's name and mailing address**

**J&J CONSULTING**
**PO BOX 104**
**Spottsville, KY 42458**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$5,830.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110**

**Nonpriority creditor's name and mailing address**

**J. A. SMITH EXCAVATING LLC**
**5914 HIGHWAY 8**
**Mt. Carmel, IL 62863**

**Date(s) debt was incurred** **Various, Trade**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*       **$2,080.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **WHITE STALLION ENERGY, LLC**                                    Case number *(if known)*  **20-13037**
_____
Name

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**J. Brian Maryan**
**5667 Banta Road**
**Martinsville, IN 46151**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **Various, Contract Rejection**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Jacqueline Bowman Ponder**
**3265 S. State Road 135**
**Greenwood, IN 46143**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **Various, Contract Rejection**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,308.41**

**JASPER ELECTRIC MOTORS**
**733 WEST DIVISION ROAD**
**Jasper, IN 47546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,500.00**

**JETLAG PROPERTIES, LLC**
**1245 LONGMEADOW WAY**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.70**

**JOE WILLIAM BUCHANAN**
**15703 CANTERBURY FOREST DRIVE**
**TOMBALL, TX, TX 77377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**John C. Harman**
**329 Valley Drive**
**Morganfield, KY 42437**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **Various, Contract Rejection**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$26.71**

**John Conti Coffee Company**
**PO Box 32189**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number *(if known)* | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

---

**3.118** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$350.28**

**John Deere Financial**
**PO BOX 4450**
**Carol Stream, IL 60197-4450**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$7,174.44**

**John Fabick Tractor Co.**
**PO Box 952121**
**St. Louis, MO 63195**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.120** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,470.00**

**John Harman**
**329 Valley Drive**
**Morganfield, KY 42437**

Date(s) debt was incurred **Various, Wages & Benefits**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.121** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,600.00**

**Joy Lynn Hermann**
**220 WEST PINE STREET**
**LINCOLNTON, NC 28092**

Date(s) debt was incurred **Various, Advance Royalty**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.122** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,446.25**

**KAHN, DEES, DONOVAN & KAHN LLP**
**PO BOX 3646**
**EVANSVILLE, IN 47735-3646**

Date(s) debt was incurred **Various, Professional Services**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.123** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$160.00**

**KANAWHA SCALES & SYSTEMS**
**PO BOX 569**
**Poca, WV 25159**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,250.00**

**KATHERINE B. KENEIPP**
**631 N CHANDLER DR**
**Mt. Carmel, IL 62863**

Date(s) debt was incurred **Various, Advance Royalty**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,279.39 |
|---|---|---|---|

Keith Kolb
8984 N 1600 Blvd
Mt. Carmel, IL 62863

Date(s) debt was
incurred **Various, Production Royalty**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,181.97 |
|---|---|---|---|

KELLY DUNCAN
12443 POPULAR WOODS DRIVE
Goshen, KY 40026

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,163.98 |
|---|---|---|---|

KERCO INC
P.O. BOX 1888
Madisonville, KY 42431-0038

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $47.13 |
|---|---|---|---|

KEVAN BUCHANAN
430 NE MEADOWBROOK RC
KANSAS CITY, MO, MO 64119

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,198.99 |
|---|---|---|---|

KM SPECIALTY PUMPS INC
P.O. BOX 99
Chandler, IN 47610

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $106.82 |
|---|---|---|---|

KNAPP'S OILFIELD PUMP & SUPPLY
P.O. BOX 954
Mt. Carmel, IL 62863

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $31,032.75 |
|---|---|---|---|

KOBERSTEIN RENTAL &
12600 WARRICK COUNTY LINE RD
Evansville, IN 47725

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (if known) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.132**

**Nonpriority creditor's name and mailing address**
**Komatsu Financial Limited Part**
P.O. BOX 99303
**Chicago, IL 60693-9303**

Date(s) debt was
incurred **Various, Equipment Lease**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$10,367.16**

---

**3.133**

**Nonpriority creditor's name and mailing address**
**KONECRANES INC**
PO BOX 644994
**Pittsburgh, PA 15264-4994**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$3,786.08**

---

**3.134**

**Nonpriority creditor's name and mailing address**
**KOORSEN FIRE & SECURITY INC**
**2719 NORTH ARLINGTON AVE**
**Indianapolis, IN 46218-3322**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$420.00**

---

**3.135**

**Nonpriority creditor's name and mailing address**
**Lea Matthews Furniture**
**5611 Morgan Ave**
**Evansville, IN 47715**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$600.00**

---

**3.136**

**Nonpriority creditor's name and mailing address**
**LEASE ADMINISTRATION CENTER**
PO BOX 63-6488
**Cincinnati, OH 45263-6488**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$6,481.24**

---

**3.137**

**Nonpriority creditor's name and mailing address**
Leibering & Sons, Inc.
**PO BOX 201**
**Lamar, IN 47550**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.138**

**Nonpriority creditor's name and mailing address**
**Lisa Parsons**
**10826 S. 350E**
**Haubstadt, IN 47639**

Date(s) debt was
incurred **Various, Contract Rejection**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor **WHITE STALLION ENERGY, LLC**
Name

Case number (*if known*) **20-13037**

---

**3.139** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$402.30**
| **LITTLE ITALY'S PIZZA** | ☐ Contingent |
| **502 N WALNUT ST** | ☐ Unliquidated |
| **MT. CARMEL, IL 62863** | ☐ Disputed |
| Date(s) debt was incurred **Various, Trade** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.140** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$208,583.07**
| **MacAllister Machinery Co., Inc** | ☐ Contingent |
| **PO BOX 78000** | ☐ Unliquidated |
| **Detroit, MI 48278-0731** | ☐ Disputed |
| Date(s) debt was incurred **Various, Equipment Lease** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.141** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,031,670.25**
| **MacAllister Machinery Co., Inc** | ☐ Contingent |
| **PO BOX 78000** | ☐ Unliquidated |
| **Detroit, MI 48278-0731** | ☐ Disputed |
| Date(s) debt was incurred **Various, Trade** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.142** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$76,733.35**
| **Mak Energy LLC** | ☐ Contingent |
| **P.O. BOX 458** | ☐ Unliquidated |
| **Mt. Carmel, IL 62863** | ☐ Disputed |
| Date(s) debt was incurred **Various, Production Royalty** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.143** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$66,355.00**
| **MASON HEAVY DIESEL** | ☐ Contingent |
| **10305 SOUTH STATE ROAD 61** | ☐ Unliquidated |
| **Oakland City, IN 47660** | ☐ Disputed |
| Date(s) debt was incurred **Various, Trade** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.144** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**
| **Matthew A. Ubelhor** | ■ Contingent |
| **7189 STATE ROAD 62** | ■ Unliquidated |
| **Birdseye, IN 47513** | ■ Disputed |
| Date(s) debt was incurred **Various, Contract Rejection** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,178.01**
| **Matthew Ubelhor** | ☐ Contingent |
| **2245 W 150 S** | ☐ Unliquidated |
| **Bloomfield, IN 47424** | ☐ Disputed |
| Date(s) debt was incurred **Various, Wages & Benefits** | Basis for the claim: _ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor **WHITE STALLION ENERGY, LLC**                    Case number (if known)  **20-13037**
_____
Name

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,524.40** |

**METZGER CONSTRUCTION**
**655 CENTER ROAD**
**Boonville, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,075.00** |

