**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| | ) | |
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

## SCHEDULE OF ASSETS AND LIABILITIES FOR
## EAGLE RIVER COAL, LLC (CASE NO. 21-10118)

---

[1]    The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include:  White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645).  The location of the Debtors' headquarters is:  250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (LSS) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**GLOBAL NOTES AND STATEMENT OF**
**LIMITATIONS, METHODOLOGY, AND DISCLAIMERS**
**REGARDING EAGLE RIVER COAL, LLC'S SCHEDULES OF**
**ASSETS AND LIABILITIES AND STATEMENTS OF FINANCIAL AFFAIRS**

On January 29, 2021, the above-captioned debtors and debtors in possession (collectively, the "Debtors"), other than Eagle River Coal, LLC ("Eagle River"), filed their respective Schedules of Assets and Liabilities (the "Initial Schedules") and Statements of Financial Affairs (the "Initial Statements") in the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court"). As of the date hereof, Debtor Eagle River files its Schedules of Assets and Liabilities (the "ERC Schedules," and together with the Initial Schedules, the "Schedules") and Statements of Financial Affairs (the "ERC Statements," and together with the Initial Statements, the "Statements") with the Bankruptcy Court. The Debtors, with the assistance of their legal and financial advisors, prepared the Schedules and Statements in accordance with section 521 of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure, and Rule 1007–1 of the Bankruptcy Local Rules for the District of Delaware.

While the Debtors' management has made reasonable efforts to ensure that the Schedules and Statements are as accurate and complete as possible under the circumstances, based on information available at the time of preparation, subsequent information or discovery may result in material changes to these Schedules and Statements, and inadvertent errors, inaccuracies, or omissions may have occurred. Because the Schedules and Statements contain unaudited information, which is subject to further review, verification, and potential adjustment, there can be no assurance that these Schedules and Statements are complete. The Debtors reserve all rights to amend or supplement the Schedules and Statements from time to time, in all respects, as may be necessary or appropriate. Nothing contained in the Schedules and Statements shall constitute a waiver of any

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

right of the Debtors or an admission with respect to their chapter 11 cases (including, but not limited to, issues involving claims, substantive consolidation, defenses, equitable subordination, and/or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code and any other relevant non-bankruptcy laws to recover assets or avoid transfers).

In preparing the Schedules and Statements, the Debtors relied on financial data derived from their books and records that was available at the time of such preparation. Although the Debtors have made commercially reasonable efforts to ensure the accuracy and completeness of the Schedules and Statements, subsequent information or discovery may result in material changes to the Schedules and Statements. As a result, inadvertent errors or omissions may exist. For the avoidance of doubt, the Debtors hereby reserve their rights to amend and supplement the Schedules and Statements as may be necessary or appropriate.

The Debtors and their agents, attorneys, and financial advisors do not guarantee or warrant the accuracy or completeness of the data that is provided herein, and will not be liable for any loss or injury arising out of or caused in whole or in part by the acts, errors, or omissions, whether negligent or otherwise, in procuring, compiling, collecting, interpreting, reporting, communicating, or delivering the information contained herein. While commercially reasonable efforts have been made to provide accurate and complete information herein, inadvertent errors or omissions may exist. The Debtors and their agents, attorneys, and financial advisors expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein, or to notify any third party should the information be updated, modified, revised, or re-categorized, except as required by applicable law. In no event will the Debtors or their agents, attorneys and/or financial advisors be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtors or damages to business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Debtors or their agents, attorneys, and financial advisors are advised of the possibility of such damages.

Mr. Alan Boyko, Chief Financial Officer of White Stallion Energy, LLC, has signed each set of the Schedules and Statements. Mr. Boyko is an authorized signatory for each of the Debtors, including Eagle River. In reviewing and signing the Schedules and Statements, Mr. Boyko has necessarily relied upon the efforts, statements, advice, and representations of personnel of the Debtors and the Debtors' legal and financial advisors. Mr. Boyko has not (and could not have) personally verified the accuracy of each such statement and representation contained in the Schedules and Statements, including statements and representations concerning amounts owed to creditors.

Disclosure of information in one or more Schedules, one or more Statements, or one or more exhibits or attachments to the Schedules or Statements, even if incorrectly placed, shall be deemed to be disclosed in the correct Schedules, Statements, exhibits, or attachments.

These *Global Notes and Statement of Limitations, Methodology, and Disclaimer Eagle River Coal, LLC's Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to, are incorporated by reference in, and comprise an integral part of, all of the Schedules and Statements. The Global Notes should be referred to and considered in connection with any

review of the Schedules and Statements.[2] In the event that the Schedules and/or Statements differ from these Global Notes, the Global Notes control.

**Global Notes and Overview of Methodology**

1. **Description of Cases.** On December 2, 2020 (the "Petition Date"), the Debtors, excluding Eagle River (the "Initial Debtors"), filed voluntary petitions for relief under chapter 11 of the Bankruptcy Code. Eagle River filed its voluntary petition for relief under chapter 11 of the Bankruptcy Code on January 26, 2021 (the "ERC Petition Date"). The Debtors are managing their property as debtors in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code. On December 4, 2020, the Bankruptcy Court entered an order directing procedural consolidation and joint administration of the Initial Debtors' chapter 11 cases [Docket No. 57]. On January 28, 2021, the Bankruptcy Court entered an order directing Eagle River to be procedurally consolidated and jointly administered with the Initial Debtors' chapter 11 cases [Docket No. 292]. Notwithstanding the joint administration of the Debtors' cases for procedural purposes, each Debtor has filed its own Schedules and Statements. The information provided herein, except as otherwise noted, is reported as of the close of business the day before the ERC Petition Date.

2. **Basis of Presentation.** For financial reporting purposes, prior to the Petition Date, the Debtors prepared financial statements that were consolidated by the Debtors' parent entity, White Stallion Energy, LLC ("WSE"). Combining the assets and liabilities set forth in the Schedules and Statements would result in amounts that may be different from financial information that would be prepared on a consolidated basis under Generally Accepted Accounting Principles ("GAAP"). Therefore, the ERC Schedules and ERC Statements do not purport to represent financial statements prepared in accordance with GAAP nor are they intended to fully reconcile to the financial statements prepared by the Debtors. Unlike the consolidated financial statements, the ERC Schedules and ERC Statements reflect the assets and liabilities of Eagle River, except where otherwise indicated. Information contained in the ERC Schedules and ERC Statements has been derived from the Debtors' books and records and historical financial statements. Moreover, given, among other things, the uncertainty surrounding the collection and ownership of certain assets and the valuation and nature of certain liabilities, to the extent that Eagle River shows more assets than liabilities, this is not an admission that Eagle River was solvent as of the ERC Petition Date or at any time prior to the ERC Petition Date. Likewise, to the extent Eagle River shows more liabilities than assets, this is not an admission that Eagle River was insolvent at the ERC Petition Date or any time prior to the ERC Petition Date.

3. **Reservations and Limitations.** While reasonable efforts have been made to prepare and file complete and accurate Schedules and Statements, inadvertent errors or omissions may exist. The Debtors reserve all rights to amend and/or supplement the Schedules and

---

[2]    These Global Notes supplement and are in addition to any specific notes contained in Eagle River's Schedules or Statements. The fact that the Debtors have prepared a Global Note with respect to any of individual Debtor's Schedules and Statements and not to those of another should not be interpreted as a decision by the Debtors to exclude the applicability of such Global Note to any of the Debtors' other Schedules and Statements, as appropriate.

Statements from time to time as is necessary or appropriate. Nothing contained in the Schedules and Statements constitutes a waiver of any of the Debtors' rights or an admission of any kind with respect to these chapter 11 cases, including, but not limited to, any rights or claims of the Debtors against any third party or issues involving substantive consolidation, equitable subordination, or defenses or causes of action arising under the provisions of chapter 5 of the Bankruptcy Code or any other relevant applicable bankruptcy or non-bankruptcy laws to recover assets or avoid transfers. Any specific reservation of rights contained elsewhere in the Global Notes does not limit in any respect the general reservation of rights contained in this paragraph.

4. **No Admission.** Nothing contained in the Schedules and Statements is intended as, or should be construed as, an admission or stipulation of the validity of any claim against the Debtors, any assertion made therein or herein, or a waiver of the Debtors' rights to dispute any claim or assert any cause of action or defense against any party.

**General Disclosures Applicable to Schedules and Statements**

1. **Causes of Action.** Despite their reasonable efforts to identify all known assets, the Debtors may not have listed all of their causes of action or potential causes of action against third parties as assets in the ERC Schedules and ERC Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any cause of action (including avoidance actions), controversy, right of setoff, cross claim, counterclaim, or recoupment and any claim on contracts or for breaches of duties imposed by law or in equity, demand, right, action, lien, indemnity, guaranty, suit, obligation, liability, damage, judgment, account, defense, power, privilege, license, and franchise of any kind or character whatsoever, known, unknown, fixed or contingent, matured or unmatured, suspected or unsuspected, liquidated or unliquidated, disputed or undisputed, secured or unsecured, assertible directly or derivatively, whether arising before, on, or after the ERC Petition Date, in contract or in tort, in law or in equity, or pursuant to any other theory of law (collectively, "Causes of Action") they may have, and neither these Global Notes nor the ERC Schedules and ERC Statements shall be deemed a waiver of any claims or Causes of Action or in any way prejudice or impair the assertion of such claims or Causes of Action.

2. **Recharacterization.** The Debtors have made reasonable efforts to correctly characterize, classify, categorize, and designate the claims, assets, executory contracts, unexpired leases, and other items reported in the ERC Schedules and ERC Statements. However, the Debtors may have improperly characterized, classified, categorized, designated, or omitted certain items due to the complexity and size of the Debtors' business. Accordingly, the Debtors reserve all of their rights to recharacterize, reclassify, recategorize, or redesignate items reported in the ERC Schedules and ERC Statements at a later time as necessary or appropriate, including, without limitation, whether contracts or leases listed herein were deemed executory or unexpired as of the ERC Petition Date and remain executory and unexpired postpetition.

3. **Claim Designations.** Any failure to designate a claim in the ERC Schedules and ERC Statements as "contingent," "unliquidated," or "disputed" does not constitute an admission by the Debtors that such claim or amount is not "contingent," "unliquidated," or "disputed." The Debtors reserve all of their rights to dispute, or to assert offsets or defenses to, any claim reflected on the ERC Schedules or ERC Statements on any grounds, including, but not limited to, amount, liability, priority, status, or classification, or to otherwise subsequently designate any claim as "contingent," "unliquidated," or "disputed." Moreover, the Debtors reserve all of their rights to amend the ERC Schedules and ERC Statements as necessary and appropriate. Listing a claim does not constitute an admission of liability by the Debtors.

4. **Unliquidated Claim Amounts.** Claim amounts that could not be readily quantified by the Debtors are scheduled as "unliquidated."

5. **Undetermined Amounts.** The description of an amount as "undetermined" is not intended to reflect upon the materiality of such amount.

6. **Court Orders.** Pursuant to certain orders of the Bankruptcy Court entered in the Debtors' chapter 11 cases entered on or about the Petition Date (collectively, the "First Day Orders"), the Debtors were authorized (but not directed) to pay, among other things, certain prepetition claims of employees and taxing authorities, among others. Accordingly, these liabilities may have been or may be satisfied in accordance with such orders. Regardless of whether such claims are listed in the Schedules and Statements, to the extent such claims are paid pursuant to an order of the Bankruptcy Court (including the First Day Orders), the Debtors reserve all rights to amend or supplement the ERC Schedules and ERC Statements.

7. **Other Paid Claims.** To the extent the Debtors have reached any postpetition settlement with a vendor or other creditor, the terms of such settlement will prevail, supersede amounts listed in the ERC Schedules and ERC Statements, and shall be enforceable by all parties, subject to any necessary Bankruptcy Court approval. To the extent the Debtors pay any of the claims listed in the ERC Schedules and ERC Statements pursuant to any orders entered by the Bankruptcy Court, the Debtors reserve all rights to amend and supplement the ERC Schedules and ERC Statements and take other action, such as filing claims objections, as is necessary and appropriate to avoid overpayment or duplicate payment for such liabilities.

8. **Valuation.** It would be prohibitively expensive, unduly burdensome, and an inefficient use of estate assets for the Debtors to obtain current market valuations of all of their assets and, in certain circumstances, estate assets are being currently marketed to effectuate the Debtors' proposed bidding procedures. For these reasons, the Debtors have indicated in the ERC Schedules and ERC Statements that the values of certain assets and liabilities are undetermined or unknown.

Accordingly, unless otherwise indicated, net book values of January 25, 2021 are reflected on the ERC Schedules and ERC Statements. Certain other assets, such as investments in subsidiaries and other intangible assets, are listed at undetermined amounts, as the net book

values may differ materially from fair market values. Amounts ultimately realized may vary from net book value (or whatever value was ascribed) and such variance may be material. Accordingly, the Debtors reserve all of their rights to amend or adjust the value of each asset set forth herein. In addition, the amounts shown for total liabilities exclude items identified as "unknown" or "undetermined," and, thus, ultimate liabilities may differ materially from those stated in the ERC Schedules and ERC Statements. Also, assets that have been fully depreciated or that were expensed for accounting purposes either do not appear in these ERC Schedules and ERC Statements or are listed with a zero-dollar value, as such assets have no net book value. The omission of an asset from the ERC Schedules and ERC Statements does not constitute a representation regarding the ownership of such asset, and any such omission does not constitute a waiver of any rights of the Debtors with respect to such asset. Given, among other things, the current market valuation of certain assets and the valuation and nature of certain liabilities, nothing in the ERC Schedules and ERC Statements shall be, or shall be deemed to be, an admission that Eagle River was solvent or insolvent as of the ERC Petition Date.

9.  **Liabilities.** The Debtors have sought to allocate liabilities between the prepetition and postpetition periods based on the information and research that was conducted in connection with the preparation of the ERC Schedules and ERC Statements. As additional information becomes available and further research is conducted, the allocation of liabilities between prepetition and postpetition periods may change. The Debtors reserve the right to amend the ERC Schedules and ERC Statements as they deem appropriate in this regard.

10. **Excluded Assets and Liabilities.** The Debtors have excluded certain categories of assets, tax accruals, and liabilities from the ERC Schedules and ERC Statements, including without limitation, accrued salaries, and accrued accounts payable. In addition, and as set forth above, the Debtors may have excluded amounts for which the Debtors have paid or have been granted authority to pay pursuant to a First Day Order or other order that may be entered by the Bankruptcy Court. The Debtors may also have excluded rejection damage claims of counterparties to executory contracts and unexpired leases that may be rejected (if any), to the extent such damage claims exist. In addition, certain immaterial assets and liabilities may have been excluded.

11. **Confidential or Sensitive Information.** There may be instances in which certain information in the ERC Schedules and ERC Statements intentionally has been redacted due to the nature of an agreement between Eagle River and a third party, local restrictions on disclosure, concerns about the confidential or commercially sensitive nature of certain information, or concerns for the privacy of an individual. The alterations will be limited to only what is necessary to protect Eagle River or third party.

12. **Duplication.** Certain of the Debtors' assets, liabilities, and prepetition payments may properly be disclosed in response to multiple parts of the ERC Statements and ERC Schedules. To the extent these disclosures would be duplicative, the Debtors have determined to only list such assets, liabilities, and prepetition payments once.

13. **Leases.** The Debtors have not included in the ERC Schedules and ERC Statements the future obligations of any capital or operating leases. To the extent that there was an amount outstanding as of the ERC Petition Date, the creditor has been included on Schedule D for capital leases and Schedule F for operating leases of the ERC Schedules.

14. **Contingent Assets.** The Debtors believe that they may possess certain claims and causes of action against various parties. Additionally, the Debtors may possess contingent claims in the form of various avoidance actions they could commence under the provisions of chapter 5 of the Bankruptcy Code and other relevant non-bankruptcy laws. The Debtors, despite reasonable efforts, may not have identified and/or set forth all of their causes of action against third parties as assets in the ERC Schedules and ERC Statements, including, without limitation, avoidance actions arising under chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets. The Debtors reserve all of their rights with respect to any claims, causes of action, or avoidance actions they may have and nothing contained in these Global Notes or the ERC Schedules and ERC Statements shall be deemed a waiver of any such claims, avoidance actions, or causes of action or in any way prejudice or impair the assertion of such claims. Additionally, prior to the ERC Petition Date, Eagle River, as plaintiff, may have commenced various lawsuits in the ordinary course of its business against third parties seeking monetary damages.

15. **Intercompany Accounts.** The Debtors have historically kept books and records by three Debtor entities in a single accounting system. The Debtors regularly engage in business relationships and transactions with each other, including the payment or funding of certain operating expenses out of WSE. These relationships, payments, and/or funding of expenses are usually, but not always, reflected as intercompany receivables or payables, as more fully described in the *Debtors' Motion for Entry of Interim and Final Orders (I) Authorizing the Debtors to (A) Continue to Operate Their Cash Management System, (B) Honor Certain Prepetition Obligations Thereto, (C) Maintain Existing Business Forms, And (D) Continue to Perform Intercompany Transactions, (II) Granting Administrative Expense Status to Postpetition Intercompany Balances, And (III) Granting Related Relief* [Docket No. 8] (the "Cash Management Motion").

16. **Guarantees and Other Secondary Liability Claims.** The Debtors have used reasonable efforts to locate and identify guarantees and other secondary liability claims (collectively, "Guarantees") in Eagle River's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements. Where such Guarantees have been identified, they have been included in Schedule H. However, certain Guarantees embedded in Eagle River's executory contracts, unexpired leases, secured financings, debt instruments, and other such agreements may have been inadvertently omitted. Thus, the Debtors reserve all of their rights to amend the ERC Schedules to the extent that additional Guarantees are identified.

17. **Intellectual Property Rights.** Exclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated, or otherwise have expired by their terms, or have been assigned or

otherwise transferred pursuant to a sale, acquisition, or other transaction. Conversely, inclusion of certain intellectual property shall not be construed to be an admission that such intellectual property rights have not been abandoned, have not been terminated, or otherwise have not expired by their terms, or have not been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction. The Debtors have made every effort to attribute intellectual property to the rightful Debtor owner, however, in some instances, intellectual property owned by one Debtor may, in fact, be owned by another. Accordingly, the Debtors reserve all of their rights with respect to the legal status of any and all intellectual property rights.

18. **Executory Contracts.** Although the Debtors made diligent efforts to attribute an executory contract to its rightful Debtor, in certain instances, the Debtors may have inadvertently failed to do so. Accordingly, the Debtors reserve all of their rights with respect to the named parties of any and all executory contracts, including the right to amend Schedule G.

19. **Liens.** The inventories, property, and equipment listed in the ERC Statements and ERC Schedules are presented without consideration of any asserted mechanics', materialmen, or similar liens that may attach (or have attached) to such inventories, property, and equipment.

20. **Estimates.** To prepare and file the ERC Schedules as close as possible to the ERC Petition Date, management was required to make certain estimates and assumptions that affected the reported amounts of these assets and liabilities. The Debtors reserve all rights to amend the reported amounts of assets and liability to reflect changes in those estimates or assumptions.

21. **Fiscal Year.** Eagle River's fiscal year ends on or about December 31st.

22. **Currency.** Unless otherwise indicated, all amounts are reflected in U.S. dollars.

23. **Property and Equipment.** Unless otherwise indicated, owned property and equipment are stated at net book value. The Debtors may lease furniture, fixtures, and equipment from certain third-party lessors. Any such leases are set forth in the ERC Schedules and ERC Statements on Schedule G. However, capitalized repairs on certain leased equipment are presented on the furniture, fixtures, and equipment lists. Nothing in the ERC Schedules and ERC Statements is or shall be construed as an admission to the determination of the legal status of any lease (including whether any lease is a true lease or a financing arrangement), and the Debtors reserve all of their rights with respect to same.

24. **Coal Inventory.** Coal inventory is reported at the point in time at which coal is extracted from the mine. Coal inventory is stated at the lower of average cost (first-in, first-out method) and net realizable value. The valuation of coal inventory is subject to several additional estimates, including those related to ground and aerial surveys used to measure quantities and processing recovery rates. Such estimates are subject to change depending on changes in economic conditions and other factors that may affect the ending inventory valuation.

25. **Parts Inventory.** Parts inventory consists primarily of replacement parts, tires, and blasting supplies. Parts inventory is stated at the lower of cost (first-in, first-out method) and net realizable value.

