**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| In re: | ) ) | Chapter 11 |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) ) ) | Case No. 20-13037 (LSS) |
| Debtors. | ) ) ) | (Jointly Administered) |

**NOTICE OF AMENDED[2] AGENDA OF MATTERS SCHEDULED FOR HEARING**
**SCHEDULED FOR *SEPTEMBER 30, 2021 AT 2:00 P.M. (ET)***

**This remote hearing will be conducted entirely over Zoom and requires all participants to register in advance. Please register by September 28, 2021 at 8:00 a.m.**

**COURTCALL WILL NOT BE USED FOR THIS HEARING.**

**Please use the following link to register for this hearing:**

https://debuscourts.zoomgov.com/meeting/register/vJItcemtqTMtE3GjzA22Fw43qZLzyY0nz4g

**After registering your appearance by Zoom, you will receive a confirmation email containing information about joining the hearing.**

## ADJOURNED/RESOLVED MATTERS

1. Motion of English Resources, Inc. to (I) Compel Assumption or Rejection of Executory Contracts; (II) To Compel Adequate Assurance; (III) Granting Relief From the Automatic Stay; and (IV) to Allow and Compel Payment of Administrative Claims Under 11 U.S.C. §503 [D.I. 285, 1/26/21]

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

[2] **Please note the date and time of the hearing has been changed from September 28, 2021 to September 30, 2021 at 2:00 p.m. (ET).**

28512524.2

      **Objection Deadline**: February 12, 2021 at 4:00 p.m. (ET), extended to May 10, 2021 for the Debtors

      **Objections Filed**:

          A.    Debtors' Objection to Motion to (I) Compel Assumption or Rejection of Executory Contracts; (II) To Compel Adequate Assurance; (III) Granting Relief From the Automatic Stay; and (IV) to Allow and Compel Payment of Administrative Claims Under 11 U.S.C. §503 [D.I. 502, 5/10/21]

      **Status**: This matter is adjourned to a date and time to be determined.

2.    Connell Equipment Leasing Company and Connell Rentals for Entry of an Order (I) Compelling White Stallion Energy, LLC to Assume or Reject Certain Executory Contracts and (II) Allowing Administrative Expense Claims and Directing Immediate Payment of Such Administrative Expense Claims [D.I. 461, 4/20/21]

      **Related Documents:**

          A.    Certification of Counsel [D.I. 519, 5/14/21]

          B.    Order Granting, in Part, Motion of Connell Equipment Leasing Company and Connell Rentals for Entry of an Order (I) Compelling White Stallion Energy, LLC to Assume or Reject Certain Executory Contracts and (II) Allowing Administrative Expense Claims and Directing Immediate Payment of Such Administrative Expense Claims [D.I. 526, 5/17/21]

          C.    Certification of Counsel [D.I. 752, 8/27/21]

          D.    Order Granting, in Part, Motion of Connell Equipment Leasing Company and Connell Rentals for Entry of an Order (I) Compelling White Stallion Energy, LLC to Assume or Reject Certain Executory Contracts and (II) Allowing Administrative Expense Claims and Directing Immediate Payment of Such Administrative Expense Claims [D/I/ 758, 9/1/21]

      **Objection Deadline**: May 10, 2021 at 4:00 p.m. (ET), extended for the Debtors to May 25, 2021 at 5:00 p.m. (ET)

      **Objections Filed**:

          A.    Debtors' Limited Objection [D.I. 552, 5/25/21]

      **Status**: Orders have been entered. This matter is resolved.

3. Debtors' First Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 624, 6/30/21]

    **Objection Deadline**: July 19, 2021 at 4:00 p.m. (ET)

    **Objections Filed**:

    A. Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 641, 7/12/21]

    B. English Resources, Inc's Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 647, 7/19/21]

    C. Bowman Parties' Reservation of Rights Regarding Debtors' First, Second, and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 652, 7/19/21]

