**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) ) ) | Case No. 20-13037 (TMH) |
| Debtors. | ) ) ) ) ) ) | (Jointly Administered) |

**YOUNG CONAWAY STARGATT & TAYLOR, LLP'S REQUEST**
**FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM**

Young Conaway Stargatt & Taylor, LLP ("YCST") hereby submits this request (the "Request") for payment of its chapter 11 administrative expense priority claim that is due and owing pursuant to the *Omnibus Order Approving Final Fee Applications of Debtors' Professionals* (the "Final Fee Order") entered at D.I. 2369, attached hereto as **Exhibit A**, and states as follows:

1. Amount of Claim: YCST's chapter 11 administrative priority claim for amounts due and owing pursuant to the Final Fee Order is $790,072.98 (the "Professional Fee Claim") net of any amounts already paid to YCST on account of such claim pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* entered at D.I. 317.

2. Basis for Claim: the above-captioned debtors retained YCST as its counsel pursuant to the *Order Authorizing the Retention and Employment of Young Conaway Stargatt & Taylor, LLP as Counsel for the Debtors Effective as of the Petition Date*. The Professional Fee Claim has been approved on a final basis pursuant to the Final Fee Order and is thus an administrative expense pursuant to 11 U.S.C. § 503(b)(2).

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

32403802.1

Dated: February 3, 2025  
Wilmington, Delaware

**YOUNG CONAWAY STARGATT & TAYLOR, LLP**

*/s/ S. Alexander Faris*
Kenneth J. Enos (No. 4544) (kenos@ycst.com)
S. Alexander Faris (No. 6278) (afaris@ycst.com)
Rodney Square
1000 North King Street
Wilmington, Delaware 19801
Telephone: (302) 571-6600
Facsimile: (302) 571-1253

32403802.1

# EXHIBIT A

**Final Fee Order**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF DELAWARE

|  |  |
|---|---|
| In re: | ) Chapter 11 |
|  | ) |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) Case No. 20-13037 (TMH) |
|  | ) |
| Debtors. | ) (Jointly Administered) |
|  | ) |
|  | ) Ref. Docket Nos. 2300, 2345 & 2346 |

**OMNIBUS ORDER APPROVING FINAL FEE
APPLICATIONS OF DEBTORS' PROFESSIONALS**

Upon consideration of the final fee applications (the "Final Fee Applications") of the professionals identified on Exhibit A hereto (collectively, the "Professionals") retained in the above-captioned cases, for allowance of compensation and reimbursement of expenses on an interim basis, and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, and the *Amended Standing Order of Reference* from the United States District Court for the District of Delaware dated as of February 29, 2012; and it appearing to the Court that all of the requirements of sections 327, 328, 330, 331, and 503(b) of title 11 of the United States Code, as well as Rule 2016 of the Federal Rules of Bankruptcy Procedure and the Local Rules of Bankruptcy Practice and Procedure of the United States Bankruptcy Court for the District of Delaware, have been satisfied; and it further appearing that the compensation earned and expenses

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 999 17th Street, Suite 700, Denver, Colorado 80202.

32443449.1

incurred were reasonable and necessary; and that the notice of the Final Fee Applications was appropriate; and after due deliberation and sufficient good cause appearing therefor,

**IT IS HEREBY ORDERED THAT**:

1. The Final Fee Applications are APPROVED with respect to the amounts set forth on <u>Exhibit A</u>.

2. The Professionals are granted allowance of compensation of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>, including any and all holdbacks.

3. The Professionals are allowed the reimbursement of reasonable and necessary expenses in the amounts set forth on <u>Exhibit A</u>.

4. The Debtors are authorized and directed to remit payment to the Professionals in the amounts set forth on <u>Exhibit A</u>, less all amounts previously paid on account of such fees and expenses.

5. This Order shall be deemed a separate order for each Professional and the appeal of any order with respect to any Professional shall have no effect on the authorized fees and expenses of any other Professional.

6. This Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

*Thomas M. Horan*

Dated: December 9th, 2024  
Wilmington, Delaware

**THOMAS M. HORAN**  
**UNITED STATES BANKRUPTCY JUDGE**

32443449.1

2

## EXHIBIT A

| PROFESSIONAL | FEES | EXPENSES |
|---|---|---|
| **Young Conaway Stargatt & Taylor, LLP**<br>Co-Counsel to the Debtors<br>12/2/2020 – 9/27/2024 | $769,899.00 | $20,173.98 |
| **Paul Hastings LLP**<br>Counsel for the Debtors<br>12/2/2020 – 9/30/2023 | $7,736,217.50 | $112,523.30 |
| **Kroll Restructuring Administration LLC**<br>Administrative Advisor to the Debtors<br>12/2/2020 – 9/27/2024 | $26,118.90 | $0.00 |

32443449.1