# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WHITE STALLION ENERGY, LLC, *et al.*, | Case No. 20-13037 (TMH) |
| Debtors.[1] | Jointly Administered |

## ROBINSON & COLE LLP'S REQUEST FOR PAYMENT OF ADMINISTRATIVE EXPENSE PRIORITY CLAIM

Robinson & Cole LLP ("RC" or "Claimant") hereby submits this request (the "Request") for payment of its chapter 11 administrative expense priority claim that is due and owing pursuant to the *Omnibus Order Approving Combined Monthly and Final Fee Application of Committee Professionals* [D.I. 2368] ("Final Fee Order"), attached hereto as Exhibit A, and states as follows:

1. Amount of Claim: RC's chapter 11 administrative priority claim for amounts due and owing pursuant to the Final Fee Order is $202,188.47 net of any amounts already paid to RC on account of such claim pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* [D.I. 317] (the "Professional Fee Claim").

2. Basis for Claim: the Official Committee of Unsecured Creditors of the above-captioned debtors retained RC as its Delaware Counsel pursuant to the *Order Authorizing the*

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

*Retention and Employment of Robinson & Cole LLP as Delaware Counsel to the Official Committee of Unsecured Creditors, nunc pro tunc to December 13, 2020* [D.I. 256]. The Professional Fee Claim has been approved on a final basis pursuant to the Final Fee Order and is thus an administrative expense pursuant to 11 U.S.C. § 503(b)(2).

3. Contemporaneously herewith, RC has also filed proof of claim number 23 seeking priority payment of the Professional Fee Claim ("Proof of Claim"). RC is not seeking duplicative recovery through filing both the Request and Proof of Claim. While Third Circuit law recognizes and accepts informal proofs of claim, *see In re Penn State Clothing Corp.*, 205 B.R. 62 (Bankr. E.D. Pa. 1997), RC has filed both the Proof of Claim and Request out of an abundance of caution to protect its rights.

| | |
|---|---|
| Dated: February 3, 2025<br>Wilmington, Delaware | **ROBINSON & COLE**<br><br>By: */s/ Davis Lee Wright*<br>Natalie D. Ramsey, Esq. (No. 5378)<br>Davis Lee Wright, Esq. (No. 4324)<br>Katherine S. Dute, Esq. (No. 6788)<br>1201 N. Market Street, Suite 1406<br>Wilmington, DE 19801<br>Tel: (302) 516-1700<br>Fax: (302) 516-1699<br>Email: nramsey@rc.com<br>         dwright@rc.com<br>         kdute@rc.com |