# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | Case No. 20-13037 (TMH) |
| Debtors. | Jointly Administered |

## COOLEY LLP'S REQUEST FOR PAYMENT OF
## ADMINISTRATIVE EXPENSE PRIORITY CLAIM

Cooley LLP ("Cooley") hereby submits this request (the "Request") for payment of its chapter 11 administrative expense priority claim that is due and owing pursuant to the *Omnibus Order Approving Final Fee Applications of Committee Professionals* (the "Final Fee Order") entered at D.I. 2368, attached hereto as **Exhibit A**, and states as follows:

1. Amount of Claim: Cooley's chapter 11 administrative priority claim for amounts due and owing pursuant to the Final Fee Order is $1,879,853.82 (the "Professional Fee Claim") net of any amounts already paid to Cooley on account of such claim pursuant to the *Order Establishing Procedures for Interim Compensation and Reimbursement of Expenses for Retained Professionals* entered at D.I. 317.

2. Basis for Claim: The Official Committee of Unsecured Creditors appointed by the United States Trustee selected Cooley as its counsel pursuant to the *Order Authorizing the Employment and Retention of Cooley LLP as Lead Counsel for the Official Committee of Unsecured Creditors* entered at D.I. 262. The Professional Fee Claim has been approved on a final basis pursuant to the Final Fee Order and is thus an administrative expense pursuant to 11 U.S.C. § 503(b)(2).

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

| | |
|---|---|
| Dated: February 3, 2025 | **COOLEY LLP** |
| | */s/ Cullen D. Speckhart* |
| | Cullen D. Speckhart |
| | Olya Antle |
| | 1299 Pennsylvania Avenue, NW |
| | Washington, DC 20004 |
| | Tel: (202) 842-7800 |
| | Fax: (202) 842-7899 |
| | Email: cspeckhart@cooley.com |
| | oantle@cooley.com |
| | |
| | -and- |
| | |
| | Robert L. Eisenbach III |
| | **COOLEY LLP** |
| | 3 Embarcadero Center, 20th Floor |
| | San Francisco, CA 94111-4004 |
| | Telephone: (415) 693-2000 |
| | Fax: (415) 693-2222 |
| | Email: reisenbach@cooley.com |
| | |
| | *Lead Counsel for the Official Committee of Unsecured Creditors* |