IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | ) | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |

**CERTIFICATION OF COUNSEL REGARDING OMNIBUS HEARING DATE**

The undersigned, counsel to Alfred T. Giuliano, as the Chapter 7 Trustee (the "Trustee") for the estates of the above-captioned debtors, hereby certifies that she has contacted the Court regarding an omnibus hearing date in the above-captioned cases and has been informed that the following date and time is available:

**January 28, 2026 at 10:00 a.m. (prevailing Eastern Time)**

WHEREFORE, the Trustee hereby requests that this Court enter the proposed order attached hereto scheduling such time for a hearing in these cases.

---

[1] The Debtors in these chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

11854279.v1

| | |
|---|---|
| Dated: December 19, 2025<br>Wilmington, Delaware | */s/ Domenic E. Pacitti* |

Domenic E. Pacitti (DE Bar No. 3989)
Sally E. Veghte (DE Bar No. 4762)
**KLEHR HARRISON HARVEY BRANZBURG LLP**
919 North Market Street, Suite 1000
Wilmington, Delaware 19801
Telephone:  (302) 426-1189
Facsimile:   (302) 426-9193
Email:  dpacitti@klehr.com
          sveghte@klehr.com

-and-

Morton R. Branzburg
**KLEHR HARRISON HARVEY BRANZBURG LLP**
1835 Market Street, Suite 1400
Philadelphia, Pennsylvania 19103
Telephone:  (215) 569-3007
Facsimile:   (215) 568-6603
Email:  mbranzburg@klehr.com

*Counsel for the Chapter 7 Trustee*

11854279.v1