## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) | Case No. 20-13037 (TMH) |
| | ) | |
| Debtors. | ) | (Jointly Administered) |
| | ) | |
| ALFRED T. GIULIANO, Chapter 7 Trustee of White Stallion Energy, LLC, *et al.*, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Adv. Pro. No. 25-50077-TMH |
| | ) | |
| RESPONSIBLE ENERGY OPERATIONS LLC, RIVERSTONE CREDIT PARTNERS, L.P., SUMMIT PARTNERS CREDIT FUND II, L.P., SUMMIT PARTNERS CREDIT FUND A-2, L.P., SUMMIT PARTNERS CREDIT FUND B-2, L.P., SUMMIT PARTNERS CREDIT OFFSHORE INTERMEDIATE FUND, II, L.P., SUMMIT INVESTORS CREDIT II, LLC and SUMMIT INVESTORS CREDIT (UK), L.P., | ) | Hearing Date: January 28, 2026 @ 10:00 a.m.<br>Obj. Deadline: January 14, 2026 @ 4:00 p.m. |
| | ) | |
| Defendants. | ) | |

**NOTICE OF MOTION OF THE CHAPTER 7 TRUSTEE FOR ENTRY OF AN ORDER (A) APPROVING SETTLEMENT AGREEMENT AND (B) GRANTING RELATED RELIEF**

---

[1] The Debtors in these Chapter 7 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6614); Friendsville Mine LLC (8489); Liberty Mine, LLC (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

PHIL1 9078519v.1

**PLEASE TAKE NOTICE THAT** on December 22, 2025, Alfred T. Giuliano, the chapter 7 trustee (the "Trustee") of the estate of the above-captioned debtor (the "Debtor"), filed the *Motion of the Chapter 7 Trustee for Entry of an Order (A) Approving Settlement Agreement and (B) Granting Related Relief* (the "Motion") with the United States Bankruptcy Court for the District of Delaware ("Bankruptcy Court").

**PLEASE TAKE FURTHER NOTICE** that any responses to the Motion must be in writing and filed with the Clerk of the United States Bankruptcy Court for the District of Delaware, 824 Market Street, Third Floor, Wilmington, Delaware 19801, and served upon the undersigned, so as to be received **on or before January 14, 2026, by 4:00 p.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** THAT IF AN OBJECTION IS PROPERLY FILED AND SERVED IN ACCORDANCE WITH THE ABOVE PROCEDURES AND NOT RESOLVED BETWEEN THE DEBTOR AND OBJECTING PARTY, A HEARING WILL BE HELD WITH RESPECT TO THE MOTION ON **JANUARY 28, 2026, AT 10:00 A.M. (PREVAILING EASTERN TIME)** BEFORE THE HONORABLE THOMAS A. HORAN, UNITED STATES BANKRUPTCY JUDGE FOR THE DISTRICT OF DELAWARE, 824 MARKET STREET, 3rd FLOOR, COURTROOM #5, WILMINGTON DELAWARE 19801. ONLY OBJECTIONS MADE IN WRITING AND TIMELY FILED WILL BE CONSIDERED BY THE BANKRUPTCY COURT AT SUCH HEARING. IF YOU FAIL TO RESPOND IN ACCORDANCE WITH THIS NOTICE, THE COURT MAY GRANT THE RELIEF REQUESTED BY THE MOTION WITHOUT FURTHER NOTICE OR HEARING.

[*Remainder of Page Intentionally Left Blank*.]

|  |  |
|---|---|
| Dated: December 22, 2025<br>Wilmington, Delaware | */s/ Domenic E. Pacitti*<br>Domenic E. Pacitti (DE Bar No. 3989)<br>Thomas V. Ayala (DE Bar No. 6629)<br>Alyssa M. Radovanovich (DE Bar No. 7101)<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>919 N. Market Street, Suite 1000<br>Wilmington, Delaware 19801<br>Telephone: (302) 426-1189<br>Facsimile:  (302) 426-9193<br>Email:  dpacitti@klehr.com<br>            tayala@klehr.com<br>            aradovanovich@klehr.com<br><br>-and-<br><br>Morton R. Branzburg, Esq.<br>KLEHR HARRISON HARVEY BRANZBURG LLP<br>1835 Market Street, Suite 1400<br>Philadelphia, Pennsylvania 19103<br>Telephone:  (215) 569-2700<br>Facsimile:  (215) 568-6603<br>Email:  mbranzburg@klehr.com<br><br>*Attorneys for Plaintiff Alfred T. Giuliano, Chapter 7 Trustee of White Stallion Energy, LLC, et al.* |