**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

|  |  |  |
|---|---|---|
| In re: | ) ) | Chapter 7 |
| WHITE STALLION ENERGY, LLC, *et al.*,[1] | ) ) ) | Case No. 20-13037 (TMH) |
| Debtors. | ) ) ) | (Jointly Administered) |
| TREVOR ROBERSON and JAMES WHITE on behalf of themselves and all others similarly situated, | ) ) ) ) ) | Adversary Proceeding No. 20-51042 (TMH) |
| Plaintiffs, | ) ) |  |
| v. | ) ) |  |
| WHITE STALLION ENERGY, LLC; WHITE STALLION HOLDINGS, LLC AND AMERICAN PATRIOT ENERGY, LLC, | ) ) ) ) |  |
| Defendants. | ) ) |  |

**STATUS REPORT ON ADVERSARY PROCEEDING**

| **Adversary Case No.** | **Defendant(s)** | **Status** |
|---|---|---|
| 20-51042 (TMH) | WHITE STALLION ENERGY, LLC; WHITE STALLION HOLDINGS, LLC AND AMERICAN PATRIOT ENERGY, LLC | Service is complete, Defendants have answered the complaint.<br><br>Debtors and Plaintiffs |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, include: White Stallion Energy, LLC (2360); Alchemy Fuels, LLC (N/A); Carbo*Prill, LLC (8385); Chili Pepper Mines, LLC (2247); Eagle River Coal, LLC (6134); Friendsville Mine LLC (8489); Liberty Mine, LLe'll C (3730); Red Brush West, LLC (3940); Solar Sources Mining, LLC (3628); Trust Resources, LLC (1983); Vigo Coal Land, LLC (9585); Vigo Coal Operating Co., LLC (7462); Vigo Coal Sales, LLC (1325); Vigo Cypress Mine LLC (9409); Vigo Equipment, LLC (5629); Vigo Sunna, LLC (7468); White Stallion – Eagle River, LLC (6743); White Stallion – Solar, LLC (9457); White Stallion Acquisition, LLC (2298); and White Stallion Holdings, LLC (3645). The location of the Debtors' headquarters is: 250 N. Cross Pointe Blvd., Evansville, Indiana 47715.

|  |  | reached an agreement in principle to resolve this matter. However, before the Settlement could be consummated, this case converted to a Chapter 7.<br><br>Plaintiffs and the Chapter 7 Trustee have agreed to hold the matter in abeyance until the Chapter 7 Trustee determines whether there will be any funds available for distribution to 507(a)(4) priority creditors. At this time, the Trustee does not believe there will be any funds available for distribution to creditors at the 507(a)(4) priority claim level. |
|---|---|---|

Dated: January 27, 2026
Wilmington, Delaware

Respectfully submitted,
**MARGOLIS EDELSTEIN**

*James E. Huggett*
James E. Huggett, Esquire (#3956)
300 Delaware Avenue
Suite 800
Wilmington, Delaware 19801
(302) 888-1112 telephone
(302) 888-1119 facsimile
jhuggett@margolisedelstein.com

LANKENAU & MILLER, LLP
Stuart J. Miller, Esquire
100 Church St 8th FL
New York, NY 10007
 (212) 581-5005 telephone
(212) 581-2122 facsimile

THE GARDNER FIRM, P.C.
Mary E. Olsen, Esquire
M. Vance McCrary, Esquire

182 St. Francis Street; Suite 103
Mobile, Alabama 36602
(251) 433-8100 telephone
(251) 433-8181 facsimile

*Counsel to the Plaintiffs
and the proposed Class*