**MIKE AND JANICE STECKLER**
**14365 E 850 RD**
**Mt. Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,830.30** |

**MINERAL LABS INC**
**BOX 549**
**Salyersville, KY 41465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,750.00** |

**MOONLITE FIELD REPAIR INC**
**518 COUNTY RD 150 EAST**
**Thompsonville, IL 62890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$5,260.00** |

**Mountain Machinery, Inc.**
**P. O. BOX 763**
**Virgie, KY 41572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$30,332.49** |

**MT CARMEL PUBLIC UTILITY CO**
**316 MARKET ST**
**Mt Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,172.21** |

**NAPA AUTO PARTS**
**PO BOX 6291**
**Evansville, IN 47712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

Debtor **WHITE STALLION ENERGY, LLC**

Name

Case number *(if known)* **20-13037**

---

**3.153**

**Nonpriority creditor's name and mailing address**

Nelson Resources
2087 CANAL COURT
Terre Haute, IN 47802

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$3,435.00**

---

**3.154**

**Nonpriority creditor's name and mailing address**

NFLOW
2212 GLENVIEW DR
Evansville, IN 47720

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$25,775.83**

---

**3.155**

**Nonpriority creditor's name and mailing address**

ONYETT FABRICATORS INC
3377 NORTH STATE ROAD 57
Petersburg, IN 47567

Date(s) debt was incurred **Various, Payment Plan**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$68,178.53**

---

**3.156**

**Nonpriority creditor's name and mailing address**

Page Excavating Inc.
3090 EAST 250 SOUTH
Princeton, IN 47670

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$9,340.00**

---

**3.157**

**Nonpriority creditor's name and mailing address**

PEKIN INSURANCE
2505 COURT ST
Pekin, IL 61558-0001

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$2,409.00**

---

**3.158**

**Nonpriority creditor's name and mailing address**

PERFECTION DRIVELINE INC
PO BOX 490
Chandler, IN 47610

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$4,225.95**

---

**3.159**

**Nonpriority creditor's name and mailing address**

PNC BANK
PO BOX 856177
Louisville, KY 40285-6177

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

**$18,789.12**

---

Debtor **WHITE STALLION ENERGY, LLC**  Case number *(if known)*  **20-13037**
Name

---

| 3.160 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,239.20 |

**Polydeck Screen Corporation**
**P.O. BOX 602783**
**CHARLOTTE, NC 28260-2783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $397.17 |

**PRO-TEX-ALL COMPANY**
**210 S. MORTON AVENUE**
**Evansville, IN 47713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,584.00 |

**RAIL SERVICES**
**2694 N. ST. RD. 161**
**Richland, IN 47634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,303.13 |

**RAILWORKS TRACK SERVICES INC**
**39530 TREASURY CENTER**
**CHICAGO, IL 60694-9500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,850.00 |

**RANDOLPH FAMILY FARM, LLC**
**19 LAMBERT DRIVE**
**Mt. Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,300.00 |

**REAL QUIET CAPITAL LLC**
**11335 TALNUK CIRCLE**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Professional Services**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Rechter, Richard**
**2936 Bellflower Lane**
**Naples, FL 34105**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **Various, Contract Rejection**

Basis for the claim: ＿

Last 4 digits of account number ＿

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.167**

**Nonpriority creditor's name and mailing address**
REDBIRD MACHINERY REPAIR LLC
P.O. BOX 368
Eldorado, IL 62930

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$4,900.00**

---

**3.168**

**Nonpriority creditor's name and mailing address**
REFERENCE SERVICES INC
101 PLAZA EAST BLVD, STE. 300
Evansville, IN 47715

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$147.00**

---

**3.169**

**Nonpriority creditor's name and mailing address**
RENEW HYDRAULICS INC
PO BOX 398
Chandler, IN 47610

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$60,267.99**

---

**3.170**

**Nonpriority creditor's name and mailing address**
REPUBLIC SERVICES
PO BOX 9001099
Louisville, KY 40290-1099

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,052.10**

---

**3.171**

**Nonpriority creditor's name and mailing address**
Revocable Trust Of Richard R.
8632 S 950 E
CANNELBURG, IN 47519

Date(s) debt was
incurred  **Various, Advance Royalty**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,200.00**

---

**3.172**

**Nonpriority creditor's name and mailing address**
RICHARD DOAN
272 LARK LANE
BOONVILLE, IN, IN 47601

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**$49.70**

---

**3.173**

**Nonpriority creditor's name and mailing address**
Richard Whiting
7 Twin Springs Lane
St. Louis, MO 63124

Date(s) debt was
incurred  **Various, Contract Rejection**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  _

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

Debtor   **WHITE STALLION ENERGY, LLC**              Case number (*if known*)  **20-13037**

Name

---

**3.174**

**Nonpriority creditor's name and mailing address**

**Richard Whiting**
**7 Twin Springs Lane**
**St. Louis, MO 63124**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$120,000.00**

---

**3.175**

**Nonpriority creditor's name and mailing address**

**RIMPULL CORPORATION**
**P.O. BOX 748**
**Olathe, KS 66051-0748**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$17,053.86**

---

**3.176**

**Nonpriority creditor's name and mailing address**

**Rockwood Casualty Ins. Co.**
**654 MAIN STREET**
**Rockwood, PA 15557**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$164,629.00**

---

**3.177**

**Nonpriority creditor's name and mailing address**

**RONALD EUGENE TREECE**
**514 E. 6TH STREET**
**Mt. Carmel, IL 62863**

Date(s) debt was incurred **Various, Advance Royalty**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$22,233.00**

---

**3.178**

**Nonpriority creditor's name and mailing address**

**ROSEDALE SERVICES INC**
**1125 E. WALNUT STREET**
**Boonville, IN 47601**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$1,084.32**

---

**3.179**

**Nonpriority creditor's name and mailing address**

**RUDD EQUIPMENT CO**
**PO BOX 77000**
**Detroit, MI 48277**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$463,677.98**

---

**3.180**

**Nonpriority creditor's name and mailing address**

**S & S MACHINE SHOP INC**
**298 S&S DRIVE**
**Boonville, IN 47601**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

**$4,051.02**

---

Debtor    **WHITE STALLION ENERGY, LLC**
_____    Case number (*if known*)    **20-13037**
Name

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,672.23 |
|---|---|---|---|

**S & S URETHANE**
**PO BOX 253**
**Farina, IL 62838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $160.00 |
|---|---|---|---|

**SCOTT'S IRRIGATION PLUS**
**13825 N BLANN RD**
**OAKTOWN, IN, IN 47561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Shane A. Chancellor**
**7018 Steeplechase Drive**
**Evansville, IN 47720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred  **Various, Contract Rejection**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $35.00 |
|---|---|---|---|

**SHREDDING & STORAGE UNLIMITED**
**3001 SOUTH WALNUT**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Sierra Sue Crane**
**PO BOX 255**
**WASHINGTON, IN 47501-0255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred  **Various, Advance Royalty**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $418,163.00 |
|---|---|---|---|

**Smith-Manus**
**2307 River Road, Suite 200**
**Louisville, KY 40206-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $14,610.40 |
|---|---|---|---|

**SNF MINING INC**
**P. O. BOX 405655**
**Atlanta, GA 30384-5655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _____

Last 4 digits of account number  ___

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number (*if known*) | **20-13037** |
|---|---|---|---|
| | Name | | |