26. **Claims of Third-Party Related Entities.** While the Debtors have made every effort to properly classify each claim listed in the ERC Schedules as being either disputed or undisputed, liquidated or unliquidated, and contingent or noncontingent, the Debtors have not been able to fully reconcile all payments made to certain third parties and their related entities on account of the Debtors' obligations to same. Therefore, to the extent that the Debtors have classified their estimate of claims of a creditor as disputed, all claims of such creditor's affiliates listed in the ERC Schedules and ERC Statements shall similarly be considered as disputed, whether or not they are designated as such.

27. **Umbrella or Master Agreements.** Contracts listed in the ERC Schedules and ERC Statements may be umbrella or master agreements that cover relationships with some or all of the Debtors. Where relevant, such agreements have been listed in the Schedules and Statements only of the Debtor that signed the original umbrella or master agreement.

28. **Credits and Adjustments.** The claims of individual creditors for, among other things, goods, products, services, or taxes are listed as the amounts entered on the Debtors' books and records and may not reflect credits, allowances, or other adjustments due from such creditors to the Debtors. The Debtors reserve all of their rights with regard to such credits, allowances, and other adjustments, including the right to assert claims objections and/or setoffs with respect to the same.

29. **Setoffs.** The Debtors incur certain setoffs and other similar rights during the ordinary course of business. Offsets in the ordinary course can result from various items, including, without limitation, intercompany transactions, pricing discrepancies, returns, warranties, and other disputes between the Debtors and their suppliers. These offsets and other similar rights are consistent with the ordinary course of business in the Debtors' industry and are not tracked separately. Therefore, although such offsets and other similar rights may have been accounted for when certain amounts were included in the ERC Schedules, offsets are not independently accounted for, and as such, are excluded from the ERC Schedules.

30. **Insiders.** In the circumstance where the ERC Schedules and ERC Statements require information regarding "insiders," the Debtors have included information with respect to the individuals who the Debtors believe may be included in the definition of "insider" set forth in section 101(31) of the Bankruptcy Code, or otherwise considered an "insider" under bankruptcy law, during the relevant time periods. The listing of a party as an insider for purposes of the ERC Schedules and ERC Statements is not intended to be, nor should it be, construed an admission of any fact, right, claim, or defense and all such rights, claims, and defenses are hereby expressly reserved. Information regarding the individuals listed as insiders in the ERC Schedules and ERC Statements has been included for informational purposes only and such information may not be used for: (1) the purposes of determining (a) control of the Debtors; (b) the extent to which any individual exercised management

9

responsibilities or functions; (c) corporate decision-making authority over the Debtors; or (d) whether such individual could successfully argue that he or she is not an insider under applicable law, including the Bankruptcy Code and federal securities laws, or with respect to any theories of liability; or (2) any other purpose.

31. **Payments.** The financial affairs and business of the Debtors are complex. Prior to the Petition Date, the Debtors maintained a cash management and disbursement system in the ordinary course of their businesses (the "Cash Management System"), as described in the Cash Management Motion. Although efforts have been made to attribute open payable amounts to the correct legal entity, the Debtors reserve the right to modify or amend their Schedules and Statements to attribute such payment to a different legal entity, if appropriate.

32. **Totals.** All totals that are included in the ERC Schedules and ERC Statements represent totals of all the known amounts included in the ERC Schedules and ERC Statements. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total. The description of an amount as "unknown" or "undetermined" is not intended to reflect upon the materiality of such amount. To the extent Eagle River is a guarantor of debt held by another Debtor, the amounts reflected in the ERC Schedules are inclusive of each Debtor's guarantor obligations.

**Specific Schedules Disclosures**

1. **Specific Notes Regarding Schedule A/B**

   a. **Schedule A/B, Parts 1 and 2 – Cash and Cash Equivalents; Deposits and Prepayments.** Eagle River holds no bank accounts in its own name. Details with respect to the Cash Management System and bank accounts are provided in the Cash Management Motion and any orders of the Bankruptcy Court granting the Cash Management Motion [Docket Nos. 8, 63, 176].

   Additionally, the Bankruptcy Court, pursuant to that certain *Final Order (I) Determining Adequate Assurance Of Payment For Future Utility Services, (II) Prohibiting Utility Providers From Altering, Refusing, Or Discontinuing Utility Services, (III) Establishing Procedures For Determining Adequate Assurance Of Payment, And (IV) Granting Related Relief* [Docket No. 177], authorized the Debtors to provide adequate assurance of payment for future utility services, including a deposit in the amount of approximately $76,123. Some of the deposits are not listed on Schedule A/B, Part 2, which has been prepared as of the ERC Petition Date.

   The Debtors are required to make deposits from time to time with various vendors, landlords, and service providers in the ordinary course of business. The Debtors have exercised reasonable efforts to report the current value of any deposits. The Debtors may have inadvertently omitted deposits and conversely may have reported deposits that are no longer outstanding. The Debtors reserve their rights, but are not

10

required, to amend the ERC Schedules and ERC Statements if deposits are incorrectly identified.

**b.** **Schedule A/B- Part 3 – Accounts Receivable.** Schedule A/B, Part 3 reflects customer A/R balances as of January 26, 2021. Included in the balance is A/R of approximately $86,000 representing an expected insurance refund.

**c.** **Schedule A/B, Part 4 – Investments; Non-Publicly Traded Stock and Interests in Incorporated and Unincorporated Businesses, including any Interest in an LLC, Partnership, or Joint Venture; Government and Corporate Bonds, and Other Negotiable and Non-Negotiable Instruments.** The value listed on each bond is its current face value.

**d.** **Schedule A/B, Part 5 – Inventory, Excluding Agricultural Assets.** Inventory is reported as of December 31, 2020, and is reported either on a cost basis (for finished coal inventory) or market value (for parts/supplies and updated annually by the auditors).

**e.** **Schedule A/B, Part 7 – Office Furniture, Fixtures, and Equipment; and Collectibles.** Dollar amounts are presented net of accumulated depreciation and other adjustments as of December 31, 2020. For purposes of this filing, Eagle River assumed no depreciation for the month of January 2021.

**f.** **Schedule A/B, Part 8 – Machinery, Equipment and Vehicles.** Dollar amounts are presented net of accumulated depreciation and other adjustments as of December 31, 2020. For purposes of this filing, Eagle River assumed no depreciation for the month of January 2021. Additionally, capitalized repairs on certain leased equipment are presented in this Schedule.

**g.** **Schedule A/B, Part 9 – Real Property.** Eagle River lists all owned real property at net book value (with the exception of land which is presented at original cost), regardless of fair market value. Real property includes land, buildings, and other improvements. This data is provided as of December 31, 2020.

**h.** **Schedule A/B, Part 10 – Intangibles and Intellectual Property.** The Debtors review goodwill and other intangible assets with indefinite lives for impairment annually or when events or changes in circumstances indicate the carrying value of these assets might exceed their current fair values. Results from an impairment test given the chapter 11 filing were unavailable at the time that the ERC Statements and ERC Schedules were prepared and therefore several of the company's intangible asset values may be listed as undetermined. Eagle River reports intellectual property assets as net book value based on the Debtors' books and records whenever applicable. For that reason, values are listed as unknown or undetermined where appropriate. Eagle River assets have values based on the purchase price allocation from the transaction in which WSE acquired those assets, as of December 31, 2020.

**i.  Schedule A/B, Part 11 – All Other Assets.** Dollar amounts are presented net of impairments and other adjustments.

*Interests in Insurance Policies or Annuities.* The Debtors' maintain a variety of insurance policies including property, general liability, and workers' compensation policies and other employee related policies. These policies cover all Debtors, including Eagle River. A list of the Debtors' insurance policies and related information is available in the *Debtors' Motion Seeking Entry of Interim and Final Orders (I) Authorizing The Debtors' To (A) Pay Their Obligations Under Insurance Policies Entered Into Prepetition And (B) Renew, Supplement, Modify, Or Purchase Insurance Coverage And (II) Granting Related Relief* [Docket No. 5]. The Debtors' interest in these types of policies is limited to the amount of the unearned premiums, if any, as of the Petition Date. All policies are expected to remain active.

*Other Contingent and Unliquidated Claims or Causes of Action.* In the ordinary course of business, Eagle River may have accrued, or may subsequently accrue, certain rights to counterclaims, crossclaims, setoffs, refunds with their customers and suppliers, or potential warranty claims against their suppliers. Additionally, Eagle River may be party to pending litigation in which it has asserted, or may assert, claims as a plaintiff or counterclaims and/or crossclaims as a defendant. Because certain of these claims are unknown to Eagle River and not quantifiable as of the ERC Petition Date, they may not be listed on Schedule A/B, Part 11.

Finally, Eagle River may be in possession of other assets that it does not own and that it is not holding in trust for other parties.

## 2.  Specific Notes Regarding Schedule D

Except as otherwise agreed pursuant to a stipulation or agreed order or general order entered by the Bankruptcy Court, the Debtors reserve their rights to dispute or challenge the validity, perfection, or immunity from avoidance of any lien purported to be granted or perfected in any specific asset to a secured creditor listed on Schedule D. Moreover, although Eagle River may have scheduled claims of various creditors as secured claims, the Debtors reserve all rights to dispute or challenge the secured nature of any such creditor's claim or the characterization of the structure of any such transaction or any document or instrument (including, without limitation, any intercompany agreement) related to such creditor's claim. Moreover, Eagle River have not included on Schedule D parties that may believe their Claims are secured through setoff rights or inchoate statutory lien rights. Although there are multiple parties that hold a portion of the debt included in the Debtors' prepetition secured credit facility and secured loans, only the administrative agents have been listed for purposes of Schedule D. The amounts reflected under the Debtors' prepetition loan facilities reflect approximate outstanding amounts as of the ERC Petition Date.

In certain instances, Eagle River may be a co-obligor, co-mortgagor, or guarantor with respect to scheduled claims of other Debtors, and no claim set forth on Schedule D is intended to acknowledge claims of creditors that are otherwise satisfied or discharged by other entities. The descriptions provided in Schedule D are intended only as a summary. Reference to the applicable loan agreements and related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens. Nothing in the Global Notes or the Schedules and Statements shall be deemed a modification or interpretation of the terms of such agreements.

Detailed descriptions of the Debtors' prepetition debt structure and descriptions of collateral relating to the debt contained on Schedule D are contained in the *Declaration of David J. Beckman, Chief Operating Officer of White Stallion Energy, LLC, In Support Of Debtors' Chapter 11 Petitions And First Day Motions* [Docket No. 9].

3. **Specific Notes Regarding Schedule E/F**

   a. **Creditors Holding Priority Unsecured Claims.** The listing of any claim on Schedule E/F does not constitute an admission by Eagle River that such claim or any portion thereof is entitled to priority treatment under section 507 of the Bankruptcy Code. The Debtors reserve all of their rights to dispute the amount and/or the priority status of any claim on any basis at any time.

   While Eagle River believes it has, or will resolve, certain of the known, prepetition amounts owed to the various tax and licensing agencies under the authority granted under the final order approving the relief requested in the tax motion [Docket No. 172], in an effort to identify, and resolve, any unknown tax or regulatory claims, Eagle River has listed many of its historical tax and regulatory agencies on Schedule E/F as contingent, unliquidated, and disputed.

   Pursuant to the *Final Order (I) Authorizing, the Debtors to (A) Pay Prepetition Employee Obligations, and (B) Continue Employee Programs, and (II) Granting Related Relief* [Docket No. 150] (the "Employee Wage Order"), the Bankruptcy Court granted the Debtors authority to pay or honor certain prepetition obligations for employee wages, salaries, bonuses and other compensation, reimbursable employee expenses, and employee medical and similar benefits. The Debtors believe that all such claims have been, or will be, satisfied in the ordinary course during their chapter 11 cases pursuant to the authority granted in the Employee Wage Order or other order that may be entered by the Bankruptcy Court.

   b. **Creditors Holding Nonpriority Unsecured Claims.** Eagle River has used its reasonable best efforts to list all general unsecured claims against it on Schedule E/F based upon the Debtors' existing books and records.

   Schedule E/F does not include certain deferred credits, deferred charges, deferred liabilities, accruals, or general reserves. Such amounts are general estimates of liabilities and do not represent specific claims as of the ERC Petition Date; however,

such amounts are reflected on the Debtors' books and records as required in accordance with GAAP. Such accruals are general estimates of liabilities and do not represent specific claims as of the ERC Petition Date.

Schedule E/F does not include certain reserves for potential unliquidated contingencies that historically were carried on the Debtors' books and records as of the ERC Petition Date; such reserves were for potential liabilities only and do not represent actual liabilities as of the ERC Petition Date.

The claims listed in Schedule E/F arose or were incurred on various dates. In certain instances, the date on which a claim arose is an open issue of fact. Determining the date upon which each claim in Schedule E/F was incurred or arose would be unduly burdensome and cost prohibitive and, therefore, Eagle River does not list a date for each claim listed on Schedule E/F.

Schedule E/F reflects the prepetition amounts owing to counterparties to executory contracts and unexpired leases. Such prepetition amounts, however, may be paid in connection with the assumption, or assumption and assignment, of an executory contract or unexpired lease. In addition, Schedule E/F does not include estimated rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been rejected as of the filing of these Schedules, to the extent such damage claims exist.

Except in certain limited circumstances, Eagle River has not scheduled contingent and unliquidated liabilities related to guaranty obligations on Schedule E/F. Such guaranties are, instead, listed on Schedule H.

The claims of individual creditors for, among other things, goods, services, or taxes listed on the Debtors' books and records may not reflect credits or allowances due from such creditors. The Debtors reserve all of their rights in respect of such credits or allowances. The dollar amounts listed may be exclusive of contingent or unliquidated amounts.

Unless Eagle River was required to pay ancillary costs, such as freight, miscellaneous fees, and taxes, such costs are not included in the liabilities scheduled, as such amounts do not represent actual liabilities of Eagle River.

c. **Schedule E/F - Trade Payables.** Trade Payables listed on Schedule E/F contain the prepetition liability information available to Eagle River as of the date of filing.

## 4. Specific Notes Regarding Schedule G

While the Debtors' existing books, records, and financial systems have been relied upon to identify and schedule executory contracts for Eagle River, and although commercially reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors, omissions, or over inclusions may have occurred. The Debtors do not make, and

14

specifically disclaim, any representation or warranty as to the completeness or accuracy of the information set forth on Schedule G. The Debtors hereby reserves all of their rights to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G and to amend or supplement Schedule G as necessary. The contracts, agreements, and leases listed on Schedule G may have expired or may have been modified, amended, or supplemented from time to time by various amendments, restatements, waivers, estoppel certificates, letters, memoranda, and other documents, instruments, and agreements that may not be listed therein despite the Debtors' use of reasonable efforts to identify such documents. Further, unless otherwise specified on Schedule G, each executory contract or unexpired lease listed thereon shall include all exhibits, schedules, riders, modifications, declarations, amendments, supplements, attachments, restatements, or other agreements made directly or indirectly by any agreement, instrument, or other document that in any manner affects such executory contract or unexpired lease, without respect to whether such agreement, instrument or other document is listed thereon.

In some cases, the same supplier or provider appears multiple times on Schedule G. This multiple listing is intended to reflect distinct agreements between Eagle River and such supplier or provider.

In the ordinary course of business, Eagle River may have issued numerous purchase orders for supplies, product, and related items which, to the extent that such purchase orders constitute executory contracts, are not listed individually on Schedule G. To the extent that goods were delivered under purchase orders prior to the ERC Petition Date vendors' claims with respect to such delivered goods are included on Schedule E/F.

As a general matter, certain of Eagle River's executory contracts and unexpired leases could be included in more than one category. In those instances, one category has been chosen to avoid duplication. Further, the designation of a category is not meant to be wholly inclusive or descriptive of the entirety of the rights or obligations represented by such contract.

Certain of the executory contracts and unexpired leases listed on Schedule G may contain certain renewal options, guarantees of payment, options to purchase, rights of first refusal, right to lease additional space, and other miscellaneous rights. Such rights, powers, duties, and obligations are not set forth separately on Schedule G. In addition, Eagle River may have entered into various other types of agreements in the ordinary course of its business, such as easements, rights of way, subordination, nondisturbance, and atonement agreements, supplemental agreements, amendments/letter agreements, title agreements, and confidentiality agreements. Such documents also are not set forth in Schedule G.

The Debtors hereby reserve all of their rights, claims, and causes of action with respect to the contracts and agreements listed on Schedule G, including the right to dispute or challenge the characterization or the structure of any transaction, document, or instrument related to a creditor's claim, to dispute the validity, status, or enforceability of any contract, agreement, or lease set forth in Schedule G, and to amend or supplement Schedule G as necessary. Inclusion of any agreement on Schedule G does not constitute an admission that

such agreement is an executory contract or unexpired lease and the Debtors reserve all rights in that regard, including, without limitation, that any agreement is not executory, has expired pursuant to its terms, or was terminated prepetition.

In addition, certain of the agreements listed on Schedule G may be in the nature of conditional sales agreements or secured financings. The presence of a contract or agreement on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease.

In the ordinary course of business, Eagle River has entered into numerous contracts or agreements, both written and oral, regarding the provision of certain services on a month to month basis. To the extent such contracts or agreements constitute executory contracts, these contracts and agreements are not listed individually on Schedule G.

Certain of the executory contracts may not have been memorialized and could be subject to dispute; executory agreements that are oral in nature have not been included in Schedule G.

In the ordinary course of business, Eagle River may have entered into confidentiality agreements which, to the extent that such confidentiality agreements constitute executory contracts, are not listed individually on Schedule G.

Certain of the executory contracts and unexpired leases listed in Schedule G were assigned to, assumed by, or otherwise transferred to Eagle River in connection with, among other things, acquisitions by Eagle River.

Eagle River generally has not included on Schedule G any insurance policies, the premiums for which some may have been prepaid. The Debtors assume that prepaid insurance policies are not executory contracts pursuant to section 365 of the Bankruptcy Code because no further payment or other material performance is required. Nonetheless, the Debtors recognize that in order to enjoy the benefits of continued coverage for certain claims under these policies, Eagle River may have to comply with certain non-monetary obligations, such as the provision of notice of claims and cooperation with insurers. In the event that the Bankruptcy Court were to ever determine that any such prepaid insurance policies are executory contracts, the Debtors reserve all of their rights to amend Schedule G to include such policies, as appropriate.

In addition, Schedule G may not include all rejection damage claims of the counterparties to the executory contracts and unexpired leases that have been or may be rejected, to the extent such damage claims exist.

Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtors' rights under the Bankruptcy Code with respect to any such omitted contracts or agreements are not impaired by the omission.

5. **Specific Notes Regarding Schedule H**

   a. **Co-Debtors.** In the ordinary course of their business, the Debtors pay certain expenses on behalf of their subsidiaries. The Debtors may not have identified certain guarantees that are embedded in the Debtors' executory contracts, unexpired leases, secured financings, debt instruments, and other agreements. Further, certain of the guarantees reflected on Schedule H may have expired or may no longer be enforceable. Thus, the Debtors reserves their rights to amend Schedule H to the extent that additional guarantees are identified, or such guarantees are discovered to have expired or become unenforceable.

   In the ordinary course of its business, Eagle River may be involved in pending or threatened litigation and claims arising out of certain ordinary course of business transactions. These matters may involve multiple plaintiffs and defendants, some or all of whom may assert crossclaims and counterclaims against other parties. Because such claims are contingent, disputed, and/or unliquidated, such claims have not been set forth individually on Schedule H.

## Specific Statements Disclosures

## Part 1, Question 1 - Gross Revenue from Business

Certain revenue items were reclassified during the audit, which are not reflected in the Debtors' accounting system. As a result, the figures presented may differ immaterially from the Debtors' audited financial statements.

## Part 1, Question 2 - Non-Business Revenue

Certain revenue items were reclassified during the audit, which are not reflected in the Debtors' accounting system. As a result, the figures presented may differ immaterially from the Debtors' audited financial statements.

Grant income refers to non-cash income resulting from amortization of grants originally received during 2012–2013.

## Part 2, Question 3 - Payments or Transfers Made to Creditors Within 90 Days Preceding Commencement of this Case

Eagle River's payments or transfers made to creditors within 90 days preceding the ERC Petition Date were issued from WSE's bank accounts. As such, all payments or transfers made to creditors within 90 days preceding the ERC Petition Date that were made on behalf of Eagle River were presented on WSE's Statements.