    D. WES Energy Resources, LLC's Protective Objection and Reservation of Rights Regarding Debtors' First, Second and Third Omnibus Motions authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 653, 7/19/21]

    **Status**: This matter is adjourned to a date and time to be determined.

4. Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 625, 6/30/21]

    **Objection Deadline**: July 19, 2021 at 4:00 p.m. (ET),

    **Objections Filed**:

    A. Boyd Entities' Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 641, 7/12/21]

    B. MAK energy LLC's Limited Objection to Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief [D.I. 645, 7/19/21]

    C. Keith Kolb's Limited Objection to Debtors' Second Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts and (III) Granting Related Relief [D.I. 646, 7/19/21]

- D. English Resources, Inc's Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 647, 7/19/21]

- E. Bowman Parties' Reservation of Rights Regarding Debtors' First, Second, and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 652, 7/19/21]

- F. WES Energy Resources, LLC's Protective Objection and Reservation of Rights Regarding Debtors' First, Second and Third Omnibus Motions authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 653, 7/19/21]

**Status**: This matter is adjourned to a date and time to be determined.

5. Debtors' Third Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 626, 6/30/21]

   **Objection Deadline**: July 19, 2021 at 4:00 p.m. (ET)

   **Objections Filed**:

   - A. Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 641, 7/12/21]

   - B. English Resources, Inc's Limited Objection to Debtors' First, Second and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 647, 7/19/21]

   - C. Objection of Wyatt-Rauch Farms, Inc. to Debtors' Third Omnibus Motion Seeking Entry of an Order (I) Authorizing the Assumption of Certain Unexpired Leases, (II) Fixing Cure Amounts, and (III) Granting Related Relief [D.I. 648, 7/19/21]

   - D. Bowman Parties' Reservation of Rights Regarding Debtors' First, Second, and Third Omnibus Motions Authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 652, 7/19/21]

   - E. WES Energy Resources, LLC's Protective Objection and Reservation of Rights Regarding Debtors' First, Second and Third Omnibus Motions authorizing the Assumption of Certain Unexpired Leases and Fixing Cure Amounts [D.I. 653, 7/19/21]

**Status**:  This matter is adjourned to a date and time to be determined.

**MATTERS GOING FORWARD**

6.  Debtors' Motion Seeking Entry of an Order (A)(I) Approving Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Scheduling Hearings and Objections Deadlines With Respect to the Sale, (IV) Approving the Form and Manner of the Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief and (B)(I) Approving the Sale of the Assets Free and Clear of All Liens, Claims, Interests, and Encumbrances, (II) Approving Assumption and Assignment of Executory Contracts and Unexpired Leases, and (III) Granting Related Relief [D.I. 505. 5/11/21]

**Related Documents**:

A.  Order (I) Approving Bidding Procedures, (II) Scheduling the Bid Deadlines and the Auction, (III) Scheduling Hearings and Objection Deadlines With Respect to the Sale, (IV) Approving the Forma and Manner of Notice Thereof, (V) Approving Contract Assumption and Assignment Procedures, and (VI) Granting Related Relief [D.I. 574, 6/1/21]

B.  Notice of Order Approving Procedures Related to the Auction and Sale of the Debtors' Assets [D.I. 584, 6/7/21]

C.  Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 586, 6/8/21]

D.  Notice of Revised Sale Related Deadlines [D.I. 775, 9/21/21]

**Objection Deadline**:  September 22, 2021 at 4:00 p.m. (ET)

**Objections Filed**:

A.  Limited Objection of CSV, Inc. and Steven A. Hicks to and Reservation of Rights Regarding Debtors' Proposed Assumption and Assignment of Contracts, Proposed Cure Costs, and Adequate Assurance [D.I. 617, 6/25/21]

B.  Objection to Debtors' Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 618, 6/25/21]

C.  Louisville Gas and Electric Company and Kentucky Utilities Company's Objection and Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 632, 7/2/21]