---

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,159.60 |
|---|---|---|---|

**SONDHI SOLUTIONS**
**47 SOUTH PENNSYLVANIA ST**
**Indianapolis, IN 46204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $423.50 |
|---|---|---|---|

**SPILLMAN THOMAS & BATTLE**
**300 KANAWHA BLVD EAST**
**Charleston, WV 25321-0273**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $707.00 |
|---|---|---|---|

**ST VINCENT EVANSVILLE**
**801 ST. MARY'S DRIVE, STE 406E**
**Evansville, IN 47714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,536.92 |
|---|---|---|---|

**STANDARD LABORATORIES**
**147 ELEVENTH AVE**
**S Charleston, WV 25303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $70,350.00 |
|---|---|---|---|

**Steven E. Chancellor**
**7700 Heinze Road**
**Evansville, IN 47720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Wages & Benefits**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Steven E. Chancellor**
**7700 Heinze Road**
**Evansville, IN 47720**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was
incurred **Various, Contract Rejection**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.99 |
|---|---|---|---|

**SUE ELLEN WILSON**
**1395 SOUTHWOOD DRIVE**
**SURFSIDE BEACH, SC, SC 29575**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **WHITE STALLION ENERGY, LLC**          Case number (*if known*)   **20-13037**
_____
Name

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |

**SWAT PEST MANAGEMENT**
**2501 N CULLEN AVENUE**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$920,346.38** |

**SynEnergy Partners LLC**
**PO BOX 545**
**Vernon, Mt 47620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,996.80** |

**TAKEUCHI FINANCIAL SERVICES**
**P. O. BOX 7167**
**Pasadena, CA 91109-7167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,271.16** |

**TEAMVIEWER GMBH**
**PO BOX 743135**
**ATLANTA, GA 30374-3135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$406.13** |

**THE LANG COMPANY**
**540 S. 13TH STREET**
**Louisville, KY 40203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$482.27** |

**THERMO KING OF INDIANA INC**
**P.O. BOX 6069**
**Indianapolis, IN 46206-6069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,834.28** |

**THOMSON MACHINERY CO**
**505 BARK COVE DRIVE**
**Owensboro, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **WHITE STALLION ENERGY, LLC**
_____
Name

Case number (*if known*) **20-13037**
_____

---

| 3.202 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,631.51** |

**TOWN & COUNTRY FORD INC**
**7720 E. DIVISION ST.**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$39,819.81** |

**TRI-STATE BEARING CO**
**P.O. BOX 4737**
**Evansville, IN 47724-0737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$19,300.00** |

**Triple J, Double P,&N, Llc**
**248 Major Wallace Rd**
**Cadiz, KY 42211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Advance Royalty**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$26,607.64** |

**UNIFIED TRUST COMPANY**
**2353 Alexandria Dr**
**Ste 100**
**Lexington, KY 40504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,372.00** |

**UNITED EXCAVATING AND**
**2381 SO 500 EAST**
**Montgomery, IN 47558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$18,646.99** |

**UNITED LEASING INC**
**PAYMENT PROCESSING CENTER**
**Evansville, IN 47716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$687.02** |

**US BANK**
**PO BOX 790448**
**St. Louis, MO 63179-0448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | | Case number (*if known*) | **20-13037** |
|---|---|---|---|---|
| | Name | | | |

---

**3.209** | Nonpriority creditor's name and mailing address
**VECTREN ENERGY DELIVERY**
PO BOX 2006
Houston, TX 77252-2006

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$6,404.75**

---

**3.210** | Nonpriority creditor's name and mailing address
**VERIFICATION SERVICES INC**
PO BOX 4047
Evansville, IN 47724

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$2,324.21**

---

**3.211** | Nonpriority creditor's name and mailing address
**VERIZON WIRELESS**
PO BOX  25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,142.00**

---

**3.212** | Nonpriority creditor's name and mailing address
**VERNON LIFTING PRODUCTS**
P.O. BOX 933279
Cleveland, OH 44193

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$3,395.02**

---

**3.213** | Nonpriority creditor's name and mailing address
**VIBRONICS INC**
P.O. BOX 5488
Evansville, IN 47716

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$23,562.50**

---

**3.214** | Nonpriority creditor's name and mailing address
**VICTORIA NATIONAL GOLF CLUB**
2000 VICTORIA NATIONAL BLVD
Newburgh, IN 47630

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$1,900.00**

---

**3.215** | Nonpriority creditor's name and mailing address
**VINCENNES INDUSTRIAL**
102 EXECUTIVE BLVD
Vincennes, IN 47591

Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

**$7,977.81**

---

Debtor **WHITE STALLION ENERGY, LLC**                      Case number (if known) **20-13037**
_____
Name

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,394.99 |

**VOMAC TRUCK SALES**
**1000 STATE HIGHWAY 57**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $605.00 |

**WABASH CO CHAMBER OF COMMERCE**
**601 NO MARKET ST**
**Mt. Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |

**Walter Wyatt Rauch &**
**801 E. GOODLET STREET**
**Petersburg, IN 47567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $366,621.65 |

**WAREX**
**PO BOX 310**
**Boonville, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $105,672.94 |

**Westfield Bank, FSB**
**PO Box 692**
**Westfield Center, OH 44251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Insurance Claim**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,796.90 |

**WETLAND SERVICES INC**
**3880 TRIGG-TURNER ROAD**
**Corydon, KY 42406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $724,007.99 |

**WHAYNE SUPPLY CO**
**10001 LINN STATION RD**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |
|---|---|---|---|
| | Name | | |

---

**3.223** **Nonpriority creditor's name and mailing address**

**WINDSTREAM COMMUNICATIONS**
**PO BOX 9001950**
**Louisville, KY 40290-1950**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$13.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.224** **Nonpriority creditor's name and mailing address**

**WOW! BUSINESS**
**PO BOX 4350**
**Carol Stream, IL 60197-4350**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$233.74**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.225** **Nonpriority creditor's name and mailing address**

**XYLEM DEWATERING SOLUTIONS**
**26717 NETWORK PLACE**
**Chicago, IL 60673-1267**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$14,962.50**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.226** **Nonpriority creditor's name and mailing address**

**ZEIDLER'S FLOWERS**
**PO BOX 6970**
**Evansville, IN 47719-0970**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$652.69**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.227** **Nonpriority creditor's name and mailing address**

**ZIEMER, STAYMAN, WEITZEL**
**P.O. BOX 916**
**Evansville, IN 47706-0916**

Date(s) debt was incurred **Various, Professional Services**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*          **$61,076.79**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: ___

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 210,391.91 |
| 5b. Total claims from Part 2 | 5b. + $ | 10,332,490.08 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 10,542,881.99 |