## Part 2, Question 4 - Payments or Transfers Made Within 1 Year Preceding Commencement of This Case to Creditors Who are or Were Insiders

Eagle River's payments or transfers made to insiders within 1 year preceding the ERC Petition Date were issued from WSE's bank accounts. As such, all payments or transfers made to insiders within 1 year preceding the ERC Petition Date that were made on behalf of Eagle River were presented on WSE's Statements.

**Part 2, Question 5 – Repossessions, foreclosures, and returns (1 year)**

Rented or leased property is not included.

**Part 5, Question 10**

No payments were received for this loss due to a high deductible associated with the auto insurance policy.

**Part 9, Question 17 - Employee participation in pension or profit-sharing plan (6 years)**

Eagle River's 401(k) plan was historically merged into WSE's 401 (k) plan. WSE's 401(k) plan with Unified Trust was terminated as of January 15, 2021.

**Part 11, Question 21**

Property held for another primarily pertains to warehoused spare parts that were sold on consignment to Eagle River.

**Part 12, Question 24 - Sites for which the Debtor has Provided Notice to a Governmental Unit Under any Environmental Law**

All radioactive material located on Eagle River's property was removed by the end of the first week of February 2021.

**Part 13, Question 27 – Inventories**

The lenders under the Debtors' revolving credit facility (KeyBank National Association) utilized the Debtors' inventory records and performed random spot checks of the Debtors' inventories, including the inventory of Eagle River, however, no inventory reports were issued.

Eagle River counts coal inventory on a monthly basis, however, spare parts inventory is counted on a quarterly basis.

**Part 13, Question 30 - Payments, Distributions, or Withdrawals Credited to an Insider within 1 Year Preceding Commencement of this Case**

Eagle River's payments or transfers made to insiders within 1 year preceding the ERC Petition Date were issued from WSE's bank accounts. As such, all payments or transfers

made to insiders within 1 year preceding the ERC Petition Date that were made on behalf of Eagle River were presented on WSE's Statements.

| Fill in this information to identify the case: |
| --- |
| Debtor name    **Eagle River Coal, LLC** |
| United States Bankruptcy Court for the:    DISTRICT OF DELAWARE |
| Case number (if known)    **21-10118** |

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

---

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   **1a. Real property:**
   Copy line 88 from *Schedule A/B*........................................................................................    $     757,221.13

   **1b. Total personal property:**
   Copy line 91A from *Schedule A/B*.....................................................................................    $     32,209,211.10

   **1c. Total of all property:**
   Copy line 92 from *Schedule A/B*........................................................................................    $     32,966,432.23

---

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................    $     107,254,015.52

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   **3a. Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................    $     180,281.81

   **3b. Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................    +$     10,952,712.38

4.  Total liabilities ...............................................................................................
   Lines 2 + 3a + 3b

   $     118,387,009.71

| Fill in this information to identify the case: |

Debtor name    **Eagle River Coal, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10118**

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |

| Part 2: | Deposits and Prepayments |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| | | |
|---|---|---:|
| 8.1. | **Allen Gray Ltd Partnership - Parish Gaskin - Advance Royalty** | $1,769.35 |
| 8.2. | **Allen Gray Ltd Partnership -Glass - Advance Royalty** | $1,964.60 |
| 8.3. | **Birdie Gray Ltd Partners - Glass - Advance Royalty** | $2,474.83 |
| 8.4. | **Birdie Gray Ltd Partners - Parish Gaskin - Advance Royalty** | $6,801.14 |
| 8.5. | **Joann Chrisman-Persell - Advance Royalty** | $931.00 |

Debtor     **Eagle River Coal, LLC**                                    Case number *(If known)* **21-10118**
           Name

| 8.6. | **John Davis III - Youngs Reserve - Advance Royalty** | $3,300.00 |
|---|---|---|
| 8.7. | **John Kent - Advance Royalty** | $99,600.00 |
| 8.8. | **Joyce Mitchell - Advance Royalty** | $940.00 |
| 8.9. | **Lucy Ann Thomas - Advance Royalty** | $6,000.00 |
| 8.10. | **Mary & Ronald Abell - Advance Royalty** | $24,000.00 |
| 8.11. | **Mary E Vinyard - Advance Royalty** | $10,000.00 |
| 8.12. | **MJ Insurance - Hull Insurance Policy** | $1,531.25 |
| 8.13. | **Patrick Chrisman - Advance Royalty** | $940.00 |
| 8.14. | **Peony Hill -  tract not split - Advance Royalty** | $40,000.00 |
| 8.15. | **Peony Hills  - Advance Royalty** | $8,800.00 |
| 8.16. | **Richard Ray Chrisman Jr - Advance Royalty** | $940.00 |
| 8.17. | **Smith-Manus - Permit #440 - Mine No. 1** | $4,394.83 |
| 8.18. | **Smith-Manus - Permit #381** | $30,658.83 |
| 8.19. | **Smith-Manus - Permit #459** | $40,781.25 |

| Debtor | **Eagle River Coal, LLC** | Case number *(If known)* **21-10118** |
|---|---|---|
| | Name | |

| 8.20. | **Smith-Manus - Permit #440** | **$57,125.25** |
|---|---|---|

| 8.21. | **Smith-Manus - Permit #425** | **$87,991.75** |
|---|---|---|

| 8.22. | **Somerset Farms, LLC - Advance Royalty** | **$175,000.00** |
|---|---|---|

| 8.23. | **Stacia Marie Ruby - Advance Royalty** | **$6,000.00** |
|---|---|---|

| 8.24. | **Younker - Advance Royalty** | **$940.00** |
|---|---|---|

| 9. | **Total of Part 2.** | **$612,884.08** |
|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | |

| Part 3: | **Accounts receivable** |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

| 11. | **Accounts receivable** | | |
|---|---|---|---|
| | 11a. 90 days old or less: | **152,396.83** - | **0.00** = .... | **$152,396.83** |
| | | face amount | doubtful or uncollectible accounts | |

| | 11b. Over 90 days old: | **159,337.24** - | **0.00** =.... | **$159,337.24** |
|---|---|---|---|---|
| | | face amount | doubtful or uncollectible accounts | |

| 12. | **Total of Part 3.** | **$311,734.07** |
|---|---|---|
| | Current value on lines 11a + 11b = line 12.  Copy the total to line 82. | |

| Part 4: | **Investments** |
|---|---|

**13. Does the debtor own any investments?**

☐ No.  Go to Part 5.
■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1** | | |
| | Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture** | | |
| | Name of entity: | % of ownership | |

Debtor  **Eagle River Coal, LLC**                              Case number *(If known)*  **21-10118**
          Name

16.  **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
       Describe:

| | | | |
|---|---|---|---|
| 16.1. | **N-7002398 - Eagle River Mine Reclamation Bond** | **Bonded Amount** | **$2,102,300.00** |
| 16.2. | **N-7002399 - Eagle River Mine Reclamation Bond** | **Bonded Amount** | **$6,033,727.00** |
| 16.3. | **N-7002400 - Eagle River Mine Reclamation Bond** | **Bonded Amount** | **$3,917,142.00** |
| 16.4. | **N-7002402 - Eagle River Mine Reclamation Bond** | **Bonded Amount** | **$301,360.00** |
| 16.5. | **N-7002470 - Eagle River Mine Reclamation Bond** | **Bonded Amount** | **$2,175,000.00** |

17.  **Total of Part 4.**                                                          | **$14,529,529.00** |
       Add lines 14 through 16.  Copy the total to line 83.

**Part 5:**      **Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** **Coal Inventory** | **12/31/2020** | **$345,761.68** | **Cost Basis** | **$345,761.68** |
| 22.  **Other inventory or supplies** **2500 Hyd Cooler** | **7/31/2020** | **$6,000.00** | **Market Value** | **$6,000.00** |
| **2x D11 Roller Frame/Track Adjuster** | **7/31/2020** | **$65,000.00** | **Market Value** | **$65,000.00** |
| **2x D75 Mast Hoist Cylinder** | **7/31/2020** | **$8,000.00** | **Market Value** | **$8,000.00** |
| **2x D75 Pulldown Cylinder** | **7/31/2020** | **$12,000.00** | **Market Value** | **$12,000.00** |

Debtor    **Eagle River Coal, LLC**                              Case number *(If known)* **21-10118**
          Name

| | | | | |
|---|---|---|---|---|
| **785 Differential** | 7/31/2020 | **$8,590.05** | **Market Value** | **$8,590.05** |
| **785 Wheel Group** | 7/31/2020 | **$20,562.55** | **Market Value** | **$20,562.55** |
| **Cat 777 Radiator** | 7/31/2020 | **$6,000.00** | **Market Value** | **$6,000.00** |
| **Cat 785 Radiator** | 7/31/2020 | **$6,000.00** | **Market Value** | **$6,000.00** |
| **Cat D11 Radiator** | 7/31/2020 | **$6,000.00** | **Market Value** | **$6,000.00** |
| **D75 Cooler Assy** | 7/31/2020 | **$7,500.00** | **Market Value** | **$7,500.00** |
| **D75 Rotary Head** | 7/31/2020 | **$20,000.00** | **Market Value** | **$20,000.00** |
| **EX1800 Radiator** | 7/31/2020 | **$6,000.00** | **Market Value** | **$6,000.00** |
| **Final & Chaincase** | 7/31/2020 | **$6,000.00** | **Market Value** | **$6,000.00** |
| **Transmission Parts** | 7/31/2020 | **$6,669.72** | **Market Value** | **$6,669.72** |
| **Transmission Parts** | 7/31/2020 | **$6,669.72** | **Market Value** | **$6,669.72** |
| **Transmission Parts** | 7/31/2020 | **$6,669.72** | **Market Value** | **$6,669.72** |
| **Transmission Parts** | 7/31/2020 | **$6,669.69** | **Market Value** | **$6,669.69** |

23.  **Total of Part 5.**                                                    | **$550,093.13** |
     Add lines 19 through 22.  Copy the total to line 84.

24.  **Is any of the property listed in Part 5 perishable?**
     ■ No
     ☐ Yes

25.  **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
     ■ No
     ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26.  **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

     ■ No.  Go to Part 7.
     ☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

| Debtor | **Eagle River Coal, LLC** | Case number *(If known)* **21-10118** |
|---|---|---|
| | Name | |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. Office furniture<br>**9 Drawer Cabinet** | **$0.00** | **Net Book Value** | **$0.00** |
| **Office Furniture** | **$475.56** | **Net Book Value** | **$475.56** |
| **Office Furniture** | **$298.31** | **Net Book Value** | **$298.31** |

| | | | |
|---|---|---|---|
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Copy Machine** | **$0.00** | **Net Book Value** | **$0.00** |
| **Plotter** | **$657.17** | **Net Book Value** | **$657.17** |
| **Routers-Insight (PROD)** | **$0.00** | **Net Book Value** | **$0.00** |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**

Add lines 39 through 42. Copy the total to line 86.

| | |
|---|---|
| | **$1,431.04** |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
☐ No
■ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. **2007 CHEVY SILVERADO K3500** | **$5,193.50** | **Net Book Value** | **$5,193.50** |

Debtor  **Eagle River Coal, LLC**
Name

Case number *(If known)* **21-10118**

| | | | | |
|---|---|---|---|---|
| 47.2. | **2016 TOYOTA LAND CRUISER (RYAN)** | $6,213.33 | Net Book Value | $6,213.33 |
| 47.3. | **SERVICE TRUCK** | $6,666.67 | Net Book Value | $6,666.67 |
| 47.4. | **SERVICE TRUCK - FORD 650 XLT** | $17,900.75 | Net Book Value | $17,900.75 |
| 47.5. | **ST-4 2000 FORD F650 SERVICE TRUCK** | $6,400.00 | Net Book Value | $6,400.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**

| | | | |
|---|---|---|---|
| **06 FORKLIFT 2006 JLG G10-55A VARIABLE REACH F** | $12,293.33 | Net Book Value | $12,293.33 |
| **10 TON CRANE HOIST** | $0.00 | Net Book Value | $0.00 |
| **1500-1 KOMATSU REPAIR DRIVELINE** | $0.00 | Net Book Value | $0.00 |
| **1500-1 KOMATSU -REPAIR FAN CLUTCH** | $0.00 | Net Book Value | $0.00 |
| **1500-1 KOMATSU REPAIR SUSPEN PUMP** | $0.00 | Net Book Value | $0.00 |
| **1500-1 KOMATSU TRUCK #54** | $0.00 | Net Book Value | $0.00 |
| **1500-1-HD1500-7 KOMATSU HAUL TRUCK** | $48,070.76 | Net Book Value | $48,070.76 |
| **1500-2 KOMATSU REPAIR BRAKES** | $0.00 | Net Book Value | $0.00 |
| **1500-2 KOMATSU REPAIR FINAL** | $0.00 | Net Book Value | $0.00 |
| **1500-2 KOMATSU REPAIR FINAL DRIVE** | $7,205.85 | Net Book Value | $7,205.85 |
| **1500-2 KOMATSU REPAIR RODS&MAINS** | $0.00 | Net Book Value | $0.00 |
| **1500-2 KOMATSU REPAIR STRUT** | $0.00 | Net Book Value | $0.00 |
| **1500-2 KOMATSU TRUCK #91** | $0.00 | Net Book Value | $0.00 |
| **1500-2 KOMATSU TRUCK REPAIR STRUT** | $0.00 | Net Book Value | $0.00 |

Debtor    **Eagle River Coal, LLC**                                Case number *(If known)*  **21-10118**
_____
Name

| | | | |
|---|---|---|---|
| **1500-2-HD1500-7 KOMATSU HAUL TRUCK** | $48,070.76 | Net Book Value | $48,070.76 |
| **16H 1996 CAT 16H MOTOR GRADER** | $39,413.33 | Net Book Value | $39,413.33 |
| **16H 1996 CAT MOTOR GRADER - FINAL DRIVE** | $3,355.69 | Net Book Value | $3,355.69 |
| **16H 1996 CAT MOTOR GRADER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **16H 1996 GRADER CIRCLE DRIVE REPAIR** | $0.00 | Net Book Value | $0.00 |
| **1785-HD785-7 KOMATSU HAUL TRUCK** | $64,433.32 | Net Book Value | $64,433.32 |
| **1800-5SH 2001 HITACHI EX1800-3 TRACKHOE** | $75,428.57 | Net Book Value | $75,428.57 |
| **1800-5SH 2001 HITACHI TRACKHOE REBUILT** | $0.00 | Net Book Value | $0.00 |
| **1990 MACK FUEL TRUCK** | $18,594.97 | Net Book Value | $18,594.97 |
| **1998 MACK FUEL AND LUBE TRUCK** | $6,000.00 | Net Book Value | $6,000.00 |
| **2002 MACK FUEL TRUCK** | $7,018.94 | Net Book Value | $7,018.94 |
| **2019 STACKER PROJECT** | $32,635.34 | Net Book Value | $32,635.34 |
| **30K GAL DIESEL TANK (HERITAGE)** | $40,906.25 | Net Book Value | $40,906.25 |
| **374D RAPAIR - TRACKS** | $12,696.61 | Net Book Value | $12,696.61 |
| **4000 - PC4000 SHOVEL SETUP COST** | $78,801.05 | Net Book Value | $78,801.05 |
| **4000-PC4000 NEW ENGINE** | $66,666.67 | Net Book Value | $66,666.67 |
| **4000-PC4000 SHOVEL HYDRAULIC PUMP** | $44,822.04 | Net Book Value | $44,822.04 |
| **4005 - EX 3500AC  HITACHI SETUP** | $15,174.32 | Net Book Value | $15,174.32 |
| **4005 - EX 3500AC HITACHI FINAL DRIVE** | $20,285.80 | Net Book Value | $20,285.80 |
| **4006 - EX3500AC HITACHI SET UP** | $16,496.41 | Net Book Value | $16,496.41 |
| **4007 - HITACHI EX3500AC SET UP** | $34,603.82 | Net Book Value | $34,603.82 |

Debtor    **Eagle River Coal, LLC**                                    Case number *(If known)*  **21-10118**
          Name

| | | | |
|---|---|---|---|
| 5008 - EH3500 ACII EUCLID SET UP | $78,213.40 | Net Book Value | $78,213.40 |
| 5008 - EH3500 CAP REP - ENGINE | $210,277.63 | Net Book Value | $210,277.63 |
| 772-2 CAT 777D HAUL TRUCK REBUILT | $0.00 | Net Book Value | $0.00 |
| 773D WATER TRUCK - NEW TRANSMISSION | $19,390.96 | Net Book Value | $19,390.96 |
| 777-1 CAT 777 HAUL TRUCK - NEW ENGINE | $48,673.19 | Net Book Value | $48,673.19 |
| 777-1 CAT 777 HAUL TRUCK - NEW FINAL DRIVE | $18,488.97 | Net Book Value | $18,488.97 |
| 777-1 CAT 777 HAUL TRUCK 777-1 | $120,523.82 | Net Book Value | $120,523.82 |
| 777-1 CAT 777 HAUL TRUCK REBUILT | $0.00 | Net Book Value | $0.00 |
| 777-2 CAT 777D HAUL TRUCK 777-2 | $100,428.58 | Net Book Value | $100,428.58 |
| 777-2 HAUL TRUCK REPAIR FINAL & BRAKES | $17,618.09 | Net Book Value | $17,618.09 |
| 777-3 2001 777D TRUCK - 773-3 ORIGINAL | $80,380.94 | Net Book Value | $80,380.94 |
| 777-3 2001 TRUCK REPAIR - FINAL DRIVE | $9,132.74 | Net Book Value | $9,132.74 |
| 777-3 TRUCK REPAIR - TRANSMISSION | $17,206.20 | Net Book Value | $17,206.20 |
| 777-4 2001 777D TRUCK ORIGINAL | $80,380.94 | Net Book Value | $80,380.94 |
| 777-4 2001 777D TRUCK REBUILT | $0.00 | Net Book Value | $0.00 |
| 777-4 TRUCK REPAIR WHEEL GROUP -  LEFT | $16,010.06 | Net Book Value | $16,010.06 |
| 777-4 TRUCK REPAIR WHEEL GROUP - RIGHT | $16,096.73 | Net Book Value | $16,096.73 |
| 785-1 IMPROVE SIDEBORDS & DOVETAIL | $0.00 | Net Book Value | $0.00 |
| 785-1 KOMATSU HD785 S/N 7943 | $0.00 | Net Book Value | $0.00 |
| 785-1 TIRE WORK | $0.00 | Net Book Value | $0.00 |
| 785-11 2005 CAT 785C ROCK TRUCK | $65,615.24 | Net Book Value | $65,615.24 |

Debtor    **Eagle River Coal, LLC**                    Case number *(If known)*  **21-10118**
          <sub>Name</sub>

| | | | |
|---|---|---|---|
| **785-11 CAT ROCK TRUCK REPAIR FINAL DRIVE REAR** | $24,733.66 | **Net Book Value** | $24,733.66 |
| **785-11 CAT ROCK TRUCK REPAIR TRANSMISSION** | $16,664.77 | **Net Book Value** | $16,664.77 |
| **785-11 ROCK TRUCK REPAIR FINAL&BRAKES** | $17,989.99 | **Net Book Value** | $17,989.99 |
| **785-12 2005 CAT 785 C ROCK TRUCK** | $65,615.24 | **Net Book Value** | $65,615.24 |
| **785-12 2005 CAT ROCK TRUCK REPAIR NEW ENGINE** | $117,675.17 | **Net Book Value** | $117,675.17 |
| **785-12 TUCK TRUCK REPAIR WHEEL GROUP** | $22,833.34 | **Net Book Value** | $22,833.34 |
| **785-1-HD785-7 KOMATSU HAUL TRUCK** | $64,433.32 | **Net Book Value** | $64,433.32 |
| **785-2 KOMATSU HD785 SN/ 7986** | $0.00 | **Net Book Value** | $0.00 |
| **785-2 SIDEBORDS&DOVETAIL** | $0.00 | **Net Book Value** | $0.00 |
| **785-2 TIRE WORK** | $0.00 | **Net Book Value** | $0.00 |
| **785-6 1992 CAT 785 ROCK TRUCK** | $43,733.33 | **Net Book Value** | $43,733.33 |
| **785-7 1992 CAT 785 ROCK TRUCK WHEEL GROUP** | $3,017.79 | **Net Book Value** | $3,017.79 |
| **785-7 1992 CAT 785 ROCK TRUCK - TRANSMISSION** | $1,767.81 | **Net Book Value** | $1,767.81 |
| **785-7 1992 CAT 785 ROCK TRUCK - WHEEL GROUP** | $3,017.79 | **Net Book Value** | $3,017.79 |
| **785-7 1992 CAT 785 ROCK TRUCK-7** | $43,733.33 | **Net Book Value** | $43,733.33 |
| **785-7 1992 CAT ROCK TRUCK REBUILT** | $0.00 | **Net Book Value** | $0.00 |
| **785-8  CAT 785 ROCK TRUCK** | $43,733.33 | **Net Book Value** | $43,733.33 |
| **785-9 CAT 785 ROCK TRUCK** | $56,868.57 | **Net Book Value** | $56,868.57 |
| **785-9 CAT 785 ROCK TRUCK REBUILT** | $0.00 | **Net Book Value** | $0.00 |