  D. Limited Objection and Reservation of Rights of Thomas S. Boyd, Trent Boyd, Boyd Leasing, LLC and BG Farms to Debtors' Notice of (I) Potential Assumption and Assignment of Contracts and Leases [D.I. 634, 7/2/21]

  E. WES Energy Resources, LLC's Protective Objection and Reservation of Rights Regarding Debtors Notice of Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 654, 7/19/21]

  F. Limited Objection and Reservation of Rights by Duke Energy to Debtors' Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 656, 7/19/21]

  G. Limited Objection of Alcoa Fuels, Inc. to Debtors' Notice of (I) Potential Assumption and Assignment of Contracts and Leases and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 666, 7/21/21]

  H. Limited Objection and Reservation of Rights of Dubois County, Indiana, Through the Dubois County Highway Department, to Debtors' Notice of (I) Potential Assumption and Assignment of Contracts and Leass and (II) Cure Amounts and Adequate Assurance in Connection Therewith [D.I. 755, 7/31/21]

**Status**: This matter will be going forward as a status conference.

7. Motion of the United States, on Behalf of the United States Department of the Interior, Environmental Protection Agency, the Mine Safety and Health Administration, and the Department of the Army Corps of Engineers, the State of Indiana, and the Illinois Department of Natural Resources for Status Hearing [D.I. 706, 8/9/21]

  **Related Documents**: None

  **Objection Deadline**: August 16, 2021 at 4:00 p.m. (ET)

  **Objections Filed**:

  **Status**: The Debtors provided the Governments an update on the sale process on August 17. This matter will be going forward.

## FEE APPLICATIONS

8. Second Interim Fee Applications

**Related Documents:**

    A.    See Schedule 1, attached

    B.    Certification of Counsel Regarding Omnibus Order Approving Second Interim Fee Applications of Debtors' Professionals [D.I. 777, 9/22/21]

    C.    Certification of Counsel Regarding Omnibus Order Approving Second Interim Fee Applications of Committee Professionals [D.I. 778, 9/23/21]

**Objections Filed**:    None

**Status**: Orders have been submitted under certifications of counsel. No hearing is required unless the Court has questions.

Dated: September 24, 2021
       Wilmington, Delaware

*/s/ S. Alexander Faris*
M. Blake Cleary (No. 3614) (mbcleary@ycst.com)
Jaime Luton Chapman (No. 4936) (jchapman@ycst.com)
S. Alexander Faris (No. 6278) (afaris@ycst.com)
**YOUNG CONAWAY STARGATT & TAYLOR, LLP**
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

- and -

Chris L. Dickerson (admitted *pro hac vice*)
Nathan S. Gimpel (admitted *pro hac vice*)
Mike Jones (admitted *pro hac vice*)
Matthew Smart (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
71 South Wacker Drive, Suite 4500
Chicago, Illinois 60606
Telephone: (312) 499-6000
Facsimile: (312) 499-6100

Todd M. Schwartz (admitted *pro hac vice*)
**PAUL HASTINGS LLP**
1117 South California Avenue
Palo Alto, California 94304
Telephone: (650) 320-1800
Facsimile: (650) 320-1900

*Co-Counsel to the Debtors and Debtors in Possession*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE**

| | ) | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*, | ) | Case No. 20-113037 (LSS) |
| | ) | |
| Debtors. | ) | Jointly Administered |
| | ) | |
| | ) | **Hearing Date:** |
| | ) | |

**SCHEDULE 1
FEE APPLICATION INDEX
SECOND INTERIM FEE REQUEST**

A.     Second Interim Fee Application of Young Conaway Stargatt & Taylor, LLP, Co-Counsel for the Debtors, for the Period From April 1, 2021 through and including June 30, 2021 [D.I. 713, 8/16/21]