---

**Fill in this information to identify the case:**

Debtor name  **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  **20-13037**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
     ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
     ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Acuity, A Mutual Insurance Co | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Automobile Liability Insurance Policy | 12/1/2020 | 364 days |
| ADM | Attn: General Counsel | 4666 Faries Parkway | | | Decatur | IL | 62525 | Email Re: Coal Supply (June 2018) | 6/25/2018 | Potentially Expired |
| ADM | Attn: General Counsel | 4666 Faries Parkway | | | Decatur | IL | 62525 | Email Re: Coal Supply (December 2017) | 12/21/2017 | Potentially Expired |
| Al Cito | 2566 Currier's Place | | | | Manasquan | NJ | 08736 | Letter Re: Board Member's Compensation | 6/19/2017 | Undetermined |
| ALB Farms LLC | Attn: General Counsel | 1410 S 700 E | | | Montgomery | IN | 47558 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Alcoa Fuels, Inc | Attn: General Counsel | 4700 Darlington Road | | | Newburgh | IN | 47630 | Letter Re: Termination of CMA | 4/30/2019 | Undetermined |
| Alcoa Fuels, Inc | Attn: General Counsel | 4700 Darlington Road | | | Newburgh | IN | 47630 | Letter Re: Coal Fines Offer | 10/1/2018 | Undetermined |
| Alcoa Power Generating Inc, Warrick Plant | Attn: General Counsel | 4700 Darlington Road | | | Newburgh | IN | 47630 | Letter Re: Outside Sales per Contract Mining Agreement | 12/31/2017 | Undetermined |
| Alcoa Warrick Power Plant | Attn: General Counsel | 4700 Darlington Road | | | Newburgh | IN | 47630 | Standard Purchase Order | 11/19/2018 | Undetermined |
| Alliance Coal, LLC | Attn: General Counsel | 1717 South Boulder Avenue | Suite 400 | | Tulsa | OK | 74119-4886 | Coal Sales Agreement | 9/23/2019 | Potentially Expired |
| American Electric Power Service Corporation | Attn: General Counsel | 1 Riverside Plaza | | | Columbus | OH | 43215 | Confidentiality Agreement | 4/8/2019 | 126 days |
| American Patriot Group, LLC | Attn: General Counsel | 250 Cross Pointe Boulevard | | | Evansville | IN | 47715 | Lease Agreement | 2/1/2016 | 1,886 days |
| Ashley Graber | 1346 S 700 E | | | | Montgomery | IN | 47758 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Excess Liability Policy Insurance | 7/1/2020 | 211 days |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Excess Liability Insurance Policy | 7/1/2020 | 211 days |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Excess Liability Insurance Policy | 7/1/2020 | 211 days |
| Barnes & Thornburg LLP | Attn: General Counsel | 11 S Meridian Street | | | Indianapolis | IN | 46204-3535 | Terms Confirmation Letter | 4/10/2020 | Undetermined |
| Berkley Professional Liability | Attn: General Counsel | 757 Third Avenue | 10th Floor | | New York | NY | 10017 | Binder for Liability Insurance Policy | 11/30/2020 | 28 days |
| BlueStar Retirement Services, Inc | Attn: General Counsel | 822 A1A | Suite 211 | | Ponte Vedra Beach | FL | 32082 | Plan Services Agreement | 11/6/2017 | Undetermined |
| BlueStar Retirement Services, Inc | Attn: General Counsel | 822 A1A | Suite 212 | | Ponte Vedra Beach | FL | 32082 | Third Party Recordkeeper Services Addendum | 11/28/2017 | Undetermined |
| Brandeis Machinery & Supply Company | Attn: General Counsel | 1801 Watterson Trail | | | Louisville | KY | 40299 | Equipment Lease | 5/29/2019 | 1,638 days |
| Brandeis Machinery & Supply Company | Attn: General Counsel | 1801 Watterson Trail | | | Louisville | KY | 40299 | Equipment Lease | 5/28/2019 | 1,642 days |
| Brandeis Machinery & Supply Company | Attn: General Counsel | 1801 Watterson Trail | | | Louisville | KY | 40299 | Equipment Purchase Contract and Security Agreement | 5/29/2019 | 1,638 days |
| Brandeis Machinery & Supply Company | Attn: General Counsel | 1801 Watterson Trail | | | Louisville | KY | 40299 | Parts & Service Security Agreement - Conditional Sales Contract | 5/29/2019 | Undetermined |
| Calvin Graber | 1490 S 700 E | | | | Montgomery | IN | 47558 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 7 to Master Tax Lease | 7/5/2019 | 944 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 4 to Master Tax Lease | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 2 to Master Tax Lease Agreement | 2/28/2019 | 1,182 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 9 to Master Tax Lease | 8/8/2019 | 1,344 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Invoice and Schedule 1 to Master Equipment Lease and Related Documents | 2/11/2019 | 1,531 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease and Guarantee | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 8 to Master Tax Lease | 8/8/2019 | 1,344 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 6 to Master Tax Lease | 7/5/2019 | 1,310 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 12 to Master Lease | 10/1/2019 | 1,398 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 11 to Master Lease | 9/30/2019 | 1,397 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 10 to Master Lease | 9/30/2019 | 1,397 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 5 to Master Tax Lease | 7/5/2019 | 1,310 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 3 to Master Equipment Lease and Related Documents | 3/29/2019 | 1,212 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 7 to Master Tax Lease | 7/5/2019 | 944 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 4 to Master Tax Lease | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 2 to Master Tax Lease | 2/28/2019 | 1,182 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 9 to Master Tax Lease | 8/8/2019 | 1,344 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 1 to Master Equipment Lease and Related Documents | 2/11/2019 | 1,531 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease and Equipment Sales Agreement | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | Not dated | Undetermined |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 8 to Master Tax Lease | 8/8/2019 | 1,344 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 6 to Master Tax Lease | 7/5/2019 | 1,310 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 12 to Master Lease | 10/1/2019 | 1,398 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 11 to Master Lease | 9/30/2019 | 1,397 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 10 to Master Lease | 9/30/2019 | 1,397 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No. 5 to Master Equipment Lease and Related Documents | 7/5/2019 | 1,310 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Finance Lease | 6/25/2018 | 934 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Schedule No.3 to Master Equipment Lease and Related Documents | 3/29/2019 | 1,212 days |
| Caterpillar Financial Services Corporation | Attn: General Counsel | 2120 West End Avenue | | | Nashville | TN | 37203 | Master Tax Lease | 2/11/2019 | Undetermined |
| Caterpillar Inc | Attn: General Counsel | 100 N.E. Adams Street | | | Peoria | IL | 61629 | Master Field Follow Agreement | 4/27/2018 | Undetermined |
| Caterpillar Inc | Attn: General Counsel | 100 N.E. Adams Street | | | Peoria | IL | 61629 | Attachment No. 1 to the Master Field Follow Agreement | 5/10/2018 | Undetermined |
| Caterpillar Inc | Attn: General Counsel | 100 N.E. Adams Street | | | Peoria | IL | 61629 | Master Field Follow Agreement | 4/27/2018 | Undetermined |
| Caterpillar Inc | Attn: General Counsel | 100 N.E. Adams Street | | | Peoria | IL | 61629 | Attachment No. 1 to Master Field Follow Agreement | 5/10/2018 | Potentially Expired |
| Centerpoint Energy | Attn: General Counsel | 1111 Louisiana Street | | | Houston | TX | 77002 | Request for Extension | 6/11/2019 | Potentially Expired |
| Chancellor Foundation Inc | Attn: General Counsel | 250 N. Cross Pointe Boulevard | | | Evansville | IN | 47715-4073 | Account Agreement | 4/30/2015 | Undetermined |
| Cigna Health and Life insurance Company | Attn: General Counsel | c/o Unified Group Services Inc | 3131 W 67th Street | | Anderson | IN | 46013 | Network Services and Payer Access Agreement | 12/7/2018 | Undetermined |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 7/18/2019 | 1,323 days |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 12/1/2018 | 1,093 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1, 2 & 3 to Rental Agreement & Delivery Request | 2/1/2018 | 790 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 2/21/2017 | 445 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 2/15/2017 | 439 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1 to Rental Agreement & Delivery Request | 11/28/2018 | 1,090 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 3/1/2019 | Undetermined |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 2/26/2019 | 1,180 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement and Delivery Request | 7/18/2019 | 1,323 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 6/21/2019 | 1,296 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1 to Rental Agreement & Delivery Request | 11/28/2018 | Undetermined |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1, 2, & 3 to Rental Agreement & Delivery Request | 2/1/2018 | 790 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 2/21/2017 | 445 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1, 2, and Rental Agreement & Delivery Request | 2/15/2017 | 439 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Addendum 1 to Rental Agreement & Delivery Request and Equipment Exemption Certificate | 1/1/2019 | 1,124 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 3/1/2019 | 1,184 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 3/1/2019 | 1,184 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Equipment Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 07922 | Equipment Rental Agreement and Delivery Request | 4/9/2019 | 1,314 days |