Debtor    **Eagle River Coal, LLC**                          Case number *(If known)*  **21-10118**
          Name

| | | | | |
|---|---|---|---|---|
| **785-9 CAT ROCK TRUCK REPAIR TORQUE** | $9,939.63 | **Net Book Value** | | $9,939.63 |
| **988-1 2005 CAT 988H REPAIR ROLLOUT** | $12,625.76 | **Net Book Value** | | $12,625.76 |
| **988-1 2005 Cat 988H Wheel Loader w/ Sepadenos** | $30,476.19 | **Net Book Value** | | $30,476.19 |
| **988-3 2011 CAT 988H-3** | $76,190.48 | **Net Book Value** | | $76,190.48 |
| **988-4 2011 CAT 988H-4** | $76,190.48 | **Net Book Value** | | $76,190.48 |
| **988-4 2011 CAT REBUILT** | $0.00 | **Net Book Value** | | $0.00 |
| **988H-3 CAT REPAIR NEW TRANSMISSION** | $11,945.11 | **Net Book Value** | | $11,945.11 |
| **992G CAT FRONT ENDLOADER ORIGINAL** | $150,000.00 | **Net Book Value** | | $150,000.00 |
| **992G CAT FRONT LOADER BUCKET** | $14,247.63 | **Net Book Value** | | $14,247.63 |
| **992G-2 CAT FRONT ENDLOADER TORQUE,ENGINE** | $27,753.45 | **Net Book Value** | | $27,753.45 |
| **992G-2 CAT WHEEL LOADER - BUCKET REPAIR** | $9,652.57 | **Net Book Value** | | $9,652.57 |
| **992G-2 LOADER REPAIR ROLLOUT** | $33,750.00 | **Net Book Value** | | $33,750.00 |
| **AIR COMPRESSOR** | $0.00 | **Net Book Value** | | $0.00 |
| **AIR COMPRESSOR** | $3,535.32 | **Net Book Value** | | $3,535.32 |
| **AIR CROMPRESSOR** | $0.00 | **Net Book Value** | | $0.00 |
| **BLASTING DRILL DK50 - ENGINE** | $20,965.21 | **Net Book Value** | | $20,965.21 |
| **CAT 773D 1997 12000 WATER WAGON REBUILT** | $0.00 | **Net Book Value** | | $0.00 |
| **CAT 773D 1997 CAT 12000 WATER WAGON** | $30,800.00 | **Net Book Value** | | $30,800.00 |
| **CHARGING GP** | $0.00 | **Net Book Value** | | $0.00 |
| **COAL BARGE RIVER TERMINAL** | $2,644,444.45 | **Net Book Value** | | $2,644,444.45 |

Official Form 206A/B                    Schedule A/B Assets - Real and Personal Property

Debtor  **Eagle River Coal, LLC**                                    Case number *(If known)* **21-10118**
         <span>Name</span>

| | | | |
|---|---|---|---|
| **COAL PREPARATION PLANT** | $3,706,906.67 | Net Book Value | $3,706,906.67 |
| **CONCRETE FOR FUEL TANKS AREA** | $7,590.50 | Net Book Value | $7,590.50 |
| **D10T 2005 CAT D10T** | $95,238.09 | Net Book Value | $95,238.09 |
| **D10T 2005 CAT DOZER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **D10T CAT TRACK TYPE TRACKTOR** | $34,537.07 | Net Book Value | $34,537.07 |
| **D-10T-5 NEW ENGINE** | $0.00 | Net Book Value | $0.00 |
| **D11-R 2005 CAT DOZER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **D11R-1 2001 D11 DOZER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **D11R-1 2001 D11CD DOZER D11R-1 ORIGINAL** | $114,285.73 | Net Book Value | $114,285.73 |
| **D11R-1 2001 DOZER FINAL DRIVE REPAIR** | $0.00 | Net Book Value | $0.00 |
| **D11R-2 2005 CAT D11R DOZER D11R-2 ORIGINAL** | $182,523.82 | Net Book Value | $182,523.82 |
| **D11R-2 DOZER - NEW ENGINE** | $71,250.39 | Net Book Value | $71,250.39 |
| **D11R-7 DOZER - ENGINE COVERSION** | $136,861.01 | Net Book Value | $136,861.01 |
| **D11R-7 USED CAT DOZER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **D11R-7 USED CATERPILLAR D11R** | $146,047.61 | Net Book Value | $146,047.61 |
| **D11R-8 2006 CAT DOZER ENGINE REPAIR** | $58,927.54 | Net Book Value | $58,927.54 |
| **D11R-9 2007 CAT Dozer - new engine** | $140,192.38 | Net Book Value | $140,192.38 |
| **D11T- 4 2013 CAT** | $0.00 | Net Book Value | $0.00 |
| **D11T-4 2013 CAT-D11T-4 FIRE SUPRESSION SYSTEM** | $365,095.24 | Net Book Value | $365,095.24 |
| **D475-5 KOMATSU** | $0.00 | Net Book Value | $0.00 |
| **DIAGNOSTIC COMPUTER EQUIPMENT** | $405.56 | Net Book Value | $405.56 |

| Debtor | **Eagle River Coal, LLC** | Case number *(If known)* **21-10118** |
|---|---|---|
| | Name | |

| | | | |
|---|---|---|---|
| **DK75 - DRILL - CHAINS&SPROCKET** | $14,045.87 | Net Book Value | $14,045.87 |
| **DRILL-1 DRILLTECH D50KS BLAST HOLE DRILLER** | $79,380.94 | Net Book Value | $79,380.94 |
| **DRILL-1 DRILLTECH D50KS HOLE DRILLER REBUILT** | $0.00 | Net Book Value | $0.00 |
| **ELECTRICAL LIGHTING** | $18,339.40 | Net Book Value | $18,339.40 |
| **ELECTRICAL/LIGHTING** | $11,211.01 | Net Book Value | $11,211.01 |
| **EX1800 TRACKHOE REPAIR NEW ENGINE** | $14,438.23 | Net Book Value | $14,438.23 |
| **EX1800-3 HITACHI EXCAVATOR #2 MAIN HYRO PUMP** | $8,585.34 | Net Book Value | $8,585.34 |
| **EX1800-3 RAPAIR - UNDER CARRIAGE** | $35,870.99 | Net Book Value | $35,870.99 |
| **EX1800-3 REPAIR - FRONT ENGINE** | $27,888.54 | Net Book Value | $27,888.54 |
| **EX1800-3 REPAIR - NEW PUMP DRIVE** | $9,881.66 | Net Book Value | $9,881.66 |
| **EX1800-3 REPAIR - NEW TRACKS** | $7,486.35 | Net Book Value | $7,486.35 |
| **EX1800-3 REPAIR AUTO LUBE SYSTEM** | $31,833.75 | Net Book Value | $31,833.75 |
| **EX1800-3BH 2001 Hitachi EX1800-3 Trackhoe** | $100,571.43 | Net Book Value | $100,571.43 |
| **EX1800-3BH 2001 HITACHI TRACKHOE - REBUILT** | $0.00 | Net Book Value | $0.00 |
| **EX1800-5 HITACHI SHOVEL #2 HYDRO PUMP REPAIR** | $10,118.67 | Net Book Value | $10,118.67 |
| **EX1800-5 HITACHI SHOVEL ENGINE** | $22,670.56 | Net Book Value | $22,670.56 |
| **EX1800-5 REPAIR - HYDRO PUMP** | $18,100.98 | Net Book Value | $18,100.98 |
| **EX1800-5 REPAIR - NEW ENGINE** | $12,580.17 | Net Book Value | $12,580.17 |
| **EX1800-5 TRACKHOE REPAIR #2 PUMP** | $5,151.20 | Net Book Value | $5,151.20 |

Debtor    **Eagle River Coal, LLC**                                    Case number *(If known)* **21-10118**
Name

| | | | |
|---|---|---|---|
| **EX1800-5 TRACKHOE REPAIR SWING PUMP** | $5,054.96 | Net Book Value | $5,054.96 |
| **EX2500-3 LUBE SYSTEM** | $9,513.21 | Net Book Value | $9,513.21 |
| **EX2500-3 REPAIR - NEW OIL COOLER** | $11,096.50 | Net Book Value | $11,096.50 |
| **EX2500-5 - EX2500 EXCAVATOR - NEW ENGINE** | $200,259.73 | Net Book Value | $200,259.73 |
| **EX2500-5 CAP REPAIR-FINAL DRIVE** | $82,069.44 | Net Book Value | $82,069.44 |
| **EX2500-5 EX2500 HYDRAULIC EXCAVATOR** | $383,333.33 | Net Book Value | $383,333.33 |
| **EX2500-5 EXCAVATOR - UNDERCARRIAGE(FINAL)** | $0.00 | Net Book Value | $0.00 |
| **EX2500-5 EXCAVATOR REPAIR BUCKET** | $42,349.58 | Net Book Value | $42,349.58 |
| **EX2500-5 EXCAVATOR REPAIR CTRL VALVES** | $56,077.49 | Net Book Value | $56,077.49 |
| **EX2500-5 EXCAVATOR REPAIR IDLER ADJ** | $14,026.24 | Net Book Value | $14,026.24 |
| **EX2500-5 EXCAVATOR REPAIR PUMP DRIVE - LEFT** | $13,145.48 | Net Book Value | $13,145.48 |
| **EX2500-5 EXCAVATOR REPAIR PUMP DRIVE - RIGHT** | $15,774.58 | Net Book Value | $15,774.58 |
| **EX2500-5 EXCAVATOR UNDERCARRIAGE** | $107,057.45 | Net Book Value | $107,057.45 |
| **EX2500-5 EXCAVATOR USED BUCKET** | $74,240.55 | Net Book Value | $74,240.55 |
| **EX2500-5 HYDRAULIC EXCAVATOR REBUILT** | $0.00 | Net Book Value | $0.00 |
| **FLUMES** | $15,444.45 | Net Book Value | $15,444.45 |
| **FUEL TANKS-SHOP** | $0.00 | Net Book Value | $0.00 |
| **FUEL TANKS-SHOP** | $2,722.63 | Net Book Value | $2,722.63 |
| **FUEL TRUCK** | $9,333.33 | Net Book Value | $9,333.33 |
| **GODWIN-3 GODWIN DRI-PRIME HL225M DIESEL PUMP** | $9,493.33 | Net Book Value | $9,493.33 |

Debtor    **Eagle River Coal, LLC**                      Case number *(If known)* **21-10118**
Name

| | | | |
|---|---|---|---|
| GODWIN-4 GODWIN DRI-PRIME HL225M DIESEL PUMP | $9,493.33 | Net Book Value | $9,493.33 |
| HEAVY MEDIA PROJECT | $49,093.62 | Net Book Value | $49,093.62 |
| HENNESSEY SURVEYING EQUIPMENT | $733.33 | Net Book Value | $733.33 |
| HENNESSY SURVEY EQUIP | $4,140.98 | Net Book Value | $4,140.98 |
| IMPACT WRENCH - 3000 TORQUE | $0.00 | Net Book Value | $0.00 |
| LIGHT TWR 2006 MAGNUM PRO MLT3060 LIGHT TOWER | $3,120.00 | Net Book Value | $3,120.00 |
| LIGHTING | $10,752.55 | Net Book Value | $10,752.55 |
| LINCOLN SUITCASE WELDER | $0.00 | Net Book Value | $0.00 |
| LT1 -1998 MACK LUBE TRUCK BED | $8,783.33 | Net Book Value | $8,783.33 |
| LT2 - 1981 LUBE TRUCK | $12,133.33 | Net Book Value | $12,133.33 |
| MILLER BIG 40 DIESEL WELDER | $0.00 | Net Book Value | $0.00 |
| MILLER BOBCAT 225 WELDER | $0.00 | Net Book Value | $0.00 |
| MILLER SUITCASE WELDER | $0.00 | Net Book Value | $0.00 |
| OIL TANKS | $20,500.00 | Net Book Value | $20,500.00 |
| OIL TANKS FOR SHOP | $0.00 | Net Book Value | $0.00 |
| OIL TANKS FOR SHOP | $11,836.28 | Net Book Value | $11,836.28 |
| PARTS CONTAINER | $950.00 | Net Book Value | $950.00 |
| PLANT DENSITY GAUGE | $12,303.25 | Net Book Value | $12,303.25 |
| PLANT RAW COAL | $1,145,950.72 | Net Book Value | $1,145,950.72 |
| PLANT SCREEN | $75,071.92 | Net Book Value | $75,071.92 |

Debtor    **Eagle River Coal, LLC**                               Case number *(If known)* **21-10118**
          Name

| | | | |
|---|---|---|---|
| PORTABLE INFARED HEATER | $0.00 | Net Book Value | $0.00 |
| PORTABLE INFARED HEATER | $0.00 | Net Book Value | $0.00 |
| PREP PLAN IMPROMENTS | $288,017.74 | Net Book Value | $288,017.74 |
| PREP PLANT STOKER PROJECT | $19,413.24 | Net Book Value | $19,413.24 |
| PULPING COLUMN | $14,087.99 | Net Book Value | $14,087.99 |
| PUMP 6"x6" DIESEL ENGINE SKID-MOUNTED | $3,173.33 | Net Book Value | $3,173.33 |
| PUMP-3 USED GODWIN HL6M PUMP 8" X 6" | $3,173.33 | Net Book Value | $3,173.33 |
| PUMP-4 GODWIN DRI-PRIME HL200M DIESEL PUMP | $6,346.67 | Net Book Value | $6,346.67 |
| RAPTOR 600 PNEUMATIC WRENCH AND ACCESSORIES | $0.00 | Net Book Value | $0.00 |
| RECEIVER HEAD FOR SURVEYING EQUIP | $5,496.33 | Net Book Value | $5,496.33 |
| SAMPLER | $19,566.89 | Net Book Value | $19,566.89 |
| SCALE SYSTEM - KANAWHA SOFTWARE | $0.00 | Net Book Value | $0.00 |
| SCALES (BUCKET?) PREP PLENT FEL | $3,022.21 | Net Book Value | $3,022.21 |
| SCRAPER-2 ICON 18DB SCRAPER | $4,453.33 | Net Book Value | $4,453.33 |
| SHOP BUILDING - RIVER TERMINAL | $30,169.22 | Net Book Value | $30,169.22 |
| SHOP JACK AUTO TIRE INV 36-165861 | $0.00 | Net Book Value | $0.00 |
| SKID-STEER ATTACHMENT | $133.33 | Net Book Value | $133.33 |
| SKID-STEER ATTACHMENT PALLET FORKS | $0.00 | Net Book Value | $0.00 |
| ST-1 2002 KENWORTH T3000 ST-1 | $4,800.00 | Net Book Value | $4,800.00 |
| ST-2 1997 KENWORTH T300 ST-2 | $3,200.00 | Net Book Value | $3,200.00 |
| ST-3 2004 KENWORTH T300 ST-3 | $5,600.00 | Net Book Value | $5,600.00 |

Debtor    **Eagle River Coal, LLC**                                    Case number *(If known)* **21-10118**
Name

| | | | |
|---|---|---|---|
| **STANDS FOR SHOP FABICK** | $0.00 | Net Book Value | $0.00 |
| **T750 BOBCAT COMPACT TRACK LOADER** | $7,013.33 | Net Book Value | $7,013.33 |
| **TRUCK SCALES, INBOUND TARE WEIGHT** | $8,571.42 | Net Book Value | $8,571.42 |
| **TRUCK SCALES-RICE LAKE** | $8,571.42 | Net Book Value | $8,571.42 |
| **UNDERCARRIAGE REBUILD #20 - D11-4** | $0.00 | Net Book Value | $0.00 |
| **VOLVO EC210 CRAWLER EXCAVATOR** | $2,864.76 | Net Book Value | $2,864.76 |
| **WATER PUMP, WATER WAGON STAND PIPE, DIESEL EN** | $3,173.33 | Net Book Value | $3,173.33 |

51.    **Total of Part 8.**                                                                         $13,656,838.78
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ■ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

Part 9:    **Real property**

54. **Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Land - 40 acres of surface** | **Land** | $275,000.00 | **Original Cost** | $275,000.00 |
| 55.2.  **Land - Wetland Mitigation Property** | **Land** | $278,778.22 | **Original Cost** | $278,778.22 |

Debtor    **Eagle River Coal, LLC**                                    Case number *(If known)*  **21-10118**
Name

| | | | | | |
|---|---|---|---|---|---|
| 55.3. | Somerset Farms (Young Reserve) | Land | $11,000.00 | Original Cost | $11,000.00 |
| 55.4. | Mine Office and Shop Complex | Buildings | $192,442.91 | Net Book Value | $192,442.91 |
| 55.5. | Mobile Office Trailer - Operating Lease | Buildings | $0.00 | Net Book Value | $0.00 |
| 55.6. | Steel for Shop JMS INV#30185522 | Buildings | $0.00 | Net Book Value | $0.00 |

56. **Total of Part 9.**

   Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

   $757,221.13

57. **Is a depreciation schedule available for any of the property listed in Part 9?**
   ☐ No
   ☑ Yes

58. **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
   ☑ No
   ☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

   ☐ No.  Go to Part 11.
   ☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60. **Patents, copyrights, trademarks, and trade secrets** | | | |
| 61. **Internet domain names and websites** | | | |
| 62. **Licenses, franchises, and royalties** | | | |
| 63. **Customer lists, mailing lists, or other compilations** | | | |
| 64. **Other intangibles, or intellectual property** **Customer Contracts** | $1,657,896.23 | Net Book Value | $1,657,896.23 |
| **Permits** | $113,365.77 | Net Book Value | $113,365.77 |
| 65. **Goodwill** | | | |

66. **Total of Part 10.**

   Add lines 60 through 65. Copy the total to line 89.

   $1,771,262.00

67. **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?

| Debtor | **Eagle River Coal, LLC** | Case number *(If known)* | **21-10118** |
| --- | --- | --- | --- |

Name

■ No
☐ Yes

68. **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
   ☐ No
   ■ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 11: | All other assets |
| --- | --- |

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

   ☐ No.  Go to Part 12.
   ■ Yes Fill in the information below.

|  | | **Current value of debtor's interest** |
| --- | --- | --- |
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| | **Young's Reserve Development** | **$775,439.00** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership | |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$775,439.00** |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor   **Eagle River Coal, LLC**                                     Case number *(If known)*  **21-10118**
　　　　　Name

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $612,884.08 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $311,734.07 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $14,529,529.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $550,093.13 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,431.04 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $13,656,838.78 | |
| 88. **Real property.** *Copy line 56, Part 9.........................................................................>* | | $757,221.13 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $1,771,262.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $775,439.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $32,209,211.10 | + 91b. $757,221.13 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $32,966,432.23 |

**Fill in this information to identify the case:**

Debtor name    **Eagle River Coal, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10118**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **Komatsu Financial, L.P.**<br>Creditor's Name<br>**8770 W Bryn Mawr Ave Ste 100**<br>**PO Box 5050**<br>**Chicago, IL 60631**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**Equipment lease on 2 HD1500-7 trucks and 2 HD785-7 trucks**<br><br>**Describe the lien**<br>**First Priority**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $223,489.17 | $232,767.06 |

Creditor's email address, if known

**Date debt was incurred**
**11/1/2020**
**Last 4 digits of account number**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☑ No | Check all that apply |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

| | | | |
|---|---|---|---|
| **2.2** **Riverstone Holdings LLC, ABL Agent**<br>Creditor's Name<br>**successor in interest to Key Bank, N.A.**<br>**712 Fifth Avenue**<br>**19th Floor**<br>**New York, NY 10019**<br>Creditor's mailing address<br><br>**dflannery@riverstonecredit.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**10/22/2018** | **Describe debtor's property that is subject to a lien**<br>**Substantially all the Debtor's assets**<br><br>**Describe the lien**<br>**First Priority on Inventory, Receivables and Cash; Second Priority on all other assets**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $6,968,883.29 | Unknown |

Debtor    **Eagle River Coal, LLC**

Name

Case number (if known)    **21-10118**

Last 4 digits of account number
**RIVCRE**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| See description of Debtor's property subject to a lien. | ☐ Disputed |

---

| 2.3 | **Riverstone Holdings LLC, as DIP Agent** | Describe debtor's property that is subject to a lien | $1,423,333.33 | Unknown |
|---|---|---|---|---|

Creditor's Name

**712 Fifth Avenue
19th Floor
New York, NY 10019**

**Substantially all the Debtor's assets**

Creditor's mailing address

**Describe the lien**

**Subordinated lien on Inventory, Receivables and Cash; Superpriority lien on all other assets**

**dflannery@riverstonecredit .com**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**12/7/2020**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**RIVCRE**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| See description of Debtor's property subject to a lien. | ☐ Disputed |

---

| 2.4 | **Riverstone Holdings LLC, Term Loan Agent** | Describe debtor's property that is subject to a lien | $98,638,309.73 | Unknown |
|---|---|---|---|---|

Creditor's Name

**712 Fifth Avenue
19th Floor
New York, NY 10019**

**Substantially all the Debtor's assets**

Creditor's mailing address

**Describe the lien**

**Second Priority on Inventory, Receivables and Cash; First Priority on all other assets**

**dflannery@riverstonecredit .com**

Is the creditor an insider or related party?