       1.     Monthly Application for the Period April 1, 2021 through April 30, 2021 [D.I. 538, 5/20/21]

       2.     Certificate of No Objection [D.I. 609, 6/15/21]

       3.     Monthly Application for the Period May 1, 2021 through May 31, 2021 [D.I. 615, /23/21]

       4.     Certificate of No Objection [D.I. 661, 7/20/21]

       5.     Monthly Application for the Period June 1, 2021 through June 30, 2021 [D.I. 667, 7/22/21]

       6.     Certificate of No Objection [D.I. 711, 8/13/21]

       7.     Supplement to Second Interim Fee Request of Young Conaway Stargatt & Taylor, LLP [D.I. 714, 8/16/21]

B.     First Interim Fee Application of Paul Hastings LLP, Counsel for the Debtors, for the Period from December 2, 2020 through and including March 31, 2021 [D.I. 713, 8/16/21]

       1.     Monthly Application for the Period December 2, 2020 through January 31, 2021 [D.I. 540, 5/21/21]

       2.     Certificate of No Objection [D.I. 610, 6/15/21]

28512524.2

   3. Monthly Application for the Period February 1, 2021 through February 28, 2021 [D.I. 578, 6/3/21]

   4. Certificate of No Objection [D.I. 620, 6/29/21]

   5. Monthly Application for Period March 1, 2021 through March 31, 2021 [D.I. 579, 6/3/21]

   6. Certificate of No Objection [D.I. 621, 6/29/21]

   7. Paul Hastings' Supplement to Interim Fee Application of the Debtors' Professionals [D.I. 715, 8/16/21]

 C. Second Interim Fee Application of Robinson & Cole LLP as Delaware Counsel to the Official Committee of Unsecured Creditors for Allowance of Compensation and Reimbursement of Expenses Incurred for the Period from April 1, 2021 through June 30, 2021 [D.I. 718, 8/17/21]

   1. Monthly Application for the Period April 1, 2021 through April 30, 2021 [D.I. 628, 7/1/21]

   2. Certificate of No Objection [D.I. 672, 7/28/21]

   3. Monthly Application for the Period May 1, 2021 through May 31, 2021 [D.I. 630, 7/1/21]

   4. Certificate of No Objection [D.I. 673, 7/28/21]

   5. Monthly Application for the Period June 1, 2021 through June 30, 2021 [D.I. 696, 8/2/21]

   6. Certificate of No Objection [D.I. 751, 8/26/21]

 D. Second Interim Application of Cooley LLP, Lead Counsel to the Official Committee of Unsecured Creditors for Compensation and Reimbursement of Expenses for the Interim Period April 1, 2021 through June 30, 2021 [D.I. 716, 8/17/21]

   1. Monthly Application for the Period April 1, 2021 through May 31, 2021 [D.I. 627, 7/1/21]

   2. Certification of Counsel [D.I. 671, 7/28/21]

   3. Monthly Application for the Period June 1, 2021 through June 30, 2021 [D.I. 694, 8/4/21]

   4. Certificate of No Objection [D.I. 749, 8/26/21]

E.     Second Interim Application for Compensation and Reimbursement of Expenses of Province, LLC as Financial Advisor to the Official Committee of Unsecured Creditors, for the Period from April 1, 2021 through June 30, 2021 [D.I. 717, 8/17/21]

    1.     Monthly Fee Application for the Period April 1, 2021 through April 30, 2021 [D.I. 591, 6/10/21]

    2.     Certificate of No Objection [D.I. 637, 7/7/21]

    3.     Monthly Fee Application for the Period May 1, 2021 through May 31, 2021 [D.I. 638, 7/9/21]

    4.     Certificate of No Objection [D.I. 677, 8/3/21]

    5.     Monthly Fee Application for the Period June 1, 2021 through June 30, 2021 [D.I. 695, 8/4/21]

    6.     Certificate of No Objection [D.I. 750, 8/26/21]