| Connell Rentals | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement | 2/21/2017 | 445 days |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Connell Rentals | Attn: General Counsel | 50701 Birch Drive | | | Shelby Twp | MI | 48315 | Rental Agreement & Delivery Request | 2/21/2017 | 445 days |
| CVS, Inc | Attn: Steven A. Hicks | 488 Magnolia Vale Drive | | | Chattanooga | TN | 37419 | Consulting Agreement | 6/28/2017 | 572 days |
| Delta Dental of Indiana, Inc | Attn: General Counsel | 225 S. East Street, Suite 358 | | | Indianapolis | IN | 46202 | Letter Re: Contract Renewal Rates | 1/1/2020 | Undetermined |
| Delta Dental Plan of Indiana, Inc | Attn: General Counsel | PO Box 9085 | | | Farmington Hills | MI | 48333-9085 | Letter Re: Contract Renewal Rates | 1/1/2020 | Undetermined |
| Duke Energy Business Services LLC | Attn: Manager-Coal Origination | 526 South Church Street | | | Charlotte | NC | 28202 | Master Agreement for Sale and Purchase of Coal | 1/17/2017 | Undetermined |
| Duke Energy Corporation | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Letter Re: Emission Allowance Subscription Change | 7/27/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: Chief Risk Officer | Mail Code: DEC 40C | 550 South Tryon Street | | Charlotte | NC | 28202 | Guaranty Agreement | 12/1/2017 | Undetermined |
| Duke Energy Florida LLC | Attn: Chief Risk Officer | Mail Code: DEC 40C | 550 South Tryon Street | | Charlotte | NC | 28202 | Guaranty Agreement | 12/19/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Confirmation Agreement | 1/27/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 426 South Church Street | EC02F | | Charlotte | NC | 28202 | Letter RE: Purchase Order No. 32307 Confirmation | 1/14/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: Chief Risk Officer | Mail Code: DEC 40C | 550 South Tryon Street | | Charlotte | NC | 28202 | Guaranty Agreement | 12/1/2019 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 10 to Confirmation Agreement | 12/21/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 1 to Confirmation Agreement | 12/21/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Notice to Exercise Right to Increase Annual Supply Quantity | 4/5/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | EC02F | | Charlotte | NC | 28201 | Sale and Purchase of Coal and Supply Confirmation | 12/1/2016 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | EC02F | | Charlotte | NC | 28201 | Coal Supply Confirmation and Terms and Conditions | 11/7/2016 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Notice to Exercise Right to Increase Annual Supply Quantity | 4/5/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Letter Re: Confirmation Agreement | 5/15/2018 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 426 South Church Street | EC02F | | Charlotte | NC | 28202 | Letter Re: Memorandum of Understanding | 6/20/2016 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 8 to Confirmation Agreement | 1/11/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 11 to Confirmation Agreement | 1/21/2020 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 9 to Confirmation Agreement | 5/17/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Letter Re: Confirmation Agreement | 12/26/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 2 to Confirmation Agreement | 7/20/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 10 to Confirmation Agreement | 9/3/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: Eddie Vinson | 526 South Church Street | | | Charlotte | NC | 28202 | Confirmation Agreement | 1/1/2017 | 394 days |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 1 to Confirmation Agreement | 11/10/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 6 to Confirmation Agreement | 11/16/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No 3 to Confirmation Agreement | 8/9/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 5 to Confirmation Agreement | 10/25/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 11 to Confirmation Agreement | 6/28/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 9 to Confirmation Agreement | 12/26/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 10 to Confirmation Agreement | 1/11/2019 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 13 to Confirmation Agreement | 1/1/2020 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 14 to Confirmation Agreement | 7/20/2018 | Potentially Expired |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 7 to Confirmation Agreement | 10/25/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No 12 to Confirmation Agreement | 9/3/2019 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No.6 to Confirmation Agreement` | 9/28/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: Eddie Vinson | 526 South Church Street | | | Charlotte | NC | 28202 | Confirmation Agreement | 2/1/2017 | 394 days |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No. 8 to Confirmation Agreement | 11/15/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No.5 to Confirmation Agreement | 8/9/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No.1 to Confirmation Agreement | 11/13/2017 | Potentially Expired |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Amendment No.2 to Confirmation Agreement | 2/28/2018 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Letter Re: Confirmation Agreement | 12/21/2017 | Undetermined |
| Duke Energy Kentucky, Inc | Attn: Scott Marino, Buyer, Coal Origination | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Purchase Confirmation | 4/1/2019 | Undetermined |
| Duke Energy Kentucky, Inc | Attn: Eddie Vinson, Manager, Coal Origination | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Purchase Confirmation | 11/1/2018 | Potentially Expired |
| Duke Energy Kentucky, Inc | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Re: Governmental Impositions Decrease | 1/23/2020 | Undetermined |
| Dynegy Commercial Asset Management, LLC | Attn: Mark-Anthony Rodriguez | 601 Travis Street | Suite 1400 | | Houston | TX | 77002 | Confirmation of Binding Agreement | 6/1/2019 | Potentially Expired |
| Ellen Graber | 1490 S 700 E | | | | Montgomery | IN | 47758 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | Suite 750 | | Rosemont | IL | 60018 | Profit Management Liability Insurance Policy | 7/1/2020 | 211 days |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | | | Rosemont | IL | 60018 | Profit Management Liability Insurance Policy | 7/1/2020 | 211 days |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | Suite 750 | | Rosemont | IL | 60018 | Profit Management Liability Insurance Policy | 7/1/2020 | 211 days |
| Everest National Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Leased and Rented Equipment Insurance Policy | 12/1/2020 | 364 days |
| Excess Reinsurance Underwriters Agency, Inc | Attn: General Counsel | 48 N Broad Street | | | Woodbury | NJ | 08096 | Plan Sponsor Disclosure Statement and Terms | 9/30/2019 | Undetermined |
| Excess Reinsurance Underwriters Agency, Inc | Attn: General Counsel | 48 N Broad Street | | | Woodbury | NJ | 08096 | Plan Sponsor Disclosure Statement and Terms | 9/30/2019 | Undetermined |
| Excess Reinsurance Underwriters Agency, Inc | Attn: General Counsel | 48 N Broad Street | | | Woodbury | NJ | 08096 | Insurance Policy Terms | 1/1/2021 | 394 days |
| Gemini Insurance Company | Attn: General Counsel | c/o CAC Specialty | 250 Filmore, Suite 450 | | Denver | CO | 80206 | Excess D&O Side A Liability Insurance Policy | 11/30/2020 | 363 days |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 7/1/2018 | Potentially Expired |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 11/1/2018 | Potentially Expired |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 7/1/2018 | Potentially Expired |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 10/1/2018 | Potentially Expired |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 9/1/2018 | Potentially Expired |
| Georgia Power Company | Attn: David G. Courtenay Jr | 241 Ralph McGill Boulevard NE | | | Atlanta | GA | 30308 | Confirmation of Coal Purchase/Sales Agreement | 6/1/2019 | Potentially Expired |
| Great American Assurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | 2nd Excess Liability Insurance Policy | 12/1/2020 | 364 days |
| Harding Shymanski, & Co, PSC | Attn: General Counsel | PO Box 3677 | | | Evansville | IN | 47735 | Third Party Service Provider Agreement | 11/1/2018 | Undetermined |
| Heartland Grain LLC | Attn: General Counsel | 1346 S 700 E | | | Montgomery | IN | 47558 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Hilliard Lyons | 500 West Jefferson Street | Suite 700 | | | Louisville | KY | 40202 | Plan Services Agreement and Addendum | 9/25/2019 | Undetermined |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Hilliard Lyons | 500 West Jefferson Street | Suite 700 | | | Louisville | KY | 40202 | Advisor Addendum | 11/28/2017 | Undetermined |
| Hobart Hallaway & Quayle Ventures, LLC | C/O RASHID HALLAWAY | 511 UNION STREET | SUITE 1530 | | Nashville | TN | 37219 | Consulting Services Agreement | 4/1/2017 | 484 days |
| Hoosier Energy Rural Electric Cooperative, Inc | Attn: General Counsel | 2501 South Cooperative Way | | | Bloomington | IN | 47403 | Purchase Order | 10/24/2018 | Undetermined |
| Houston Specialty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Commercial Property Insurance Policy | 12/1/2020 | 364 days |
| Indiana Municipal Power Agency | Attn: General Counsel | 11610 North College Avenue | | | Carmel | IN | 46032 | Coal Supply Agreement | 1/1/2020 | 29 days |
| Indiana Municipal Power Agency | Attn: General Counsel | 11610 North College Avenue | | | Carmel | IN | 46032 | Sale and Purchase of Coal Agreement | 10/11/2019 | Undetermined |
| Indiana Municipal Power Agency | Attn: General Counsel | 11610 North College Avenue | | | Carmel | IN | 46032 | Coal Supply Agreement | 10/15/2019 | 29 days |
| Indiana Municipal Power Agency | Attn: General Counsel | 11610 North College Avenue | | | Carmel | IN | 46032 | Purchase Order for Supply of Coal | 10/10/2019 | Undetermined |