■ No

Creditor's email address, if known

☐ Yes

Is anyone else liable on this claim?

**Date debt was incurred**

☐ No

**4/17/2017**

■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**RIVCRE**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: |
|---|---|
| ☐ No | Check all that apply |
| ■ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent |
| | ☐ Unliquidated |
| See description of Debtor's property subject to a lien. | ☐ Disputed |

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$107,254,015.52**

Debtor    **Eagle River Coal, LLC**                                    Case number (if known)    **21-10118**
            Name

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|

**Fill in this information to identify the case:**

Debtor name **Eagle River Coal, LLC**

United States Bankruptcy Court for the: **DISTRICT OF DELAWARE**

Case number (if known) **21-10118**

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Aarron Abell**<br>**P.O. Box 491**<br>**Harrisburg, IL 62946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Amanda Stanton**<br>**1830 Thunderhawk Rd**<br>**Ozark, IL 62972** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.3** | Priority creditor's name and mailing address
**Arthur Hunter**
**P.O. Box 677**
**Santa Claus, IN 47579**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,000.02     $6,000.02

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.4** | Priority creditor's name and mailing address
**Arthur Hunter**
**P.O. Box 677**
**Santa Claus, IN 47579**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,074.00     $1,074.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.5** | Priority creditor's name and mailing address
**Barney Mitchell**
**190 Bond Rd**
**Galatia, IL 62935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

**2.6** | Priority creditor's name and mailing address
**Barry Pennell**
**52 Central-Gross Rd**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.7**

Priority creditor's name and mailing address
**Barry Pennell**
**52 Central-Gross Rd**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.8**

Priority creditor's name and mailing address
**Barry Pennell**
**52 Central-Gross Rd**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,619.98    $2,619.98

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.9**

Priority creditor's name and mailing address
**Barry Wheeler**
**382 Route 146 E**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.10**

Priority creditor's name and mailing address
**Billy Owens**
**785 Trail of Tears Road**
**Golconda, IL 62938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.11**

Priority creditor's name and mailing address
**Billy Owens Jr**
**785 Trail of Tears Road**
**Golconda, IL 62938**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12**

Priority creditor's name and mailing address
**Billy Stanley**
**P.O. Box 223**
**Rosiclare, IL 62982**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13**

Priority creditor's name and mailing address
**Bobby Townsend**
**1002 Jefferson Street**
**Eldorado, IL 62930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14**

Priority creditor's name and mailing address
**Brandi Layman**
**2005 Fritts Rd**
**Stonefort, IL 62987**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00     $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|--------|---------------------------|------------------------|--------------|
|        | Name                      |                        |              |

---

**2.15** | Priority creditor's name and mailing address
**Brice Dunn**
**12693 Binkley Rd**
**Marion, IL 62959**

As of the petition filing date, the claim is:                                    $60.00        $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.16** | Priority creditor's name and mailing address
**Bryan Bainbridge**
**360 IL Rte 146 E**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:                                    $60.00        $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.17** | Priority creditor's name and mailing address
**Bryan Bainbridge**
**360 IL Rte 146 E**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:                                    $60.00        $60.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.18** | Priority creditor's name and mailing address
**Bryan Bainbridge**
**360 IL Rte 146 E**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:                                    $3,471.00     $3,471.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Eagle River Coal, LLC**
     Name

Case number *(if known)*  **21-10118**

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Bryan Barton**
**1500 Nathan Drive**
**Marion, IL 62959**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Carl Holbrook**
**186 Pearl Street**
**Elizabethtown, IL 62931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Chad Hess**
**556 County Road 600 E**
**Norris City, IL 62869**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Charlie Abner**
**2865 Raleigh Chapel Road**
**Raleigh, IL 62977**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Eagle River Coal, LLC**
_____
Name

Case number (if known)    **21-10118**

---

**2.23**

Priority creditor's name and mailing address
**Charlie Abner**
**2865 Raleigh Chapel Road**
**Raleigh, IL 62977**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.24**

Priority creditor's name and mailing address
**Charlie Abner**
**2865 Raleigh Chapel Road**
**Raleigh, IL 62977**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,808.00**    **$2,808.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.25**

Priority creditor's name and mailing address
**Chris Chaney**
**IN-POS1 Box 153**
**New Burnside, IL 62967**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$880.00**    **$880.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.26**

Priority creditor's name and mailing address
**Christopher Chaney**
**IN-POS1 Box 153**
**New Burnside, IL 62967**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.27 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Christopher Chaney**
**IN-POS1 Box 153**
**New Burnside, IL 62967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.28 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,403.60 | $3,403.60 |
|---|---|---|---|---|

**Christopher Chaney**
**IN-POS1 Box 153**
**New Burnside, IL 62967**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.29 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Cindy Sisk**
**1970 Thunderhawk Rd**
**Ozark, IL 62972**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.30 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Clint Wells**
**602 N Smith St**
**Galatia, IL 62935**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $720.00 | $720.00 |
|---|---|---|---|---|

**Clint Wells**
**602 N Smith St**
**Galatia, IL 62935**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Cole Chancellor**
**7018 Steeplechase Dr**
**Evansville, IN 47720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $208.00 | $208.00 |
|---|---|---|---|---|

**Cole Chancellor**
**7018 Steeplechase Dr**
**Evansville, IN 47720**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Corey Parkinson**
**4120 Hwy 34 S**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.35** | Priority creditor's name and mailing address
**Corey Parkinson**
**4120 Hwy 34 S**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**  **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**Corey Parkinson**
**4120 Hwy 34 S**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,080.00**  **$3,080.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Cynthia Sisk**
**1970 Thunderhawk Rd**
**Ozark, IL 62972**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,025.16**  **$2,025.16**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**David Conkle**
**546 Karbers Ridge Rd**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**  **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**David Haney**
**75 Schnake Lane**
**Eldorado, IL 62930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**David Haney**
**75 Schnake Lane**
**Eldorado, IL 62930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,718.76 | $4,718.76 |
|---|---|---|---|---|

**David Haney**
**75 Schnake Lane**
**Eldorado, IL 62930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**David Haney**
**75 Schnake Lane**
**Eldorado, IL 62930**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

Debtor  **Eagle River Coal, LLC**                                    Case number (if known)  **21-10118**
_____
Name

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**David Spurlock**
**21005 Number 9 Blacktop**
**Thompsonville, IL 62890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**David Spurlock**
**21005 Number 9 Blacktop**
**Thompsonville, IL 62890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | | $2,171.00 | $2,171.00 |
|---|---|---|---|---|

**David Spurlock**
**21005 Number 9 Blacktop**
**Thompsonville, IL 62890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | | Unknown | Unknown |
|---|---|---|---|---|

**Daviess County Treasurer**
**200 E. Walnut St.**
**Room 103**
**Washington, IN 47501**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **DAVTRE**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Delaware Secretary Of State**
**Division of Corporations**
**John G. Townsend Bldg**
**401 Federal St Ste 4**
**Dover, DE 19901**

*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Derrell Walker**
**9 Fox Trott Lane**
**Golconda, IL 62938**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Dewayne Fals**
**6500 PEABODY ROAD**
**Junction, IL 62954**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Donnie Wise**
**IN-POS1 Box 12**
**Eddyville, IL 62928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Dubois County Treasurer**
**1 Courthouse Sq**
**Room 105**
**Jasper, IN 47546**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **DUBTRE**

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Freddy Darnell**
**5 WALKER ROAD**
**Cave In Rock, IL 62919**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Frederick Scherrer**
**7800 Shawnee Forest Road**
**Equality, IL 62934**

As of the petition filing date, the claim is:
*Check all that apply.*
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Illinois Dept Of Natural Resources**
**One Natural Resources Way**
**Springfield, IL 62702**

As of the petition filing date, the claim is:
*Check all that apply.*
- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?
- ■ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.55** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Illinois Secretary Of State**
**213 State Capitol**
**Springfield, IL 62756**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.56** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Indiana Department Of Natural**
**Resources**
**14619 W. State Road 48**
**Jasonville, IN 47438**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **INDNAT**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.57** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Indiana Secretary Of State**
**200 W Washington St**
**Room 201**
**Indianapolis, IN 46204**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.58** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown**

**Internal Revenue Service**
**Dept of the Treasury**
**Internal Revenue Service**
**Ogden, UT 84201-0035**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **UNITRY**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.59**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,092.62 | $1,092.62 |
|---|---|---|---|
| **Internal Revenue Service**<br>**Dept of the Treasury**<br>**Internal Revenue Service**<br>**Ogden, UT 84201-0035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Unknown** | Basis for the claim:<br>**Taxes** |
|---|---|

| Last 4 digits of account number **UNITRY** | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.60**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $7,788.48 | $7,788.48 |
|---|---|---|---|
| **James Smith**<br>**1213 TREE TOP LANE**<br>**Evansville, IN 47712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Employee Wages & Benefits** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.61**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,074.00 | $1,074.00 |
|---|---|---|---|
| **James Smith**<br>**1213 TREE TOP LANE**<br>**Evansville, IN 47712** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Expense Reimbursement** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

**2.62**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|
| **James Smock**<br>**5 Lambtown Road**<br>**Cave In Rock, IL 62919** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** |
|---|---|

| Last 4 digits of account number | Is the claim subject to offset? |
|---|---|
| Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | ■ No<br>☐ Yes |

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.63** | Priority creditor's name and mailing address

**Jason Davidson**
**100 Walnut Grove Lane**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.64** | Priority creditor's name and mailing address

**Jason Davidson**
**100 Walnut Grove Lane**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.65** | Priority creditor's name and mailing address

**Jason Davidson**
**100 Walnut Grove Lane**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,326.38    $2,326.38

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.66** | Priority creditor's name and mailing address

**Jason Williams**
**P.O. Box 232**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Eagle River Coal, LLC**
Name

Case number (if known) **21-10118**

---

| 2.67 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|------|--|--|--|--|

**Jeffery Barnes**
**356 CADIZ RD**
**Elizabethtown, IL 62931**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.68 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|------|--|--|--|--|

**Jeffrey Barker**
**10555 HIGHWAY 1**
**Junction, IL 62954**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.69 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|------|--|--|--|--|

**Jeremy Randolph**
**180 Pinehill Lane**
**Harrisburg, IL 62946**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.70 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|------|--|--|--|--|

**Jeremy Randolph**
**180 Pinehill Lane**
**Harrisburg, IL 62946**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.71** | Priority creditor's name and mailing address
**Jeremy Randolph**
**180 Pinehill Lane**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,047.50**    **$2,047.50**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address
**Jerry Rigsby**
**240 W Meadowbrook Dr**
**IN-POS1 Box 645**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address
**Jerry Rigsby**
**240 W Meadowbrook Dr**
**IN-POS1 Box 645**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address
**Jerry Rigsby**
**240 W Meadowbrook Dr**
**IN-POS1 Box 645**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,548.25**    **$3,548.25**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.75** Priority creditor's name and mailing address
**Joey Pilcher**
**720 Big Ridge Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$9,000.00**  **$9,000.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.76** Priority creditor's name and mailing address
**Joey Pilcher**
**720 Big Ridge Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,348.00**  **$1,348.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.77** Priority creditor's name and mailing address
**John Bayer**
**718 Montomery Circle**
**Carmi, IL 62821**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**  **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.78** Priority creditor's name and mailing address
**John Bayer**
**718 Montomery Circle**
**Carmi, IL 62821**

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**  **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number *(if known)* | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,728.00 | $2,728.00 |
|---|---|---|---|---|

**John Bayer**
**718 Montomery Circle**
**Carmi, IL 62821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|---|

**John Bayer**
**718 Montomery Circle**
**Carmi, IL 62821**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**John Devous**
**470 N. Calhoun Street**
**Equality, IL 62934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**John Dunstan**
**P.O. Box 254**
**Elizabethtown, IL 62931**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.83**

Priority creditor's name and mailing address
**Joseph Mcclenahan**
**304 N Miller St**
**Carrier Mills, IL 62917**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.84**

Priority creditor's name and mailing address
**Joseph Reising**
**6532 S. 700 E.**
**Ft Branch, IN 47648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$6,999.51    $6,999.51

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.85**

Priority creditor's name and mailing address
**Joseph Reising**
**6532 S. 700 E.**
**Ft Branch, IN 47648**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,353.60    $1,353.60

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.86**

Priority creditor's name and mailing address
**Josh Schoppenhorst**
**230 South Street**
**Oakland City, IN 47660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.87**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|
| **Joshua Hardy**<br>**709 Park St**<br>**Eldorado, IL 62930** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.88**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|
| **Joshua Vance**<br>**5784 Housebridge Road**<br>**Corydon, KY 42406** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.89**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|
| **Joshua Vance**<br>**5784 Housebridge Road**<br>**Corydon, KY 42406** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q3 Safety Bonus** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.90**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,205.00 | $2,205.00 |
|---|---|---|---|
| **Joshua Vance**<br>**5784 Housebridge Road**<br>**Corydon, KY 42406** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Employee Wages & Benefits** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.91 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Justin Borders**
**2895 Horseshoe Road**
**P O Box B**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.92 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Justin Borders**
**2895 Horseshoe Road**
**P O Box B**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.93 | Priority creditor's name and mailing address | | $1,983.97 | $1,983.97 |
|---|---|---|---|---|

**Justin Borders**
**2895 Horseshoe Road**
**P O Box B**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.94 | Priority creditor's name and mailing address | | $60.00 | $60.00 |
|---|---|---|---|---|

**Justin Goldman**
**1805 Fisk St**
**Eldorado, IL 62930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.95** | Priority creditor's name and mailing address

**Justin Goldman**
**1805 Fisk St**
**Eldorado, IL 62930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00** | **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.96** | Priority creditor's name and mailing address

**Justin Goldman**
**1805 Fisk St**
**Eldorado, IL 62930**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$1,929.38** | **$1,929.38**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.97** | Priority creditor's name and mailing address

**Kenneth Holloman**
**271 Three Mile Creek Rd**
**Rosiclare, IL 62982**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00** | **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.98** | Priority creditor's name and mailing address

**Kenneth Holloman**
**271 Three Mile Creek Rd**
**Rosiclare, IL 62982**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00** | **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.99** | Priority creditor's name and mailing address
**Kenneth Holloman**
**271 Three Mile Creek Rd**
**Rosiclare, IL 62982**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,259.88**    **$2,259.88**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.100** | Priority creditor's name and mailing address
**Kevin Rice**
**1095 Liberty Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.101** | Priority creditor's name and mailing address
**Kevin Rice**
**1095 Liberty Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.102** | Priority creditor's name and mailing address
**Kevin Rice**
**1095 Liberty Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,411.53**    **$2,411.53**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.103** | Priority creditor's name and mailing address
**Knox County Treasurer**
**111 N. 7th St**
**Ste 1**
**Vincennes, IN 47591**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

**Unknown**    **Unknown**

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **KNOTRE**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.104** | Priority creditor's name and mailing address
**Kody Mosby**
**117 Minerva Mine Rd**
**Cave In Rock, IL 62919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.105** | Priority creditor's name and mailing address
**Kody Mosby**
**117 Minerva Mine Rd**
**Cave In Rock, IL 62919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.106** | Priority creditor's name and mailing address
**Kody Mosby**
**117 Minerva Mine Rd**
**Cave In Rock, IL 62919**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,029.00**    **$3,029.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.107**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|
| **Kolt Carter**<br>**3800 Scott Lane**<br>**Elizabethtown, IL 62931** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.108**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|
| **Kolt Carter**<br>**3800 Scott Lane**<br>**Elizabethtown, IL 62931** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q3 Safety Bonus** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.109**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,822.50 | $2,822.50 |
|---|---|---|---|
| **Kolt Carter**<br>**3800 Scott Lane**<br>**Elizabethtown, IL 62931** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Employee Wages & Benefits** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

**2.110**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $80.00 | $80.00 |
|---|---|---|---|
| **Kolt Carter**<br>**3800 Scott Lane**<br>**Elizabethtown, IL 62931** | *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |

| Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Expense Reimbursement** |
|---|---|

| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes |
|---|---|

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

**2.111**

Priority creditor's name and mailing address
**Kyle Mortag**
**405 Cedar IN-POS1int Road**
**Galatia, IL 62935**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.112**

Priority creditor's name and mailing address
**Larry Ashford**
**386 West Meadowbrook Driv**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,784.95    $7,784.95

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.113**

Priority creditor's name and mailing address
**Marion County Treasurer**
**PO Box 6145**
**Indianapolis, IN 46206**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **MARTRE**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.114**

Priority creditor's name and mailing address
**Mark Doerr**
**15880 Campground Rd**
**Ridgway, IL 62979**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.115 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|---|

**Mark Langley**
**1275 Langley Rd**
**Raleigh, IL 62977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.116 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60.00 | $60.00 |
|---|---|---|---|---|

**Mark Langley**
**1275 Langley Rd**
**Raleigh, IL 62977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.117 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,504.12 | $6,504.12 |
|---|---|---|---|---|

**Mark Langley**
**1275 Langley Rd**
**Raleigh, IL 62977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.118 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $80.00 | $80.00 |
|---|---|---|---|---|

**Mark Langley**
**1275 Langley Rd**
**Raleigh, IL 62977**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.119 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Mark Mosby**
**603 Bend of River Road**
**Cave In Rock, IL 62919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Q2 Safety Bonus** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.120 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Mark Mosby**
**603 Bend of River Road**
**Cave In Rock, IL 62919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Q3 Safety Bonus** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.121 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,162.98 | $3,162.98 |
|---|---|---|---|---|

**Mark Mosby**
**603 Bend of River Road**
**Cave In Rock, IL 62919**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Employee Wages & Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,750.15 | $3,750.15 |
|---|---|---|---|---|

**Martin Stokich**
**2645 Walnut Grove Road**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Employee Wages & Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|--------|---------------------------|------------------------|--------------|
| | Name | | |

---

**2.123** | Priority creditor's name and mailing address

**Matthew Seely**
**3995 Buffalo Road**
**Omaha, IL 62871**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.124** | Priority creditor's name and mailing address

**Matthew Seely**
**3995 Buffalo Road**
**Omaha, IL 62871**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$60.00**    **$60.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.125** | Priority creditor's name and mailing address

**Matthew Seely**
**3995 Buffalo Road**
**Omaha, IL 62871**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$3,445.00**    **$3,445.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.126** | Priority creditor's name and mailing address

**Matthew Seely**
**3995 Buffalo Road**
**Omaha, IL 62871**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$80.00**    **$80.00**

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number *(if known)* | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Michael Barnes**
**547 N Street**
**Rosiclare, IL 62982**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Q2 Safety Bonus** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Michael Chappell**
**255 West Meadow Brook Drive**
**Shawneetown, IL 62984**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Q2 Safety Bonus** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Michael Chappell**
**255 West Meadow Brook Drive**
**Shawneetown, IL 62984**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Q3 Safety Bonus** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$4,298.44** | **$4,298.44** |
|---|---|---|---|---|