| Indiana-Kentucky Electric Corporation | Attn: Accounting Supervisor | PO Box 468 | | | Piketon | OH | 45661 | Notice of Order Change No. One | 6/28/2019 | Undetermined |
| Indiana-Kentucky Electric Corporation | Attn: Accounting Supervisor | PO Box 468 | Attn: Accounting Supervisor | | Piketon | OH | 45661 | Fuel Purchase Order | 5/22/2019 | Potentially Expired |
| Indiana-Kentucky Electric Corporation | Attn: General Counsel | PO Box 16631 | | | Columbus | OH | 43216 | Re: Fuel Purchase Order | 2/24/2020 | Undetermined |
| Indianapolis Power & Light Company | Attn: General Counsel | One Monument Circle | | | Indianapolis | IN | 46204-2936 | Amendment No.1 to Spot Coal Supply Agreement | 12/15/2016 | Undetermined |
| Indianapolis Power & Light Company | Attn: Manager, Fuel Supply | One Monument Circle | | | Indianapolis | IN | 46204 | Spot Coal Supply Agreement | 10/3/2016 | Potentially Expired |
| James River Insurance Co | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | 1st Excess Liability Insurance Policy | 12/1/2020 | 364 days |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Pledge and Security Agreement | 4/17/2017 | Undetermined |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Credit Agreement | 4/17/2017 | 499 days |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Guaranty | 4/17/2017 | Undetermined |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Pledge and Security Agreement | 4/17/2017 | Undetermined |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Guaranty Agreement | 4/17/2017 | Undetermined |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Pledge and Security Agreement | 4/17/2017 | Undetermined |
| Jetlag Properties, LLC | Attn: General Counsel | 1245 Longmeadow Way | | | Evansville | IN | 47725 | Service Agreement | 7/1/2019 | Undetermined |
| Julie Graber | 1346 S 700 E | | | | Montgomery | IN | 47558 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Kenneth J Eck | 7252 W. Portersville Road | | | | Jasper | IN | 47546 | Agreement to Mining Waiver | 8/12/2020 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Credit Agreement | 10/22/2018 | 324 days |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Amendment No. 2 to Credit Agreement | 1/1/2020 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Amendment No. 2 to Credit Agreement | 10/14/2019 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Amendment No. 3 to Credit Agreement | 3/24/2020 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Service Schedule | Not dated | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Service Schedule for Wire Transfer | Not dated | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Service Schedule for Commercial Control Transaction Account | Not dated | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Third Party Service Provider Agreement | 11/1/2018 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | Positive Pay Service Schedule | 10/2/2019 | Undetermined |
| KeyBank National Association | Attn: General Counsel | Attn: KeyBank Business Capital | 127 Public Square | | Cleveland | OH | 44114 | ACH Direct Service Schedule | 1/8/2019 | Undetermined |
| Komatsu Financial Limited Partnership | Attn: General Counsel | 1701 West Golf Road | Suite 300 | PO Box 5050 | Rolling Meadows | IL | 60008 | Equipment Lease | 5/29/2019 | 1,638 days |
| Komatsu Financial Limited Partnership | Attn: General Counsel | 1701 West Golf Road | Suite 300 | PO Box 5050 | Rolling Meadows | IL | 60008 | Equipment Lease | 5/28/2019 | 1,642 days |
| Komatsu Financial Limited Partnership | Attn: General Counsel | One Continental Tower | 1701 W. Golf Rd. | Suite 300 | Rolling Meadows | IL | 60008 | Equipment Lease | 5/28/2019 | 1,642 days |
| Komatsu Financial Limited Partnership | Attn: General Counsel | One Continental Tower | 1701 West Golf Road | Suite 300 | Rolling Meadows | IL | 60008 | Equipment Lease with Related Documents | 5/28/2019 | Undetermined |
| Komatsu Financial Limited Partnership | Attn: Jason Lee | 8770 W Bryn Mawr Avenue | Suite 100 | | Chicago | IL | 60631 | Settlement Agreement | 9/30/2020 | Undetermined |
| Lone Star Industries Inc d/b/a Buzzi Unicem USA | Attn: Tony Bannon | 3301 S. County Road 150 W | | | Greencastle | IN | 46135 | Coal Supply Agreement | 9/1/2020 | Undetermined |
| Louisville Gas and Electric Company / Kentucky Utilities Company | Attn: Director Corporate Fuels and By Products | 220 West Main Street | PO Box 32010 | | Louisville | KY | 40232 | Coal Supply Agreement | 7/20/2018 | Undetermined |
| MacAllister Machinery Co, Inc | Attn: General Counsel | 6300 Southeastern Avenue | | | Indianapolis | IN | 46203 | Invoice and Schedule 1 to Master Equipment Lease and Related Documents | 2/11/2019 | 1,531 days |
| Old National Bank | Attn: General Counsel | 1 Main Street | | | Evansville | IN | 47708 | Promissory Note | 4/10/2022 | 494 days |
| Old National Bank | Attn: General Counsel | Evansville - Main | 1 Main Street | | Evansville | IN | 47708-1464 | Account Agreements and Related Documents | 3/11/2016 | Undetermined |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Old National Bank | Attn: Mike Eddington, Dep Ops | 101 NW 4th Street | | | Evansville | IN | 47708 | Deposit Account Control Agreement and Related Agreements | 1/31/2019 | Undetermined |
| Old National Bank | Attn: General Counsel | 1 Main Street | | | Evansville | IN | 47708-1464 | Account Agreement | 4/30/2015 | Undetermined |
| Old National Bank | Attn: General Counsel | 1 Main Street | | | Evansville | IN | 47708-1464 | Account Agreement | 4/30/2015 | Undetermined |
| Old National Bank | Attn: General Counsel | 1 Main Street | | | Evansville | IN | 47708-1464 | Account Agreement | 4/30/2015 | Undetermined |
| Paul Graber | 1490 S 700 E | | | | Montgomery | IN | 47558 | Release and Settlement Agreement | 5/19/2020 | Undetermined |
| Peabody CoalSales, LLC | Attn: Senior Vice President, Sales & Marketing - Americas | 701 Market Street | | | Saint Louis | MO | 63101-1826 | Letter RE: Confirmation of Agreement | 4/22/2020 | Potentially Expired |
| Perella Weinberg Partners LP | Attn: General Counsel | 767 Fifth Avenue | | | New York | NY | 10153 | Engagement Letter | 4/25/2020 | Undetermined |
| Perella Weinberg Partners LP | Attn: General Counsel | 767 Fifth Avenue | | | New York | NY | 10153 | Engagement Letter | 4/25/2020 | Undetermined |
| Plansource Benefits Administration, Inc | Attn: General Counsel | 101 South Garland Avenue | Suite 203 | | Orlando | FL | 32801 | Statement of Services | 11/17/2020 | Undetermined |
| PNC Bank, National Association | Attn: General Counsel | 101 W. Washington Street, Suite 200E | | | Indianapolis | IN | 46204 | Treasury Management Services Authorization and Agreement | 4/5/2017 | Undetermined |
| Real Quiet Capital, LLC | Attn: General Counsel | 4024 Real Quiet Lane | | | Lexington | KY | 40509 | Consulting Agreement | 5/1/2018 | Undetermined |
| Republic Services | Attn: General Counsel | PO Box 9001099 | | | Louisville | KY | 40290-1099 | Customer Service Agreement | 6/11/2019 | Undetermined |
| Richard P Rechter | 2936 Bellflower Lane | | | | Naples | FL | 34105 | Letter Re: Board Member's Compensation | 6/19/2017 | Undetermined |
| Rick Whiting | 7 Twin Springs Lane | | | | Saint Louis | MO | 63124 | Letter Re: Board Member's Compensation | 6/19/2017 | Undetermined |
| Riverstone Credit Management, LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Consent, Waiver and Amendment No. 1 to Credit Agreement | 10/22/2018 | Undetermined |
| Riverstone Credit Management, LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Credit Agreement | 4/17/2017 | Undetermined |
| Riverstone Credit Management, LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Pledge and Security Agreement | 4/17/2017 | Undetermined |
| Riverstone Credit Management, LLC | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Riverstone Credit Management, LLC | Attn: Mike Eddington, Dep Ops | 712 Fifth Avenue | 19th floor | | New York | NY | 10019 | Deposit Account Control Agreement and Related Agreements | 1/31/2019 | Undetermined |
| Riverstone Credit Partners LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Riverstone Strategic Credit Partners A-2 LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Riverstone Strategic Credit Partners S LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Excess Liability Policy Insurance | 7/1/2020 | 211 days |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Excess Liability Insurance Policy | 7/1/2020 | 211 days |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Excess Liability Insurance Policy | 7/1/2020 | 211 days |
| Robert W Baird & Co Incorporated | Attn: General Counsel | 777 E Wisconsin Avenue | | | Milwaukee | WI | 53202 | Institutional Consulting Services Agreement | 6/29/2018 | Undetermined |
| Robert W Baird & Co Incorporated | Attn: General Counsel | 777 E Wisconsin Avenue | | | Milwaukee | WI | 53202 | Institutional Consulting Services Agreement | 6/29/2018 | Undetermined |
| Robert W Baird & Co Incorporated | Attn: General Counsel | 10200 Forest Green Boulevard, Suite 500 | | | Louisville | KY | 40223 | Plan Terms and Conditions | 6/29/2020 | Undetermined |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Commercial General Liability Insurance Policy | 12/1/2020 | 364 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Umbrella Liability Insurance Policy | 12/1/2020 | 364 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Workers Compensation and Employers' Liability Insurance Policy | 12/1/2020 | 364 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Umbrella Liability Insurance Policy | 12/1/2020 | 364 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Pollution Liability Insurance | 12/1/2020 | 364 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 5/29/2019 | 542 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 3/28/2020 | 1,576 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 394 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 5/29/2019 | 542 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |

In re White Stallion Energy, LLC
Case No. 20-13037
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 3/28/2020 | 1,576 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 394 days |
| RPR Leasing LLC | 525 S LANDMARK AVE | | | | BLOOMINGTON | IN | 47403 | Equipment Lease | 1/1/2019 | 1,124 days |
| RSUI Group, Inc | Attn: General Counsel | 945 East Paces Ferry Road | Suite 1800 | | Atlanta | GA | 30326-1160 | Excess Liability Insurance Policy | 7/1/2020 | 211 days |
| RSUI Indemnity Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Excess D&O Liability Insurance | 7/1/2020 | 211 days |
| RT Specialty, LLC | Attn: General Counsel | 330 West Newberry Road | | | Bloomfield | CT | 06002 | Profit Management Liability Insurance Policy | 7/1/2020 | 211 days |
| RX Help Centers | Attn: General Counsel | 3905 Vincennes Road | Suite 200 | | Indianapolis | IN | 46268 | Employer Agreement for List Billing | 1/1/2020 | Undetermined |
| Sirius America Insurance Company | Attn: General Counsel | One Liberty Plaza | | | New York | NY | 10006-1404 | Application and Policy Schedule | 1/1/2020 | 29 days |
| Southern Illinois Power Cooperative | Attn: Donald Gulley | 11543 Lake of Egypt Road | | | Marion | IL | 62959 | Coal Fines Supply Agreement | 4/24/2019 | Potentially Expired |
| State of Indiana | Department of Transportation | 7160 Lafayette Road | | | Indianapolis | IN | 46278 | Special Oversized/Overweight Master Permit Agreement | 6/28/2019 | Potentially Expired |
| Steven E Chancellor Dom | Attn: General Counsel | 250 N. Cross Pointe Boulevard | | | Evansville | IN | 47715-4073 | Account Agreement | 4/30/2015 | Undetermined |
| Summit Investors Credit II (UK), LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Summit Investors Credit II, LLC | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund A-2, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund B-2, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund II, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Offshore Intermediate Fund II, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Consent, Waiver and Amendment No. 2 to Credit Agreement | 3/24/2020 | Undetermined |
| Tennessee Valley Authority | Attn: General Counsel | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402-2801 | Amendment No. 1 to Contract | 3/7/2019 | Potentially Expired |
| Tennessee Valley Authority | Attn: Laura Giardino, Asset Management Specialist | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402 | Contract for Purchase and Sale of Coal | 1/1/2019 | Potentially Expired |
| Tennessee Valley Authority | Attn: General Counsel | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402-2801 | Amendment No. 2 to TVA Contract | 4/1/2019 | Potentially Expired |
| Tennessee Valley Authority | Attn: Rachel Morton | Asset Management Specialist TVA | 1101 Market Street | MR 2D-C | Chattanooga | TN | 37402 | Purchase and Sale of Coal Agreement | 6/21/2018 | Potentially Expired |
| Tennessee Valley Authority | Attn: Laura Giardino | Asset Management Specialist TVA | 1101 Market Street | MR 2D-C | Chattanooga | TN | 37402 | Contract for Purchase and Sale of Coal Agreement | 1/1/2019 | Potentially Expired |
| Tennessee Valley Authority | Attn: General Counsel | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402-2801 | Amendment No. 1 to TVA Contract | 3/7/2019 | Potentially Expired |
| Tennessee Valley Authority | Attn: General Counsel | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402 | Notice of Completion | 4/19/2019 | Undetermined |
| Tennessee Valley Authority | Attn: General Counsel | 1101 Market Street | MR 2D | | Chattanooga | TN | 37402 | RE: Notification Regarding FTC Subpoena Information Requirements | 3/25/2020 | Undetermined |
| The Knepp Family Trust | c/o Owen & Harriet Knepp | 8362 South US Highway50 | | | Montgomery | IN | 47558 | Letter Re: Extension of Lease Agreement | 2/7/2020 | Undetermined |
| The Lincoln National Life Insurance Company | Attn: VP, Group Product Solutions | 8801 Indian Hills Drive | | | Omaha | NE | 68114 | Absence Management Services Agreement | 4/1/2019 | Undetermined |
| Unified Group Services, Inc | Attn: General Counsel | PO Box 10 | | | Pendleton | IN | 46064 | Plan Supervisor Agreement | 1/1/2020 | Undetermined |
| Unified Group Services, Inc | Attn: General Counsel | 3131 E. 67th Street | | | Anderson | IN | 46013 | Employee Benefit Plan | 1/1/2020 | Potentially Expired |
| Unified Group Services, Inc | Attn: General Counsel | 3131 E. 67th Street | | | Anderson | IN | 46013 | Network Services and Payer Access Agreement | 12/7/2018 | Undetermined |
| Unified Group Services, Inc | Attn: General Counsel | 3131 E. 67th Street | | | Anderson | IN | 46013 | Employee Benefit Plan Document and Summary Plan Description | 1/1/2019 | Potentially Expired |
| Unified Trust Company, NA | Attn: General Counsel | 2353 Alexandria Drive, Suite 100 | | | Lexington | KY | 40504 | Plan Services Agreement | 11/28/2017 | Undetermined |
| Vectren Energy Delivery of Indiana Inc | Attn: Wayne Games | One Vectren Square | | | Evansville | IN | 47708 | Energy Coal Test Burn Agreement | 3/20/2019 | Potentially Expired |
| Vectren Power Supply | Attn: General Counsel | PO Box 209 | | | Evansville | IN | 47702-0209 | Purchase Order Agreement | 4/15/2019 | Undetermined |
| Westfield Bank | Attn: General Counsel | PO Box 692 | | | Westfield Center | OH | 44251 | Premium Finance Agreement | 8/1/2020 | 241 days |
| Westfield Bank | Attn: General Counsel | PO Box 692 | | | Westfield Center | OH | 44251-0692 | Premium Finance Agreement | 1/1/2021 | 394 days |