**Michael Chappell**
**255 West Meadow Brook Drive**
**Shawneetown, IL 62984**

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **Various** | **Employee Wages & Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.131** | Priority creditor's name and mailing address
**Michael Chappell**
**255 West Meadow Brook Drive**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00    $160.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.132** | Priority creditor's name and mailing address
**Michael Hackmann**
**11968 E Anderson Valley R**
**Birdseye, IN 47513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.133** | Priority creditor's name and mailing address
**Michael Hackmann**
**11968 E Anderson Valley R**
**Birdseye, IN 47513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,738.00    $3,738.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.134** | Priority creditor's name and mailing address
**Michael Hackmann**
**11968 E Anderson Valley R**
**Birdseye, IN 47513**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$160.00    $160.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.135** | Priority creditor's name and mailing address
**Morgan Mattingley III**
**3989 County Road 700 E**
**Mcleansboro, IL 62859**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address
**Morgan Mattingley III**
**3989 County Road 700 E**
**Mcleansboro, IL 62859**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address
**Morgan Mattingley III**
**3989 County Road 700 E**
**Mcleansboro, IL 62859**

As of the petition filing date, the claim is:    **$2,887.50**    **$2,887.50**
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

**2.138** | Priority creditor's name and mailing address
**Office Of Surface Management**
**PO Box 979068**
**St. Louis, MO 63197**

As of the petition filing date, the claim is:    **Unknown**    **Unknown**
Check all that apply.
■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **OFFSUR**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| | |
|---|---|
| Debtor | **Eagle River Coal, LLC** |
| | Name |

Case number *(if known)*   **21-10118**

---

**2.139** Priority creditor's name and mailing address

**Patrick Bond**
**16929 Madrid Rd**
**Thompsonville, IL 62890**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.140** Priority creditor's name and mailing address

**Patrick Mcdonald**
**P.O. Box 3**
**Equality, IL 62934**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.141** Priority creditor's name and mailing address

**Paul Waide**
**345 Walnut Grove Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.142** Priority creditor's name and mailing address

**Pike County Treasurer**
**801 Main St**
**Petersburg, IN 47567**

As of the petition filing date, the claim is:
*Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Unknown    Unknown

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **TREPIK**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|--------|---------------------------|--|------------------------|--------------|
| | Name | | | |

---

**2.143** | Priority creditor's name and mailing address

**Quentin Martin**
**P.O. Box 194**
**Elizabethtown, IL 62931**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Q2 Safety Bonus**

Is the claim subject to offset?
■ No
☐ Yes

$60.00    $60.00

---

**2.144** | Priority creditor's name and mailing address

**Quentin Martin**
**P.O. Box 194**
**Elizabethtown, IL 62931**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Q3 Safety Bonus**

Is the claim subject to offset?
■ No
☐ Yes

$60.00    $60.00

---

**2.145** | Priority creditor's name and mailing address

**Quentin Martin**
**P.O. Box 194**
**Elizabethtown, IL 62931**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages & Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$3,620.50    $3,620.50

---

**2.146** | Priority creditor's name and mailing address

**Quentin Martin**
**P.O. Box 194**
**Elizabethtown, IL 62931**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
■ No
☐ Yes

$80.00    $80.00

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.147** | Priority creditor's name and mailing address

**Raymond Mcintosh**
**185 Hagan Rd**
**Eldorado, IL 62930**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.148** | Priority creditor's name and mailing address

**Richard Henry**
**12 Walnut Street**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.149** | Priority creditor's name and mailing address

**Richard Henry**
**12 Walnut Street**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:    **$60.00**    **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.150** | Priority creditor's name and mailing address

**Richard Henry**
**12 Walnut Street**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:    **$3,743.44**    **$3,743.44**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 2.151 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $74.00 | $74.00 |
|---|---|---|---|---|

**Rick Henry**
**12 Walnut Street**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.152 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Ronnie Gulledge**
**P. O. Box 25**
**Equality, IL 62934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.153 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Ronnie Gulledge**
**P. O. Box 25**
**Equality, IL 62934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,890.00 | $2,890.00 |
|---|---|---|---|---|

**Ronnie Gulledge**
**P. O. Box 25**
**Equality, IL 62934**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$308.00** | **$308.00** |
|---|---|---|---|

**Ronnie Gulledge**
**P. O. Box 25**
**Equality, IL 62934**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|

**Saline County Collector**
**10 EAST POPLAR ST.**
**Harrisburg, IL 62946**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **SALCOU**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,487.17** | **$8,487.17** |
|---|---|---|---|

**Saline County Collector**
**10 EAST POPLAR ST.**
**Harrisburg, IL 62946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **SALCOU**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.158 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$60.00** | **$60.00** |
|---|---|---|---|

**Scott Layman**
**2005 Fritts Rd**
**Stonefort, IL 62987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

**2.159** | Priority creditor's name and mailing address
**Scott Layman**
**2005 Fritts Rd**
**Stonefort, IL 62987**

As of the petition filing date, the claim is:          **$60.00**          **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160** | Priority creditor's name and mailing address
**Scott Layman**
**2005 Fritts Rd**
**Stonefort, IL 62987**

As of the petition filing date, the claim is:        **$3,106.50**      **$3,106.50**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161** | Priority creditor's name and mailing address
**Scott Wargel**
**305 Forwe Rd**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:          **$60.00**          **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.162** | Priority creditor's name and mailing address
**Scott Wargel**
**305 Forwe Rd**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:          **$60.00**          **$60.00**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| 2.163 | Priority creditor's name and mailing address<br>**Scott Wargel**<br>**305 Forwe Rd**<br>**Harrisburg, IL 62946** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$2,978.25** | **$2,978.25** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Employee Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.164 | Priority creditor's name and mailing address<br>**Stanton Reed**<br>**58 State Hwy 145N**<br>**Golconda, IL 62938** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q2 Safety Bonus** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.165 | Priority creditor's name and mailing address<br>**Stanton Reed**<br>**58 State Hwy 145N**<br>**Golconda, IL 62938** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$60.00** | **$60.00** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Q3 Safety Bonus** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| | | | | |
|---|---|---|---|---|
| 2.166 | Priority creditor's name and mailing address<br>**Stanton Reed**<br>**58 State Hwy 145N**<br>**Golconda, IL 62938** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,698.50** | **$3,698.50** |
| | Date or dates debt was incurred<br>**Various** | Basis for the claim:<br>**Employee Wages & Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.167** | Priority creditor's name and mailing address

**Stanton Reed**
**58 State Hwy 145N**
**Golconda, IL 62938**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Expense Reimbursement**

Is the claim subject to offset?
■ No
☐ Yes

$80.00   $80.00

---

**2.168** | Priority creditor's name and mailing address

**Stephen Horton**
**350 Red Cedar Lane**
**Ozark, IL 62972**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Q2 Safety Bonus**

Is the claim subject to offset?
■ No
☐ Yes

$60.00   $60.00

---

**2.169** | Priority creditor's name and mailing address

**Stephen Horton**
**350 Red Cedar Lane**
**Ozark, IL 62972**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Q3 Safety Bonus**

Is the claim subject to offset?
■ No
☐ Yes

$60.00   $60.00

---

**2.170** | Priority creditor's name and mailing address

**Stephen Horton**
**350 Red Cedar Lane**
**Ozark, IL 62972**

Date or dates debt was incurred
**Various**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Employee Wages & Benefits**

Is the claim subject to offset?
■ No
☐ Yes

$2,405.00   $2,405.00

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**2.171** | Priority creditor's name and mailing address

**Steve Rose**
**419 Route 146 E 146**
**Elizabethtown, IL 62931**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.172** | Priority creditor's name and mailing address

**Thomas Franks**
**600 Big Ridge Road**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$7,999.81    $7,999.81

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.173** | Priority creditor's name and mailing address

**Tracy Coonse**
**10250 Duncan Lane**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

**2.174** | Priority creditor's name and mailing address

**Tracy Coonse**
**10250 Duncan Lane**
**Shawneetown, IL 62984**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$60.00    $60.00

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?
☑ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Eagle River Coal, LLC** | | Case number (*if known*) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$4,520.00** | **$4,520.00** |
|---|---|---|---|---|

**Tracy Coonse**
**10250 Duncan Lane**
**Shawneetown, IL 62984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$80.00** | **$80.00** |
|---|---|---|---|---|

**Tracy Coonse**
**10250 Duncan Lane**
**Shawneetown, IL 62984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Expense Reimbursement**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **Unknown** | **Unknown** |
|---|---|---|---|---|

**US Dept Of Treasury**
**PO Box 790390**
**St. Louis, MO 63179-0390**

■ Contingent
■ Unliquidated
■ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **USDEPT**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | **$144.00** | **$144.00** |
|---|---|---|---|---|

**US Dept Of Treasury**
**PO Box 790390**
**St. Louis, MO 63179-0390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **USDEPT**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?

■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|

Name

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Vanderburgh County Treasurer**
**PO Box 77**
**Evansville, IN 47701**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **VANTRE**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Wabash Co Treasurer**
**401 Market St**
**Mt. Carmel, IL 62863**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **BEVMCB**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **Unknown** | **Unknown** |
|---|---|---|---|---|

**Warrick County Treasurer**
**PO Box 3445**
**Evansville, IN 47733**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☒ Contingent
- ☒ Unliquidated
- ☒ Disputed

Date or dates debt was incurred
**Unknown**

Basis for the claim:
**Taxes**

Last 4 digits of account number **TREWAR**

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$60.00** | **$60.00** |
|---|---|---|---|---|

**Wesley Anderson**
**2265 E County Road 1950 N**
**Dale, IN 47523**

As of the petition filing date, the claim is:
*Check all that apply.*

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

- ☒ No
- ☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| Debtor | **Eagle River Coal, LLC** | | Case number *(if known)* | **21-10118** |
|---|---|---|---|---|

Name

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**William Davis**
**11245 Nortonville Road**
**Dawson Springs, KY 42408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**William Davis**
**11245 Nortonville Road**
**Dawson Springs, KY 42408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,349.38 | $2,349.38 |
|---|---|---|---|---|

**William Davis**
**11245 Nortonville Road**
**Dawson Springs, KY 42408**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.186 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**William Hankins**
**195 Hankins Road N**
**Harrisburg, IL 62946**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

| 2.187 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Zachary King**
**8 Burden Falls Road**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q2 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.188 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $60.00 | $60.00 |
|---|---|---|---|---|

**Zachary King**
**8 Burden Falls Road**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Q3 Safety Bonus**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.189 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.00 | $1,785.00 |
|---|---|---|---|---|

**Zachary King**
**8 Burden Falls Road**
**Harrisburg, IL 62946**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**Various**

Basis for the claim:
**Employee Wages & Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

### Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,010.92 |
|---|---|---|---|

**Addcar Systems LLC**
**No 1 Hwm Drive**
**Ashland, KY 41102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **ADDCAR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,816.87 |
|---|---|---|---|

**American Resources Group, Ltd.**
**127 N. Washington**
**Carbondale, IL 62901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **AMERES**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$25,035.37**

**Aquatic Resources Management**
**2554 Palumbo Drive**
**Lexington, KY 40509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **AQURES**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,871.85**

**Aramark Uniforms**
**25259 Network Place**
**Chicago, IL 60673-1252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Payment Plan**

Basis for the claim: _

Last 4 digits of account number  **ARAUNI**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,900.00**

**Associated Engineers Inc**
**2740 North Main Street**
**Madisonville, KY 42431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **ASSENG**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,749.41**

**Aut Tire And Parts**
**PO Box 560**
**Cape Girardeau, MO 63702-0560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **AUTTIR**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,161.90**

**Basin Law Group LLP**
**508 Main Street**
**Evansville, IN 47708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Professional Services**

Basis for the claim: _

Last 4 digits of account number  **BASLAW**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,244.87**

**Baumgart Bit Supply**
**PO Box 784**
**Mount Carmel, IL 62863**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **BAUBIT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$16,167.02**

**Big River Rubber & Gasket**
**214 West 10Th St**
**Owensboro, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **BIGRIV**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$99.00**

**Biggs Auto Electric**
**805 S Commercial**
**Harrisburg, IL 62946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BIGAUT**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,491.34**

**Blasters Tool**
**PO Box 837**
**Lawrenceburg, KY 40342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BLATOO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$2,379.40**

**Blue Ribbon Inc**
**15605 Mccutchan Rd**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BLURIB**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,500.00**

**Bosheaba Appraisal Service**
**P.O. Box 696**
**Harrisburg, IL 62946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BOSAPP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,910.39**

**Boyd & Sons Machinery LLC**
**16 South 350 East**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BOYSON**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,276.20**

**Boyd and Company Construction**
**1987 Troy Road**
**Washington, IN 47501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: __

Last 4 digits of account number **BOYCOM**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$353,547.43**

**Brake Supply Company**
**4280 Payshpere Circle**
**Chicago, IL 60674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Payment Plan**

Basis for the claim: __

Last 4 digits of account number **BRASUP**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | | Case number (if known) | **21-10118** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.17 | **Nonpriority creditor's name and mailing address**<br>**Brandeis Machinery and Supply**<br>**7310 Venture Ln**<br>**Fort Wayne, IN 46818** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$129,758.27** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **BRAMAC** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.18 | **Nonpriority creditor's name and mailing address**<br>**BSDR Electrical Serv LLC**<br>**217 State Street**<br>**Newburgh, IN 47630** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$14,970.82** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **BSDREL** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.19 | **Nonpriority creditor's name and mailing address**<br>**Bulldog Systems Inc**<br>**Po Box 788**<br>**Harrisburg, IL 62946** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,990.64** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **BULSYS** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.20 | **Nonpriority creditor's name and mailing address**<br>**C&M Giant Tire, LLC**<br>**980 W New Circle Rd**<br>**Lexington, KY 40511** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$233,637.62** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **CMGIAN** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.21 | **Nonpriority creditor's name and mailing address**<br>**Caterpillar Financial Ser Corp**<br>**P.O. Box 730681**<br>**Dallas, TX 75373-0681** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$544,568.01** |
|---|---|---|---|
| | Date(s) debt was<br>incurred  **Various, Equipment Lease** | Basis for the claim: _ | |
| | Last 4 digits of account number  **CATFIN** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.22 | **Nonpriority creditor's name and mailing address**<br>**Cenerg Global Tools**<br>**P. O. Box 3**<br>**Dunbar, WV 25064** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$20,000.00** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **CENGLO** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.23 | **Nonpriority creditor's name and mailing address**<br>**Centrifugal Services**<br>**24708 Network Place**<br>**Chicago, IL 60673** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$39,691.40** |
|---|---|---|---|
| | Date(s) debt was incurred  **Various, Trade** | Basis for the claim: _ | |
| | Last 4 digits of account number  **CENSER** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.24** | Nonpriority creditor's name and mailing address
**Centril Drill Parts**
Po Box 3639
Jasper, AL 35502

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **CENDRI**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$670.00**

---

**3.25** | Nonpriority creditor's name and mailing address
**Charles H. Carter & Son,Inc.**
P. O. Box 735
Fairfield, IL 62837

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **CARSON**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,300.00**

---

**3.26** | Nonpriority creditor's name and mailing address
**Chase Pump & Equipment**
603 South Main Street
Henderson, KY 42420

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **CHAPUM**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,788.20**

---

**3.27** | Nonpriority creditor's name and mailing address
**City of Rosiclare**
PO Box 578
Rosiclare, IL 62982

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **CITOF**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$79.28**

---

**3.28** | Nonpriority creditor's name and mailing address
**Clearwave Communications**
PO Box 808
Harrisburg, IL 62946-0808

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **CLEWAV**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,148.68**

---

**3.29** | Nonpriority creditor's name and mailing address
**Coal Sales Ventures Inc**
488 Magnolia Vale Dr
Chattanooga, TN 37419

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **COASAL**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$333,221.79**

---

**3.30** | Nonpriority creditor's name and mailing address
**Commercial Cleaning Serv**
3820 Hwy 145 S
Harrisburg, IL 62846

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **COMCLEA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$6,590.00**

---

Debtor **Eagle River Coal, LLC**

Name

Case number (*if known*)    **21-10118**

| | | | |
|---|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**Conn-Weld Industries Inc**<br>P.O. Box 5329<br>**Princeton, WV 24740** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,108.73** |

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **CONWEL**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Connell Equip Leasing**<br>**300 Connell Drive**<br>**Berkeley Heights, NJ 07922** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$284,000.00** |

Date(s) debt was
incurred  **Various, Equipment Lease**

Last 4 digits of account number  **CONEQU**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Cummins Sales and Service**<br>**75 Remittance Drive**<br>**Chicago, IL 60675-1701** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,810.86** |

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **CUMCUM**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Custom Staffing Services**<br>**1820 N. Green River Road**<br>**Evansville, IN 47715** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$236,043.45** |

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **CUSSTA**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Date Mining Supply LLC**<br>**1400 South Main St**<br>**Harrisburg, IL 62946** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$5,359.88** |

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **DATMIN**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Dennis Randolph**<br>**82 Burden Falls Road**<br>**Harrisburg, IL 62946** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$24,321.47** |

Date(s) debt was
incurred  **Various, Advance Royalty**

Last 4 digits of account number  **DENRAN**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | | |
|---|---|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**Diamond Equipment Co**<br>**1060 Diamond Avenue**<br>**Evansville, IN 47711** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$6,690.45** |

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **DIAEQU**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Eagle River Coal, LLC**                    Case number *(if known)*    **21-10118**
Name

| | |
|---|---|
| 3.38 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$13,889.94** |

**Downen Enterprises**
**P O Box 520**
**Shawneetown, IL 62984**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

**Basis for the claim:** _

Last 4 digits of account number **DOWENT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,472.48** |

**Downen-Medlin LLC**
**1025 Suwanee Dr**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

**Basis for the claim:** _

Last 4 digits of account number **DOWMED**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$136,500.00** |

**Dynamic Blast Solutions LLC**
**4006 Vincent Station Drive**
**Owensboro, KY 42303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

**Basis for the claim:** _

Last 4 digits of account number **DYNBLA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,026.89** |

**Energy Culvert Co Inc**
**Po Box 640**
**Energy, IL 62933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

**Basis for the claim:** _

Last 4 digits of account number **ENECUL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$22.08** |

**Etown Riverport Express**
**Po Box 142**
**Elizabethtown, IL 62931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

**Basis for the claim:** _

Last 4 digits of account number **ETORIV**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$55.05** |

**Evansville Bolt & Nut**
**1701 E. Columbia Street**
**Evansville, IN 47711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

**Basis for the claim:** _

Last 4 digits of account number **EVABOL**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,788.83** |

**Evansville Welding Supply LLC**
**Po Box 5305**
**Evansville, IN 47716-5305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

**Basis for the claim:** _

Last 4 digits of account number **EVAWEL**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Eagle River Coal, LLC**                                     Case number (*if known*)   **21-10118**
_____
Name

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$193,815.79** |
|---|---|---|---|

**Extreme Welding & Machine**
**1506 Us Hwy 45 N**
**Eldorado, IL 62930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **EXTWEL**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$73.16** |
|---|---|---|---|

**Fedex**
**Po Box 94515**
**Palatine, IL 60094-4515**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FEDEX**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,288.66** |
|---|---|---|---|

**Filter/Clone Sales Inc**
**P.O. Box 2086**
**Bardstown, KY 40004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FILCLO**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$32,003.91** |
|---|---|---|---|

**First-Line Fire Extinguisher**
**1338 N. 8Th Street**
**Paducah, KY 42001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FIRLIN**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,654.26** |
|---|---|---|---|

**Flanders Electric Motor Svc**
**P O Box 74008932**
**Chicago, IL 60674-8932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FLAELE**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$409.09** |
|---|---|---|---|

**Fleetpride**
**PO Box 847118**
**Dallas, TX 75284-7118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FLEPRI**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,825.00** |
|---|---|---|---|

**Four Star Fabricators**
**PO Box 67**
**Petersburg, IN 47567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim:  _

Last 4 digits of account number  **FOUSTA**

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.52** | Nonpriority creditor's name and mailing address
**Franks, Llc**
**29 W Raymond**
**Harrisburg, IL 62946**
Date(s) debt was
incurred **Various, Advance Royalty**
Last 4 digits of account number **FRANKS**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,566.46

---

**3.53** | Nonpriority creditor's name and mailing address
**Fuchs Lubricants Co**
**PO Box 71735**
**Chicago, IL 60694-1735**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **FUCLUB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$75,826.33

---

**3.54** | Nonpriority creditor's name and mailing address
**Gibco Motor Express LLC**
**PO Box 8158**
**Evansville, IN 47716-8358**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **GIBMOT**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$80,887.56

---

**3.55** | Nonpriority creditor's name and mailing address
**Glass Doctor**
**714 S Commercial St**
**Harrisburg, IL 62946**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **GLADOC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$6,974.64