**Fill in this information to identify the case:**

Debtor name  **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **20-13037**

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **Alchemy Fuels, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ☑ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.2 **Alchemy Fuels, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ☑ D  __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.3 **Carbo*Prill, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ☑ D  __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.4 **Carbo*Prill, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ☑ D  __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.5 **Chili Pepper Mine, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ☑ D  __2.3__ ☐ E/F _____ ☐ G _____ |

Debtor    **WHITE STALLION ENERGY, LLC**                    Case number *(if known)*    **20-13037**

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.6 | **Chili Pepper Mine, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **Eagle River Coal, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.8 | **Eagle River Coal, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.9 | **Friendsville Mine LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.10 | **Friendsville Mine LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.11 | **Liberty Mine, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |
| 2.12 | **Liberty Mine, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D ___2.4___<br>☐ E/F _____<br>☐ G _____ |
| 2.13 | **Red Brush West, LLC** | **250 Cross Pointe**<br>**Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D ___2.3___<br>☐ E/F _____<br>☐ G _____ |

Debtor   **WHITE STALLION ENERGY, LLC**          Case number *(if known)*   **20-13037**

■ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.14 **Red Brush West, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.15 **Solar Sources Mining, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.16 **Solar Sources Mining, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.17 **Trust Resources, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.18 **Trust Resources, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.19 **Vigo Coal Land, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.20 **Vigo Coal Land, LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D  **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.21 **Vigo Coal Operating Co., LLC** | 250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.3**<br>☐ E/F ____<br>☐ G ____ |

Debtor    **WHITE STALLION ENERGY, LLC**                                   Case number *(if known)*    **20-13037**

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.22 | **Vigo Coal Operating Co., LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.23 | **Vigo Coal Sales, LLC** | **250 Cross Pointe Evansville, OH 44715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.24 | **Vigo Coal Sales, LLC** | **250 Cross Pointe Evansville, OH 44715** | **Riverstone Holdings LLC, as agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.25 | **Vigo Cypress Mine LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.26 | **Vigo Cypress Mine LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.27 | **Vigo Equipment, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.28 | **Vigo Equipment, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.29 | **Vigo Sunna, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

---

| Debtor | **WHITE STALLION ENERGY, LLC** | Case number *(if known)* | **20-13037** |

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.30 | **Vigo Sunna, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.31 | **White Stallion Acquisition, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.32 | **White Stallion Acquisition, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.33 | **White Stallion Holdings, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.34 | **White Stallion Holdings, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.35 | **White Stallion – Eagle River, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |
| 2.36 | **White Stallion – Eagle River, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as agent** | ■ D **2.4**<br>☐ E/F _____<br>☐ G _____ |
| 2.37 | **White Stallion – Solar, LLC** | 250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D **2.3**<br>☐ E/F _____<br>☐ G _____ |

Debtor    **WHITE STALLION ENERGY, LLC**    Case number *(if known)*    **20-13037**

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                   *Column 2:* **Creditor**

2.38    **White Stallion –**      **250 Cross Pointe**              **Riverstone Holdings**       ■ D ___2.4___
        **Solar, LLC**           **Evansville, IN 47715**          **LLC, as agent**             ☐ E/F _____
                                                                                                 ☐ G _____

**Fill in this information to identify the case:**

Debtor name        **WHITE STALLION ENERGY, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **20-13037**

☐ Check if this is an
amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule*

☐    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **January 29, 2021**         X    /s/ Alan Boyko
                                                  Signature of individual signing on behalf of debtor

                                                  **Alan Boyko**
                                                  Printed name

                                                  **Chief Financial Officer of White Stallion Energy, LLC**
                                                  Position or relationship to debtor