---

**3.56** | Nonpriority creditor's name and mailing address
**Great American Parts Co.LLC**
**P.O. Box 241**
**Harrisburg, IL 62946**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **GAPCO**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$134.60

---

**3.57** | Nonpriority creditor's name and mailing address
**Harrisburg Medical Center**
**Po Box 428**
**Harrisburg, IL 62946**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **HARMED**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$285.20

---

**3.58** | Nonpriority creditor's name and mailing address
**Hastie Mining & Trucking**
**775 Il Rte 146E**
**Cave In Rock, IL 62919**
Date(s) debt was incurred **Various, Trade**
Last 4 digits of account number **HASMIN**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$3,665.94

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.59**

**Nonpriority creditor's name and mailing address**
Hathaway Farms, LLC
425 Mitchellsville Rd
Carrier Mills, IL 62917

Date(s) debt was
incurred **Various, Advance Royalty**

Last 4 digits of account number **HATFAR**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$49,685.48**

---

**3.60**

**Nonpriority creditor's name and mailing address**
Hathaway's One Stop
1600 Hwy 145 South
Harrisburg, IL 62946

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HATGAS**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$252.62**

---

**3.61**

**Nonpriority creditor's name and mailing address**
Hawkins Bailey Whse Inc
1101 12th Street Ste A
Bedford, IN 47421

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HAWBAI**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$544,039.47**

---

**3.62**

**Nonpriority creditor's name and mailing address**
Hennessy Positioning Systems
6085 South 50 West
Fort Branch, IN 47648

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HENPOS**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,565.00**

---

**3.63**

**Nonpriority creditor's name and mailing address**
Hennessy Surveying, Inc.
6085 S. 50 W.
Fort Branch, IN 47648

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HENSUR**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$2,472.50**

---

**3.64**

**Nonpriority creditor's name and mailing address**
Hmg Engineers Inc
9360 Holy Cross Lane
Breese, IL 62230

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HMGENG**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$43,734.52**

---

**3.65**

**Nonpriority creditor's name and mailing address**
Home City Ice Company
Po Box 111116
Cincinnati, OH 45211

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **HOMCIT**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

**$4,169.55**

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,654.13 |
|---|---|---|---|

**Il Eastern Community Colleges**
**700 Logan College Road**
**Carterville, IL 62918**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **ILLEAS**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,505.50 |
|---|---|---|---|

**Illinois Coal Association**
**212 S. Second Street**
**Springfield, IL 62701**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **ILLCOA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,772.45 |
|---|---|---|---|

**Industrial Controls & Electric**
**1375 Long Branch Road**
**Sturgis, KY 42459**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **INDCON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,800.00 |
|---|---|---|---|

**Industrial Machine Services**
**2360 Anton Road**
**Madisonville, KY 42431**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **INDMAC**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $10,282.17 |
|---|---|---|---|

**Industrial Supply Co**
**PO Box 1906**
**Knoxville, TN 37901**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **INDSUP**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,725.44 |
|---|---|---|---|

**J&J Consulting**
**PO Box 104**
**Spottsville, KY 42458**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **J&JCON**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $876.30 |
|---|---|---|---|

**JBLCO**
**1040 Dutch Valley Dr**
**Knoxville, TN 37918**

Date(s) debt was incurred  **Various, Trade**

Last 4 digits of account number  **JBLCO**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.73**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,190.96 |
|---|---|---|
| **Jim Hayes Inc**<br>P.O. Box 365<br>Harrisburg, IL 62946-0365 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **JIMHAY** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.74**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $125.29 |
|---|---|---|
| **John Deere Financial**<br>Po Box 4450<br>Carol Stream, IL 60197-4450 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **JOHDEE** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.75**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $238,843.75 |
|---|---|---|
| **John Fabick Tractor Co.**<br>Po Box 952121<br>St. Louis, MO 63195-2121 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.76**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $134,715.00 |
|---|---|---|
| **K. O. Farms, Inc.**<br>1515 Langley Road<br>Raleigh, IL 62977 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **KOFARM** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $724.27 |
|---|---|---|
| **Kanawha Scales & Systems**<br>Po Box 569<br>Poca, WV 25159 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **KANSCA** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,132.00 |
|---|---|---|
| **Kaskaskia Valley Scale Co Inc**<br>2154 Beckmann Rd<br>Lenzburg, IL 62255 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **KASVAL** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,809.75 |
|---|---|---|
| **Kerco Inc**<br>P.O. Box 1888<br>Madisonville, KY 42431-0038 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **Various, Trade** | Basis for the claim:  _ | |
| Last 4 digits of account number  **KERINC** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 3.80 | **Nonpriority creditor's name and mailing address**<br>**Kirby Risk Electric Supply**<br>**27561 Network Place**<br>**Chicago, IL 60673-1275**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **KIRRIS** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,826.54 |

| | | | |
|---|---|---|---|
| 3.81 | **Nonpriority creditor's name and mailing address**<br>**Km Specialty Pumps Inc**<br>**P.O. Box 99**<br>**Chandler, IN 47610**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **KMSPEC** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,477.02 |

| | | | |
|---|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address**<br>**Knapp Oil Co., Inc.**<br>**Po Box 215**<br>**Xenia, IL 62899**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **KNAPP** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $2,129.21 |

| | | | |
|---|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address**<br>**Knight Manufacturing, Corp**<br>**401 Main Street**<br>**Rosiclare, IL 62982**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **KNIMAN** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $76,700.00 |

| | | | |
|---|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address**<br>**Komatsu Financial Limited Part**<br>**P.O. Box 99303**<br>**Chicago, IL 60693-9303**<br><br>Date(s) debt was<br>incurred **Various, Equipment Lease**<br>Last 4 digits of account number **KOMFIN** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $116,803.65 |

| | | | |
|---|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address**<br>**Lafarge**<br>**28098 Network Place**<br>**Chicago, IL 60673-1098**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **LAFWES** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $750.00 |

| | | | |
|---|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address**<br>**Lucas Owen**<br>**108 W Hull Street**<br>**Mc Leansboro, IL 62859**<br><br>Date(s) debt was incurred **Various, Trade**<br>Last 4 digits of account number **LUCOWE** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,840.00 |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.87** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,000.00**

**Lucy Ann Thomas**
**119 Pauline St**
**Grovetown, GA 30813**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

Basis for the claim: _

Last 4 digits of account number **LUCTHO**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,201,407.64**

**Macallister Machinery Co., Inc**
**Po Box 78000**
**Detroit, MI 48278-0731**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was
incurred **Various, Equipment Lease**

Basis for the claim: _

Last 4 digits of account number **MACMAC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.89** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,851.00**

**Maier'S Tidy Bowl Inc.**
**P. O. Box 9**
**Stonefort, IL 62987**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **MAITID**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.90** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,525.00**

**Maka Excavating Inc.**
**1820 N Court Street**
**Marion, IL 62959**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **MAKEXC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.91** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$12,179.50**

**Mason Heavy Diesel**
**10305 South State Road 61**
**Oakland City, IN 47660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **MASHEA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.92** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$752.16**

**Mcmaster-Carr Supply Co.**
**P. O. Box 7690**
**Chicago, IL 60680**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **MCMCAR**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.93** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,775.00**

**Mega Highwall Mining**
**P. O. Box 5005 Pmb # 116**
**Rancho Santa Fe, CA 92067**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **MEGHIG**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.94**

**Nonpriority creditor's name and mailing address**
**Midwestern Industries Inc**
**P O Box 810**
**Massillon, OH 44648-0810**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MIDIND**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$166.42**

---

**3.95**

**Nonpriority creditor's name and mailing address**
**Mine Supply**
**Po Box 540757**
**Dallas, TX 75354-0757**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MINSUP**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$2,644.65**

---

**3.96**

**Nonpriority creditor's name and mailing address**
**Mineral Labs Inc**
**Box 549**
**Salyersville, KY 41465**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MINLAB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$29,024.68**

---

**3.97**

**Nonpriority creditor's name and mailing address**
**Minesafe Electronics Inc**
**Po Box 281**
**Sturgis, KY 42459**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MINELE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$427.20**

---

**3.98**

**Nonpriority creditor's name and mailing address**
**Mitchellville Water Dist.**
**125 Triple S Road**
**Harrisburg, IL 62946**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MITWAT**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$178.51**

---

**3.99**

**Nonpriority creditor's name and mailing address**
**Modern Supply Company, Inc**
**Po Box 1450**
**Owensboro, KY 42302**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MODSUP**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$10,265.99**

---

**3.100**

**Nonpriority creditor's name and mailing address**
**Moonlite Field Repair Inc**
**518 County Rd 150 East**
**Thompsonville, IL 62890**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **MOOFIE**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

**$101,568.75**

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.101** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$15,598.37**

Motion Industries
PO Box 98412
Chicago, IL 60693-8412

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **MOTIND**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.102** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,706.98**

Msc Industrial Supply Co.
PO Box 953635
Saint Louis, MO 63195-3635

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **MSCIND**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$819.96**

Napa Auto Parts
PO Box 6291
Evansville, IN 47712

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **NAPAUT**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$29,569.18**

Nflow
2212 Glenview Dr
Evansville, IN 47720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **NFLOW**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$7,430.87**

Norris Scale Company
502 East Beech Street
Sullivan, IN 47882

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **NORSCA**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,677.48**

Norris Screen & Mfg.
24707 Network Place
Chicago, IL 60673-1247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **NORSCR**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,066.38**

O'Reilly Auto Parts
Po Box 9464
Springfield, MO 65801-9464

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **OREAUT**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00**

**Ohio River Dock Corp**
Po Box 55
Cave In Rock, IL 62919

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **OHDOCK**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$20,683.90**

**Onyett Fabricators Inc**
3377 North State Road 57
Petersburg, IN 47567

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Payment Plan**

Basis for the claim: _

Last 4 digits of account number **ONYFAB**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$36,620.00**

**Oxford Crane Inc**
Po Box 1679
Marion, IL 62959

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **OXFCRA**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,118.31**

**Paducah Blueprint & Supply Co.**
999 Broadway
Paducah, KY 42001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **PADBLU**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,116.77**

**Paducah Rigging**
4150 Cairo Road
Paducah, KY 42001

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **PADRIG**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$18,600.00**

**PDB Tools Inc.**
1732 Minters Chapel Rd
Grapevine, TX 76051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **PDBTOO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.114** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$14,109.02**

**Phoenix Process Equipment**
PO Box 634996
Cincinnati, OH 45263-4996

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **PHOPRO**

Is the claim subject to offset? ■ No ☐ Yes

---

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Eagle River Coal, LLC**
_____
Name

Case number (*if known*)   **21-10118**
_____

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$14,770.48** |

**PNC Bank**
**PO Box 856177**
**Louisville, KY 40285-6177**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **PNCBAN**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,269.21** |

**Polaris Laboratories**
**PO Box 6457 Dept #278**
**Indianapolis, IN 46206**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **POLLAB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,305.55** |

**Quill Corporation**
**PO Box 37600**
**Philadelphia, PA 19101-0600**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **QUICOR**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.118 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$467.50** |

**Redbird Machinery Repair LLC**
**P.O. Box 368**
**Eldorado, IL 62930**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **REDMAC**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.119 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$61,577.21** |

**Renew Hydraulics Inc**
**PO Box 398**
**Chandler, IN 47610**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **RENHYD**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.120 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$329,336.31** |

**Rock Creek LLC**
**PO Box 444**
**Harrisburg, IL 62946**

Date(s) debt was
incurred   **Various, Advance Royalty**

Last 4 digits of account number   **ROCCRE**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$800.00** |

**Roger Angelly**
**702 Water St**
**Harrisburg, IL 62946**

Date(s) debt was incurred   **Various, Trade**

Last 4 digits of account number   **ROGANG**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.122**

**Nonpriority creditor's name and mailing address**
**Roppel Industries, Inc.**
**P. O. Box 896660**
**Charlotte, NC 28289-6660**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **ROPIND**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$13,704.04**

---

**3.123**

**Nonpriority creditor's name and mailing address**
**Royal Brass And Hose**
**PO Box 51468**
**Knoxville, TN 37950-1468**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **ROYBRA**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$5,088.57**

---

**3.124**

**Nonpriority creditor's name and mailing address**
**Rudd Equipment Co**
**PO Box 77000**
**Detroit, MI 48277**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **RUDEQU**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$280,155.08**

---

**3.125**

**Nonpriority creditor's name and mailing address**
**S & S Urethane**
**PO Box 253**
**Farina, IL 62838**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **SSURET**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$2,513.04**

---

**3.126**

**Nonpriority creditor's name and mailing address**
**S.I. Truck Parts**
**1304 East De Young St**
**Marion, IL 62959**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **SITRUC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,678.93**

---

**3.127**

**Nonpriority creditor's name and mailing address**
**Sgs North America Inc.**
**PO Box 2502**
**Carol Stream, IL 60132-2502**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **SGSNOR**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,394.07**

---

**3.128**

**Nonpriority creditor's name and mailing address**
**Shawnee Communications**
**120 W Lane St**
**Equality, IL 62934**

Date(s) debt was incurred  **Various, Trade**
Last 4 digits of account number  **SHACOM**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$338.57**

---

| Debtor | **Eagle River Coal, LLC** | Case number (*if known*) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.129** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$363,864.00**

**Smith-Manus**
**2307 River Road, Suite 200**
**Louisville, KY 40206-5005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SMIMAN**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$120,353.57**

**SNF Mining Inc**
**P. O. Box 405655**
**Atlanta, GA 30384-5655**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SNFMIN**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.131** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,740.00**

**Soil Tech, Inc.**
**5144 W. Timberwood Dr.**
**Newburgh, IN 47630-3010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SOITEC**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$37,500.00**

**Somerset Farms, LLC**
**111 Mcvicker Dr**
**Energy, IL 62933**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was
incurred **Various, Advance Royalty**

Basis for the claim: _

Last 4 digits of account number **SOMFAR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$47,430.66**

**Southeastern Illinois Electric**
**PO Box 961**
**Carrier Mills, IL 62917-0961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SOUILL**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,817.34**

**Southern Fs, Inc**
**PO Box 728**
**Marion, IL 62959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SOUFSI**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,342.65**

**Southern Pride Drilling LLC**
**P. O. Box 18266**
**Evansville, IN 47719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **SOUPRI**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.136** | **Nonpriority creditor's name and mailing address**
**Southern Resource Management,**
**PO Box 209**
**Eldorado, IL 62930**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **SOURES**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$127,046.60**

---

**3.137** | **Nonpriority creditor's name and mailing address**
**St Vincent Evansville**
**801 St. Mary's Drive, Ste 406E**
**Evansville, IN 47714**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **STVOCC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$840.00**

---

**3.138** | **Nonpriority creditor's name and mailing address**
**Stacia Marie Ruby**
**3151 Federal Avenue**
**Los Angeles, CA 90066**

Date(s) debt was
incurred **Various, Advance Royalty**

Last 4 digits of account number **STARUB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.139** | **Nonpriority creditor's name and mailing address**
**Statewide Publishing, LLC**
**P.O. Box 203**
**Eureka, IL 61530**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **STAPUB**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$528.79**

---

**3.140** | **Nonpriority creditor's name and mailing address**
**Sterett Equipment Co LLC**
**Po Box 22065**
**Owensboro, KY 42304**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **STEEQU**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.141** | **Nonpriority creditor's name and mailing address**
**Synenergy Partners LLC**
**PO Box 545**
**Vernon, Mt 47620**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **SYNPAR**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,618,568.06**

---

**3.142** | **Nonpriority creditor's name and mailing address**
**Tabor Machine Co**
**1176 Shelter Road**
**Princeton, WV 24740**

Date(s) debt was incurred **Various, Trade**

Last 4 digits of account number **TABMAC**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,159.58**

---

Debtor  **Eagle River Coal, LLC**
_____
Name

Case number (*if known*)  **21-10118**

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,607.99** |
|---|---|---|---|

**Tri-County Chemical Inc**
**2441 Public Road**
**Eldorado, IL 62930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **TRICHE**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$90.35** |
|---|---|---|---|

**Tri-State Business Equip/Dme**
**10855 Medallion Drive**
**Cincinnati, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **TRISTA**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$9,872.00** |
|---|---|---|---|

**Varel Mining/Terelion LLC**
**PO Box 12 3973**
**Dallas, TX 75312-3973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **VARINT**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,210.49** |
|---|---|---|---|

**Verizon Wireless**
**PO Box 25505**
**Lehigh Valley, PA 18002-5505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **VERWIR**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$40,143.52** |
|---|---|---|---|

**Vibronics Inc**
**P.O. Box 5488**
**Evansville, IN 47716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **VIBINC**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,760.56** |
|---|---|---|---|

**Vomac Truck Sales**
**1000 State Highway 57**
**Evansville, IN 47725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **VOMTRU**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,015,361.70** |
|---|---|---|---|

**Warex**
**PO Box 310**
**Boonville, IN 47601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **Various, Trade**

Basis for the claim: _

Last 4 digits of account number **WARLLC**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Eagle River Coal, LLC** | Case number (if known) | **21-10118** |
|---|---|---|---|
| | Name | | |

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,863.40**

**Weir Slurry Group**
**21976 Network Place**
**Chicago, IL 60673-1219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **WEISLU**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$12,058.75**

**Wetland Services Inc**
**3880 Trigg-Turner Road**
**Corydon, KY 42406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **WETSER**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.152** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$743,976.14**

**Whayne Supply Co**
**10001 Linn Station Rd**
**Louisville, KY 40223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **WHASUP**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.153** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,969.50**

**Williams Scotsman, Inc**
**P. O. Box 91975**
**Chicago, IL 60693-1975**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **WILSCO**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.154** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$23,144.49**

**Xylem Dewatering Solutions**
**26717 Network Place**
**Chicago, IL 60673-1267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **Various, Trade**

Basis for the claim: _

Last 4 digits of account number  **XYLEM**

Is the claim subject to offset? ■ No ☐ Yes

---

## Part 3:  List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

## Part 4:  Total Amounts of the Priority and Nonpriority Unsecured Claims

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 180,281.81 |
| 5b. Total claims from Part 2 | 5b. + | $ 10,952,712.38 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ 11,132,994.19 |

**Fill in this information to identify the case:**

Debtor name      **Eagle River Coal, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10118**

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                 12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
      ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
      ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*   *Property*
(Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.   State what the contract or lease is for and the nature of the debtor's interest | |
| State the term remaining | |
| List the contract number of any government contract | **See Attached Schedule G** |

In re Eagle River Coal, LLC
Case No. 21-10118
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Acuity, A Mutual Insurance Co | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Allen Gray Limited Partnership III | Attn: General Counsel | 420 Main Street | Suite 1404 | | Evansville | IN | 47708-1507 | Underground Highwall Coal Mining Lease (Glass Farm) | 4/22/2019 | Undetermined |
| Allen Gray Limited Partnership III | Attn: General Counsel | 420 Main Street | Suite 1404 | | Evansville | IN | 47708-1507 | Underground Highwall Coal Mining Lease (Parish Gaskins Farm) | 4/22/2019 | Undetermined |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Insurance Policy | 7/1/2020 | 156 days |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Insurance Policy | 7/1/2020 | 156 days |
| AXA XL - Professional Insurance | Attn: General Counsel | 100 Constitution Plaza | 17th Floor | | Hartford | CT | 06103 | Insurance Policy | 7/1/2020 | 156 days |
| Berkley Professional Liability | Attn: General Counsel | 757 Third Avenue | 10th Floor | | New York | NY | 10017 | Insurance Policy | 11/30/2019 | Potentially Expired |
| Bingham McHale Title Co LLC | Attn: General Counsel | 212 West 6th Street | | | Jasper | IN | 47546 | Insurance Policy | 7/6/2006 | Undetermined |
| Bingham McHale Title Co LLC | Attn: General Counsel | 212 West 6th Street | | | Jasper | IN | 47546 | Insurance Policy | 6/23/2006 | Undetermined |
| Bingham McHale Title Co LLC | Attn: General Counsel | 212 West 6th Street | | | Jasper | IN | 47546 | Insurance Policy | 9/6/2006 | Undetermined |
| Bingham McHale Title Co LLC | Attn: General Counsel | 212 West 6th Street | | | Jasper | IN | 47546 | Insurance Policy | 7/6/2006 | Undetermined |
| Bingham McHale Title CO LLC | Attn: General Counsel | 212 West 6th Street | | | Jasper | IN | 47546 | Insurance Policy | 7/6/2006 | Undetermined |
| Birdie R. Gray Limited Partnership III | Attn: General Counsel | 420 Main Street | Suite 1404 | | Evansville | IN | 47708-1507 | Underground Highwall Coal Mining Lease (Glass Farm) | 4/22/2019 | Undetermined |
| Birdie R. Gray Limited Partnership III | Attn: General Counsel | 420 Main Street | Suite 1404 | | Evansville | IN | 47708-1507 | Underground Highwall Coal Mining Lease (Parish Gaskins Farm) | 4/22/2019 | Undetermined |
| Bommarito Infiniti | Attn: General Counsel | 15700 Manchester Road | | | Ellisville | MD | 63011 | Auto Lease | 4/9/2018 | 41 days |
| Bureau of Strategic Sourcing Central Management Services | Attn: General Counsel | Dept of Human Services | Murray Developmental Center | 1535 W McCord | Centralia | IL | 62801-5836 | Coal Sales Agreement | 6/20/2017 | Undetermined |
| Bureau of Strategic Sourcing Central Management Services | Attn: General Counsel | Dept of Human Services | Murray Developmental Center | 1535 W McCord | Centralia | IL | 62801-5836 | Coal Sales Agreement | 5/1/2017 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 7/6/2006 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 6/23/2006 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 9/6/2006 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 7/6/2006 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 7/6/2006 | Undetermined |
| Chicago Title Insurance Company | Attn: General Counsel | 135 N Pennsylvania Avenue | Suite 170 | | Indianapolis | IN | 46204 | Insurance Policy | 3/2/2011 | Undetermined |
| Commercial Cleaning Services | Attn: General Counsel | 617 West Ogara | | | Harrisburg | IL | 62946 | Service Agreement | 6/17/2019 | 141 days |
| Connell Equipment Leasing Company | Attn: General Counsel | 200 Connell Drive | | | Berkeley Heights | NJ | 074922 | Equipment Lease | 10/1/2016 | 247 days |
| Connell Rentals | Attn: General Counsel | 50701 Birch Drive | | | Shelby Township | MI | 48315 | Equipment Lease | 10/1/2016 | 247 days |
| CSV, Inc. | Attn: General Counsel | 488 Magnolia Vale Drive | | | Chattanooga | TN | 37419 | Coal Sales Agreement | 4/18/2014 | 429 days |
| Dennis Randolph | Attn: General Counsel | 82 Burden Falls Road | | | Harrisburg | IL | 62946 | Coal Mining Lease | 11/11/2015 | Undetermined |
| Department of Human Services | Attn: General Counsel | 1535 W. McCord | | | Centralia | IL | 62801-5836 | Coal Sales Agreement | 6/21/2018 | Undetermined |
| Department of Human Services | Attn: General Counsel | 1535 W. McCord | | | Centralia | IL | 62801-5836 | Coal Sales Agreement | 6/21/2018 | Potentially Expired |
| Duke Energy Business Services LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Duke Energy Business Services LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 7/10/2019 | Undetermined |
| Duke Energy Carolinas LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Duke Energy Florida LLC | Attn: Eddie Vinson | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Potentially Expired |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 11/16/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/25/2017 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/15/2019 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 7/20/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 10/15/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 8/9/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 9/28/2018 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/11/2019 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 12/20/2019 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/1/2019 | Potentially Expired |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2020 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/11/2019 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 10/1/2019 | Potentially Expired |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/10/2020 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/1/2020 | 339 days |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 12/12/2019 | Undetermined |
| Duke Energy Florida LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/23/2020 | Undetermined |
| Duke Energy Florida LLC | Attn: Chief Risk Officer | Mail Code: DEC 40C | 550 South Tryon Street | | Charlotte | NC | 28202 | Guarantee Agreement | 12/1/2017 | Undetermined |

In re Eagle River Coal, LLC
Case No. 21-10118
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Duke Energy Florida LLC | Attn: Chief Risk Officer | Mail Code: DEC 40C | 550 South Tryon Street | | Charlotte | NC | 28202 | Guarantee Agreement | 12/19/2017 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 426 South Church Street | EC02F | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/14/2019 | Undetermined |
| Duke Energy Indiana, LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Duke Energy Kentucky, Inc | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Duke Energy Progress LLC | Attn: General Counsel | 526 South Church Street | | | Charlotte | NC | 28202 | Coal Sales Agreement | 1/5/2017 | Undetermined |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | | | Rosemont | IL | 60018 | Insurance Policy | 7/1/2020 | 156 days |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | | | Rosemont | IL | 60018 | Insurance Policy | 7/1/2020 | 156 days |
| Evanston Insurance Company | Attn: General Counsel | 10275 West Higgins Road | Suite 750 | | Rosemont | IL | 60018 | Insurance Policy | 7/1/2020 | 156 days |
| Everest National Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Gemini Insurance Company | Attn: General Counsel | c/o CAC Specialty | 250 Fillmore, Suite 450 | | Denver | CO | 80206 | Insurance Policy | 11/30/2020 | 308 days |
| Great American Assurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Hardin County Stone, LLC | Attn: General Counsel | 511 Dewey Street | | | Eldorado | IL | 62930 | Coal Mining Lease | 1/9/2020 | 1443 Days |
| Hathaway Farms LLC | Attn: General Counsel | 425 Mitchellsville Rd. | | | Carrier Mills | IL | 62917 | Coal Mining Lease | 3/15/2019 | Undetermined |
| Houston Specialty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Illinois Department of Central Management Services | Attn: General Counsel | 1000 E. Converse Street | | | Springfield | IL | 62702 | Coal Sales Agreement | 6/20/2018 | Undetermined |
| Illinois Department of Central Management Services | Attn: General Counsel | 801 Stratton Office Building | 401 S. Spring Street | | Springfield | IL | 62706 | Coal Sales Agreement | 3/5/2018 | Undetermined |
| James River Insurance Co | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Finance Agreement | 4/17/2017 | Undetermined |
| Jefferies Finance LLC | Attn: General Counsel | 520 Madison Avenue | | | New York | NY | 10022 | Guarantee Agreement | 4/17/2017 | Undetermined |
| JoAnn Chrisman-Persell | c/o LeAnna Jo Holdgraf for | 12102 Bluejacket Street | | | Overland Park | KS | 66213 | Coal Mining Lease | 11/6/2019 | Undetermined |
| John Edwin Davis, III | 105 Brickleberry Drive | | | | Rosewell | GA | 30075 | Coal Mining Lease Option Agreement | 1/3/2020 | Undetermined |
| John Edwin Davis, III | 105 Brickleberry Drive | | | | Rosewell | GA | 30075 | Coal Mining Lease | Not dated | Undetermined |
| Joyce C. Mitchell | 4409 South Misty Isle Point | | | | Mapleton | IL | 61547-9525 | Coal Mining Lease | 6/14/2019 | Undetermined |
| KeyBank National Association | Attn: KeyBank Business Capital | 127 Public Square | | | Cleveland | OH | 44114 | Finance Agreement | 1/1/2020 | Undetermined |
| KeyBank National Association | Attn: KeyBank Business Capital | 127 Public Square | | | Cleveland | OH | 44114 | Finance Agreement | 10/14/2019 | Undetermined |
| KeyBank National Association | Attn: KeyBank Business Capital | 127 Public Square | | | Cleveland | OH | 44114 | Finance Agreement | 3/24/2020 | Undetermined |
| Komatsu Financial Limited Partnership | Attn: General Counsel | 8770 W Bryn Mawr Avenue | Suite 100 | PO Box 5050 | Chicago | IL | 60631 | Finance Agreement | 10/15/2020 | Undetermined |
| Louisville Gas and Electric Company / Kentucky Utilities Company | Attn: General Counsel | 220 West Main Street | | | Louisville | KY | 40202 | Coal Sales Agreement | 1/1/2016 | Potentially Expired |
| Louisville Gas and Electric Company / Kentucky Utilities Company | Attn: Director Corporate Fuels and By Products | 220 West Main Street | PO Box 32010 | | Louisville | KY | 40232 | Coal Sales Agreement | 7/20/2018 | Undetermined |
| Lucy Ann Kuykendall | 119 Pauline Street | | | | Grovetown | GA | 30813 | Coal Mining Lease | 10/17/2019 | Undetermined |
| M J Insurance Inc | Attn: General Counsel | 571 Monon Boulevard | Suite 400 | | Carmel | IN | 46032 | Insurance Policy | 1/1/2020 | Potentially Expired |
| Mary E. Vinyard | 104 Hickory Street | | | | Harrisburg | IL | 62946 | Coal Mining Lease | Not dated | Undetermined |
| MJ Insurance | Attn: General Counsel | 571 Monon Boulevard | Suite 400 | | Carmel | IN | 46032 | Insurance Policy | 1/1/2020 | Potentially Expired |
| MJ Insurance Inc | Attn: General Counsel | 571 Monon Boulevard | Suite 400 | | Carmel | IN | 46032 | Insurance Policy | 1/1/2020 | Potentially Expired |
| ModSpace | Attn: General Counsel | 3100 Harry S. Truman Boulevard | | | St. Charles | MO | 63301 | Equipment Lease | 4/29/2014 | Potentially Expired |
| Nissan-Infiniti LT | Attn: General Counsel | PO Box 254648 | | | Sacramento | CA | 95865 | Auto Lease | 4/9/2018 | 41 days |
| Patrick H. Chrisman | 211-28 Forest Lake Drive | | | | Stephens City | VA | 22655 | Coal Mining Lease | 8/3/2019 | Undetermined |
| PNC Bank, National Association | Attn: General Counsel | 101 W. Washington Street, Suite 200E | | | Indianapolis | IN | 46204 | Insurance Policy | 3/2/2011 | Undetermined |
| Randy L. Chrisman Younker | 11241 72nd Street | | | | Burr Ridge | IL | 60527 | Coal Mining Lease | 4/15/2019 | Undetermined |
| Richard Ray Chrisman, Jr. | 608 West Parish Street | | | | Harrisburg | IL | 62946 | Coal Mining Lease | 2/15/2019 | Undetermined |
| Riverstone Credit Management, LLC | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Finance Agreement | 3/24/2020 | Undetermined |
| Riverstone Credit Partners LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Finance Agreement | 3/24/2020 | Undetermined |
| Riverstone Strategic Credit Partners A-2 LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Finance Agreement | 3/24/2020 | Undetermined |
| Riverstone Strategic Credit Partners S LP | Attn: General Counsel | 712 Fifth Avenue | 36th Floor | | New York | NY | 10015 | Finance Agreement | 3/24/2020 | Undetermined |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Insurance Policy | 7/1/2020 | 156 days |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Insurance Policy | 7/1/2020 | 156 days |
| RLI Insurance Company | Attn: Risk Services | 9025 North Lindberg Drive | | | Peoria | IL | 61615-1431 | Insurance Policy | 7/1/2020 | 156 days |
| Rock Creek LLC | Attn: General Counsel | 29 W. Raymond Street | | | Harrisburg | IL | 62946 | Coal Mining Lease | 5/29/2018 | 852 Days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |

In re Eagle River Coal, LLC
Case No. 21-10118
Schedule G - Executory Contracts and Unexpired Leases

| Contract Counterparty | Address1 | Address2 | Address3 | Address4 | City | State | Zip | Description of Contract or Lease and Nature of Debtor's Interest | Date of Contract or Lease | Remaining Term |
|---|---|---|---|---|---|---|---|---|---|---|
| Rockwood Casualty Insurance Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 12/1/2020 | 309 days |
| Ronald R. Abell and Mary E. Abell | 303 South Combs Street | | | | Ridgway | IL | 62979 | Coal Mining Lease | Not dated | Undetermined |
| RSUI Group, Inc | Attn: General Counsel | 945 East Paces Ferry Road | Suite 1800 | | Atlanta | GA | 30326-1160 | Insurance Policy | 7/1/2020 | 156 days |
| RSUI Indemnity Company | Attn: General Counsel | c/o MJ Insurance, Inc. | PO Box 3430 | | Carmel | IN | 46082-3430 | Insurance Policy | 7/1/2020 | 156 days |
| RT Specialty, LLC | Attn: General Counsel | 330 West Newberry Road | | | Bloomfield | CT | 06002 | Insurance Policy | 7/1/2020 | 156 days |
| Somerset Farm, LLC | Attn: General Counsel | 22 South Main # 1 | | | Harrisburg | IL | 62946 | Right of First Refusal | 10/23/2018 | 2826 Days |
| Somerset Farms, LLC | Attn: General Counsel | 22 South Main #1 | | | Harrisburg | IL | 62946 | Coal Mining Lease | 4/4/2018 | Undetermined |
| Southern Illinois Power Cooperative | Attn: Donald Gulley | 11543 Lake of Egypt Road | | | Marion | IL | 62959-8500 | Coal Sales Agreement | 2/3/2014 | Potentially Expired |
| Southern Illinois Power Cooperative | Attn: General Counsel | 11543 Lake of Egypt Road | | | Marion | IL | 62959 | Coal Sales Agreement | 3/1/2017 | Undetermined |
| Southern Resource Management, Inc | Attn: General Counsel | 511 Dewey Street | | | Eldorado | IL | 62930 | Coal Mining Lease | 1/9/2020 | 1443 Days |
| Stacia Marie Ruby f/k/a Stacia Marie Porter | 3151 Federal Avenue | | | | Los Angeles | CA | 90066 | Coal Mining Lease | 10/17/2019 | Undetermined |
| Summit Investors Credit II (UK), LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Summit Investors Credit II, LLC | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund A-2, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund B-2, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Fund II, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Summit Partners Credit Offshore Intermediate Fund II, LP | Attn: General Counsel | 222 Berkeley Street | 18th Floor | | Boston | MA | 02116 | Finance Agreement | 3/24/2020 | Undetermined |
| Thomas Franks | Attn: General Counsel | 1309 Magnolia | | | Marion | IL | 62959 | Auto Lease | 4/9/2018 | 41 days |
| Thomas R. Franks and Ashleigh M. Franks | 600 Big Ridge Road | | | | Harrisburg | IL | 62946 | Coal Mining Lease | Not dated | Undetermined |
| Thomas W Franks | PO Box 444 | | | | Harrisburg | IL | 62946 | Employment Agreement | 3/14/2017 | Undetermined |
| Travelers Indemnity Company | Attn: General Counsel | 1 Tower Sq. | | | Hartford | CT | 06183-0003 | Insurance Policy | 1/1/2021 | 96 days |
| Travelers Indemnity Company | Attn: General Counsel | 1 Tower Sq. | | | Hartford | CT | 06183-0003 | Insurance Policy | 1/1/2021 | 96 days |
| Travelers Property & Casualty Co. of America | Attn: General Counsel | 385 Washington Street | | | St. Paul | MN | 55102 | Insurance Policy | 1/1/2020 | Potentially Expired |
| Travelers Property Casualty Company of America | Attn: General Counsel | 385 Washington Street | | | St. Paul | MN | 55102 | Insurance Policy | 1/1/2020 | Potentially Expired |
| Travelers Property Casualty Company of America | Attn: General Counsel | 385 Washington Street | | | St. Paul | MN | 55102 | Insurance Policy | 1/1/2020 | Potentially Expired |
| University of Illinois | Attn: General Counsel | 212 Illini Plaza | MC-602 | 1817 South Neil Street | Champaign | IL | 61820 | Coal Sales Agreement | 10/12/2018 | Potentially Expired |
| University of Illinois at Urbana-Champaign | Attn: General Counsel | 212 Illini Plaza | MC-602 | 1817 South Neil Street | Champaign | IL | 61820 | Coal Sales Agreement | 7/1/2016 | Undetermined |
| WT Ozee Trucking, Inc | Attn: General Counsel | 533 Karbers Ridge Road | | | Elizabethtown | IL | 62931 | Coal Sales Agreement | 9/4/2019 | Undetermined |

**Fill in this information to identify the case:**

Debtor name    **Eagle River Coal, LLC**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    **21-10118**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Alchemy Fuels, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Alchemy Fuels, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Alchemy Fuels, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D  **2.3** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Carbo*Prill, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D  **2.2** <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Carbo*Prill, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D  **2.4** <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.6 | **Carbo\*Prill, LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as DIP Agent** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.7 | **Chili Pepper Mine, LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.8 | **Chili Pepper Mine, LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, Term Loan Agent** | ■ D   **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.9 | **Chili Pepper Mine, LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as DIP Agent** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.10 | **Friendsville Mine LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |
| 2.11 | **Friendsville Mine LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, Term Loan Agent** | ■ D   **2.4**<br>☐ E/F ____<br>☐ G ____ |
| 2.12 | **Friendsville Mine LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, as DIP Agent** | ■ D   **2.3**<br>☐ E/F ____<br>☐ G ____ |
| 2.13 | **Liberty Mine, LLC**    250 Cross Pointe<br>Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D   **2.2**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Liberty Mine, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.15 | **Liberty Mine, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ▪ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.16 | **Red Brush West, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ▪ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.17 | **Red Brush West, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.18 | **Red Brush West, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ▪ D __2.3__<br>☐ E/F _____<br>☐ G _____ |
| 2.19 | **Solar Sources Mining, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ▪ D __2.2__<br>☐ E/F _____<br>☐ G _____ |
| 2.20 | **Solar Sources Mining, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__<br>☐ E/F _____<br>☐ G _____ |
| 2.21 | **Solar Sources Mining, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ▪ D __2.3__<br>☐ E/F _____<br>☐ G _____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.22 | **Trust Resources, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ▪ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.23 | **Trust Resources, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.24 | **Trust Resources, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ▪ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.25 | **Vigo Coal Land, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ▪ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.26 | **Vigo Coal Land, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.27 | **Vigo Coal Land, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ▪ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.28 | **Vigo Coal Operating Co., LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ▪ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.29 | **Vigo Coal Operating Co., LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ▪ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |
|---|---|---|---|

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.30 | **Vigo Coal Operating Co., LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.31 | **Vigo Coal Sales, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.32 | **Vigo Coal Sales, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.33 | **Vigo Coal Sales, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.34 | **Vigo Cypress Mine LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.35 | **Vigo Cypress Mine LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__ ☐ E/F ____ ☐ G ____ |
| 2.36 | **Vigo Cypress Mine LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.37 | **Vigo Equipment, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

▮ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor** | Column 2: **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.38 | **Vigo Equipment, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.39 | **Vigo Equipment, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.40 | **Vigo Sunna, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.41 | **Vigo Sunna, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.42 | **Vigo Sunna, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |
| 2.43 | **White Stallion - Eagle River, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__<br>☐ E/F ____<br>☐ G ____ |
| 2.44 | **White Stallion - Eagle River, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__<br>☐ E/F ____<br>☐ G ____ |
| 2.45 | **White Stallion - Eagle River, LLC** | **250 Cross Pointe Evansville, IN 47715** | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__<br>☐ E/F ____<br>☐ G ____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.46 | White Stallion - Solar, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, ABL Agent | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.47 | White Stallion - Solar, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, Term Loan Agent | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.48 | White Stallion - Solar, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, as DIP Agent | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.49 | White Stallion Acquisition, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, ABL Agent | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.50 | White Stallion Acquisition, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, Term Loan Agent | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |
| 2.51 | White Stallion Acquisition, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, as DIP Agent | ■ D __2.3__ ☐ E/F _____ ☐ G _____ |
| 2.52 | White Stallion Energy, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, ABL Agent | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.53 | White Stallion Energy, LLC | 250 Cross Pointe Evansville, IN 47715 | Riverstone Holdings LLC, Term Loan Agent | ■ D __2.4__ ☐ E/F _____ ☐ G _____ |

| Debtor | **Eagle River Coal, LLC** | Case number *(if known)* | **21-10118** |

---

■ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| 2.54 | **White Stallion Energy, LLC**    250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.55 | **White Stallion Holdings, LLC**    250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, ABL Agent** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.56 | **White Stallion Holdings, LLC**    250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, Term Loan Agent** | ■ D __2.4__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.57 | **White Stallion Holdings, LLC**    250 Cross Pointe Evansville, IN 47715 | **Riverstone Holdings LLC, as DIP Agent** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |

**Fill in this information to identify the case:**

Debtor name    **Eagle River Coal, LLC**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)   **21-10118**

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■   *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■   *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■   *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■   *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■   *Schedule H: Codebtors* (Official Form 206H)

■   *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐   Amended *Schedule*

☐   *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐   Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **February 23, 2021**     X  **/s/ Alan Boyko**
                                       Signature of individual signing on behalf of debtor

                                       **Alan Boyko**
                                       Printed name

                                       **Chief Financial Officer of White Stallion Energy, LLC**
                                       Position or relationship to debtor